1  **Matlock Law Group,** A Professional Corporation
2  Anne-Leith W. Matlock, SBN 244351,
   961 Ygnacio Valley Road
3  Walnut Creek, CA 94596
   Office: 925-944-7131
4  Fax: 925-938-4625
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for Plaintiff
6

FILED
NOV 20 2007
RICHARD W. ...
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TONYTAIL COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., LTD., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., a Pennsylvania Corporation and DOES 1-10 inclusive.<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFF TONYTAIL COMPANY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, the undersigned, counsel of record for The Tonytail Company, Inc. (Tonytail) certifies that Tonytail is a privately held company and has no parent corporation or public company that owns 10% or more of Tonytail stock.

1  DATED: November 20, 2007            Respectfully Submitted,

2

3                                      MATLOCK LAW GROUP

4

5                                      By: /s/ Anne-Leith Matlock

6                                      Anne-Leith Matlock

7                                      Attorney for Plaintiff

8                                      THE TONYTAIL COMPANY, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Page 2

Tonytail Inc.'s Notice of Party with Financial Interest                                      CASE NO.