1  **Matlock Law Group,** A Professional Corporation
2  Anne-Leith W. Matlock, SBN 244351
   1485 Treat Blvd, Suite 200
3  Walnut Creek, CA 94597
   Telephone: 925.944.7131
4  Facsimile: 925.944.7138
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for Plaintiff
6  The Tonytail Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation, | **CASE NO. CV07-5895 BZ** |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER** |
| CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., a Pennsylvania Corporation and DOES 1-10, inclusive, | |
| Defendants. | |

1   PLEASE TAKE NOTICE that effective December 1, 2007, Matlock Law Group,

2   PC will have relocated its Walnut Creek office and changed its facsimile number as

3   shown below:

      MATLOCK LAW GROUP, PC
      1485 Treat Blvd., Suite 200
      Walnut Creek, CA 94597
      Telephone: 925.944.3171
      Facsimile: 925.944.7138

8   All notices and other documents regarding this action should be sent to the above

9   address and faxed to the above facsimile number as of December 1, 2007.

11   DATED: December 7, 2007    MATLOCK LAW GROUP

         By:_____/s/_____
           Anne-Leith W. Matlock
           Attorneys for

2

**Matlock Law Group, PC.**

Notice of Change of Address            CASE NO. CV07-5895 BZ