1  **Matlock Law Group,** A Professional Corporation
2  Anne-Leith W. Matlock, SBN 244351
   1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Phone: (925) 944-7131
4          (415) 277-5499
   Fax:    (925) 944-7138
5  e-mail: anne-leith@matlocklawgroup.com

6  Attorneys for Plaintiff,
   The Tonytail Company, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   THE TONYTAIL COMPANY, INC.              CASE NO. 3:07-cv-05895-BZ
13 a Delaware Corporation,

14              Plaintiff,
                                           **DECLINATION TO PROCEED BEFORE
15       v.                                A MAGISTRATE JUDGE
                                                      AND
16                                         REQUEST FOR REASSIGNMENT TO A
   CONAIR, a Delaware Corporation;         UNITED STATES DISTRICT JUDGE**
17 SCUNCI INTL., Ltd., a Delaware
   Corporation; RITE AID, a Delaware
18 Corporation; L&N Sales & Marketing,
   Inc., a Pennsylvania Corporation and
19 DOES 1-10, inclusive,

20
                Defendants.
21

22

23

24
         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
25
         The undersigned party hereby declines to consent to the assignment of this case to a
26

27
                                         1
28
   Declination to Proceed before Magistrate Judge and           CASE NO. 3:07-cv-05895-BZ
   Request for Reassignment to a U.S. District Judge

1  United States Magistrate Judge for trial and disposition and hereby requests the assignment of
2  this case to a United States District Judge in the San Francisco division.

6  DATED: December 19, 2007        MATLOCK LAW GROUP

8                          By: _____/s/ Anne-Leith Matlock_____
                                Anne-Leith W. Matlock

10                              Counsel for Plaintiff:

12                              _____/s/ Mia Minnelli_____
                                (Mia Minnelli, President)
                                The Tonytail Company, Inc.

---

Declination to Proceed before Magistrate Judge and                    CASE NO. 3:07-cv-05895-BZ
Request for Reassignment to a U.S. District Judge

2