# CERTIFICATE OF SERVICE

I, Victoria X. Griswold, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On December 19, 2007, following ordinary business practice, I caused service of the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be completed by:

Electronic service in accordance with the Subject Rule and/or General Orders in this Matter upon:

Mr. Neal Managed, President
L & N Sales & Marketing, INC.
The Benson East Ste A-6
100 Old York Rd.
Jenkintown, PA 19046

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: December 19, 2007

Victoria X. Griswold