1  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Telephone: 650-752-3100
   Facsimile: 650-853-1038
4  E-Mail: TFitzpatrick@goodwinprocter.com

5  Attorneys For Defendants
   CONAIR, CORP. and RITE AID, CORP.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| *Plaintiff,* | **NOTICE OF APPEARANCE** |
| v. | |
| CONAIR, CORP., SCUNCI INT'L, LTD., RITE AID, CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

PLEASE TAKE NOTICE that Thomas F. Fitzpatrick, Esq. of Goodwin Procter LLP hereby appears as counsel in this matter for defendants Conair, Corp. and Rite Aid, Corp. and requests that all papers be served upon said defendants through undersigned counsel at the address listed below.

DATED: February 20, 2008

By: /s/ Thomas F. Fitzpatrick

THOMAS F. FITZPATRICK
**GOODWIN PROCTER LLP**
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys For Defendants
CONAIR, CORP. and RITE AID, CORP.