THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys For Defendants
CONAIR, CORP. and RITE AID, CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| *Plaintiff,* | **DEFENDANTS' CASE MANAGEMENT STATEMENT** |
| v. | |
| CONAIR, CORP., SCUNCI INT'L, LTD., RITE AID, CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, | Date:   February 21, 2008<br>Time:   11:00 a.m.<br>Place:  Courtroom 9 - 19th Floor<br>Judge:  Hon. William Alsup |
| *Defendants.* | |

On February 14, 2007, Plaintiff Tonytail Company, Inc. ("Tonytail" or "Plaintiff") filed its Case Management Statement with the Court. In its statement, Tonytail represented to the Court that: (1) all of defendants in this action had been served with the Complaint, and (2) Plaintiff attempted a meet and confer among the parties. Those representations are false. Both Defendants Conair, Corp. ("Conair") and Rite Aid, Corp. ("Rite Aid") were served with the Complaint *after* Plaintiff filed its Case Management Statement. Likewise, Tonytail's counsel has not attempted to meet and confer with counsel for Conair and Rite Aid regarding this case, despite discussing with counsel activities in a related state court action filed by Tonytail against the Defendants. Further, Tonytail neglected to inform the Court of that related action pending before Judge Flinn in Contra Costa County Superior Court. Accordingly, Conair and Rite Aid jointly submit this Case Management Statement.

# DESCRIPTION OF THE CASE

## 1. Jurisdiction and Service

This is an action for patent infringement and Lanham Act violations arising under the laws of the United States, and trademark infringement, unfair competition and false designation of origin arising under the laws of the State of California.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121.  This Court has jurisdiction over the California state law claims pursuant to 28 U.S.C. § 1338(b) and § 1367.  Plaintiff alleges that all defendants are subject to personal jurisdiction in California.

### Service Of Parties

Both Conair and Rite Aid have now been served.  Service on Conair's agent in California took place on February 15, 2008 – just one week prior to this Court's scheduled Case Management Conference.  Similarly, Rite Aid was served just this week.

### Additional Parties

Conair and Rite Aid believe discovery may be necessary to determine whether additional parties need to be added to this action.  Tonytail has filed two related lawsuits in California Superior Court (one of which was filed against Conair and Rite Aid) that name a number of other defendants not named in this action.  *See* ¶ 10, *infra*.

## 2. Statement of Facts

Tonytail alleges in its Complaint that Defendants infringe three patents (collectively "patents-in-suit"):  (i) United States Patent No. 6,263,884 ("the '884 patent"); (ii) United States Design Patent No. D453,239 ("the '239 patent"); and (iii) United States Design Patent No. D453,053 ("the '053 patent").

Although Conair and Rite Aid have not had sufficient time to analyze Plaintiff's allegations in detail, both Conair and Rite Aid assert that they do not infringe any valid and enforceable claim of these patents, and may, in their Answers, assert counterclaims for declaratory judgment of non-infringement, invalidity and unenforceability of the patents-in-suit.

The patents-in-suit generally relate to hair ponytail holders.

**3.      Legal Issues**

It appears that the principal issues are: (a) whether Defendants infringe one or more valid and enforceable claims of the patents-in-suit; (b) whether Defendants infringe one or more valid and enforceable trademarks owned by Tonytail; (c) whether any violations of unfair competition laws have taken place; and (d) whether any measure of damages and injunctive relief are available to Plaintiff.  A principal legal issue for the Court is the interpretation of the claims of the patents-in-suit.

**4.      Motions**

Conair and Rite Aid do not anticipate filing any motions at this time.

**5.      Amendment of Pleadings**

Conair and Rite Aid have not yet interposed Answers to Tonytail's Complaint.

**6.      Evidence Preservation**

Conair and Rite Aid will comply with the Federal Rules and this Court's rules regarding evidence preservation.

**7.      Disclosures**

Conair and Rite Aid will comply with the initial disclosure requirements of Fed. R. Civ. P. 26 in due course.

**8.      Discovery**

The parties will pursue discovery on the issues of infringement, unfair competition, false designation of origin, and damages.  The parties will also pursue discovery on the issues of invalidity, unenforceability and other defenses to be raised in Conair's Answer and Rite Aid's Answer to Tonytails's Complaint.  Tonytail represented to the Court that it attempted to meet and confer with defendants prior to filing its Case Management Statement.  This representation is false.  The parties have not met and conferred and Tonytail never requested such a conference. Plaintiff served its Complaint less than a week ago and in light of the issues raised in its Complaint, Conair and Rite Aid propose to meet and confer with Plaintiff's counsel to discuss an appropriate discovery schedule.

**9.     Class Actions**

The present matter is not a class action.

**10.    Related Cases**

In its Case Management Statement, Tonytail represented to this Court that "there are no other related cases or proceedings pending before another Judge of this Court." This statement is true, but incomplete.[1] Tonytail initiated a first related action in California Superior Court in 2006, styled *Tonytail Company, Inc. v. Ingenuity, Inc.* Case No. HG 06282585 (Alameda Cty. Sup. Ct.). On November 20, 2007 – the same day this case was filed – Tonytail initiated a second action styled *Tonytail Company, Inc. v. Rite Aid, Corp., et al*, Case No. MSC07-02573 (Contra Costa Cty. Sup Ct.).

**11.    Relief**

The relief requested by Tonytail is unknown at this time.

**12.    Settlement and ADR**

Conair and Rite Aid will comply with the Court's directives regarding ADR.

**13.    Consent To Jurisdiction By A Magistrate Judge**

Conair and Rite Aid decline to consent to try this action before a magistrate judge.

**14.    Other References**

Conair and Rite Aid do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

At this time, Conair and Rite Aid are not aware of issues that can be narrowed by agreement or by motion.

---

[1] Per the Standing Order regarding Contents of a Joint Case Management Statement, effective March 1, 2007, Tonytail was required to disclose: "[a]ny related cases or proceedings pending before another judge of this court, **or before another court or administrative body**," (emphasis added).

4

DEFENDANTS' CASE MANAGEMENT STATEMENT
Case No. 3:07-cv-05895-WHA

**16.    Expedited Schedule**

At this time, Conair and Rite Aid do not believe this case can be handled on an expedited basis with streamlined procedures.

**17.    Scheduling**

Since Plaintiff served its Complaint less than a week ago, and in light of the issues raised in its Complaint, Conair and Rite Aid propose to meet and confer with Plaintiff's counsel to discuss an appropriate schedule.

**18.    Trial**

Conair and Rite Aid do not request a jury trial.  Conair and Rite Aid believe a trial will last between 5 and 7 days.

**19.    Disclosure of Non-party Interested Entities or Persons**

Conair and Rite Aid have not yet filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20.    Other Matters**

At this time, Conair and Rite Aid are not aware of any other matters that will facilitate the just, speedy and inexpensive disposition of this matter.

DEFENDANTS' CASE MANAGEMENT STATEMENT
Case No. 3:07-cv-05895-WHA

DATED: February 20, 2008

By: /s/ Thomas F. Fitzpatrick_____

THOMAS F. FITZPATRICK
**GOODWIN PROCTER LLP**
181 Lytton Avenue
Palo Alto, CA 94301
Telephone:  650-752-3100
Facsimile:  650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys For Defendants
CONAIR, CORP. and RITE AID, CORP.