**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 21, 2008

Case No.  C 07-05895 WHA

Title: TONYTAIL COMPANY v. CONAIR CORP

Plaintiff Attorneys: Anne-Leith Matlock

Defense Attorneys: Thomas Fitzpatrick

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)  CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 2/29/08

Discovery Cutoff: 10/31/08

Designation of Experts: 10/31/08

Last Day to File Motion: 12/4/08

Continued to **5/14/08 at 1:30 pm**  for Tutorial

Continued to **5/28/08 at 1:30 pm** for Claim Construction

Continued to **1/26/09 at 2:00 pm**  for Pretrial Conference

Continued to **2/2/09 at 7:30 am**    for Jury Trial

**ORDERED AFTER HEARING:**

Parties shall meet and confer and submit a proposed claim construction schedule by 2/29/08.  Court addressed the issue raised by defendant concerning statements made by plaintiff.