UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Tonytail Company, Inc.

                        Plaintiff(s),

                        v.

Conair Corporation, et.al.

                        Defendant(s).

CASE NO. 3:07-cv-05895-WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✔       request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Anne-Leith Matlock | The Tonytail Company, Inc. | 925 944-7131 | anne-leith@matlocklawgroup.com |
| Thomas F. Fitpatrick | Conair Corporation | 650 752-3100 | TFitzpatrick@goodwinprocter.com |
|  | Rite Aid, HDQTRS Corp. |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: March 3, 2008

                                                                      Anne-Leith Matlock, Esq.
                                                                      Attorney for Plaintiff

Dated: 3/3/08

                                                                      Thomas F. Fitzpatrick, Esq.
                                                                     Attorney for Defendant

Rev 1.05