

1  **Matlock Law Group,** A Professional Corporation
   Anne-Leith W. Matlock, SBN 244351
2  1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Phone: (925) 944-7131
4  Fax:    (925) 944-7138
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for Plaintiff,
6  The Tonytail Company, Inc.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  THE TONYTAIL COMPANY, INC.          **CASE NO. 3:07-cv-05895-WHA**
    a Delaware Corporation,
13                                       **FEDERAL RULE OF CIVIL**
                      Plaintiff,         **PROCEDURE, RULE 26(f) REPORT**
14
             v.                          **[F.R.C.P. Rule 26(f)]**
15

16  CONAIR, a Delaware Corporation;
    SCUNCI INTL., Ltd., a Delaware
17  Corporation; RITE AID, a Delaware
    Corporation; L&N Sales & Marketing,
18  Inc., and DOES 1-10, inclusive,
19
20                    Defendants.
21

22

23        The parties, through their undersigned attorneys, hereby submit their Rule

24  26(f) report, as follows:

25     (1) Disclosures under R. 26 (a) (1) and Local Patent Rule 3.1 and 3.2 have been

26        completed among Conair, Rite Aid and TonyTail. Plaintiff submits that the matter

27

28

---

Matlock
Law
Group,
PC.

1    is currently under fast-track management, and no changes in timing, form or

2    requirements for disclosures are anticipated;

3    (2) The parties are currently operating on an October 31, 2008 discovery cut-off date

4    for both factual and expert discovery. The first phase of discovery will conclude

5    with the Claim Construction Hearing scheduled for May 28, 2008.

6    (3) Counsel for all parties having answered to date have conferred and agreed upon

7    disclosure and preservation of electronically stored information, including the

8    form in which it is to be produced;

9

10   (4) Counsel do not anticipate any issues regarding privilege, however, the parties

11   have agreed to continue to meet and confer as these issues may arise.

12   (5) Inasmuch as this is a case for patent infringement, trade dress infringement, and

13   unfair business practices, the parties would like to expand the number and nature

14   of written interrogatories permitted under the Rules and/or Local Rules as

15   follows: No more than 75 written interrogatories (not including subparts), 150

16   Requests for Documents, and 25 depositions per party, including expert witness

17   depositions.

18

19   (6) At this time, the parties do not anticipate that any additional Orders are required

20   to be entered by the Court under Rule 26(c) or under Rule 16(b) and (c); the

21   parties respectfully reserve the right to revisit this issue as this matter progresses.

22

23   DATED: March 3, 2008                          MATLOCK LAW GROUP

24

25                                        By: _____

26                                             Anne-Leith W. Matlock
                                             Attorney for Plaintiff,
27                                           The Tonytail Company, Inc.

28

Matlock
Law
Group,
PC.