1  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Telephone:  650-752-3100
   Facsimile:  650-853-1038
4  E-Mail:  TFitzpatrick@goodwinprocter.com

5  Attorneys For Defendants
   CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
|---|---|
| *Plaintiff,* | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | |
| CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC.,        and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

1  TO THE COURT AND ALL PARTIES OF RECORD:

2      Pursuant to Local Rule 3-13, notice is hereby given that the following related cases are
3  pending in the Superior Court of the State of California:
4      *Tonytail Company, Inc. v. Ingenuity, Inc.*, Case No. HG06282585 (Alameda County Sup. Ct.),
5  filed August 4, 2006 ("the *Ingenuity* Action").
6      *Tonytail Company, Inc. v. Rite Aid, Corp., et al*, Case No. MSC07-02573 (Contra Costa
7  County Sup. Ct.), filed November 20, 2007 ("the *Rite Aid* Action").
8      In the *Ingenuity* Action, the plaintiff Tonytail Company, Inc. ("Tonytail") asserts claims for,
9  *inter alia*, breach of contract relating to an alleged agreement between Ingenuity, Inc. and Tonytail
10 whereby Ingenuity agreed to supply Tonytail's products to retailers.
11     In the *Rite Aid* Action, Tonytail asserts claims for, *inter alia*, breach of contract, unfair
12 competition, and common law unfair business practices arising out of the alleged infringement of
13 patents and trademarks and misappropriation of trade secret information by the same defendants as the
14 present action.  The *Rite Aid* Action calls for a determination of substantially the same questions of
15 law and/or fact as the present case.  The ultimate determination of the claims in the *Rite Aid* Action
16 will likely first require findings as to the presently pending federal claims for patent and trademark
17 infringement.  Given these similarities, the litigation of the *Rite Aid* Action and the present case before
18 different judges will result in the duplication of labor and expense for both parties and the Court.
19 Accordingly, the *Rite Aid* Action and this action should be coordinated to avoid conflicts, conserve
20 resources, and promote an efficient determination of the dispute.

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 6, 2008 | CONAIR CORPORATION AND RITE AID HDQTRS. CORP. |
| 3 | | By its attorneys, |
| 4 | | |
| 5 | | /s/ Thomas F. Fitzpatrick<br>Thomas F. Fitzpatrick<br>tfitzpatrick@goodwinprocter.com |
| 6 | | GOODWIN PROCTER LLP<br>181 Lytton Avenue |
| 7 | | Palo Alto, CA 94301<br>Tel.: 650-752-3144 |
| 8 | | Fax: 650-853-1038 |