| | |
|---|---|
| 1 | THOMAS F. FITZPATRICK |
| | GOODWIN PROCTER LLP |
| 2 | 181 Lytton Avenue |
| | Palo Alto, CA 94301 |
| 3 | Telephone: 650-752-3100 |
| | Facsimile: 650-853-1038 |
| 4 | E-Mail: TFitzpatrick@goodwinprocter.com |

Attorneys For Defendants
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| *Plaintiff,* | **CONAIR CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC.,       and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rite Aid HDQTRS. Corp., incorrectly sued as "Rite Aid, Corp." ("Rite Aid") by and through its attorneys discloses:

Conair Corporation has no parent corporation and no publicly held corporation owns more than 10% of Conair Corporation's stock.

1
2   Dated: March 6, 2008                        CONAIR CORPORATION
3                                               By its attorneys,
4
                                                /s/ Thomas F. Fitzpatrick
5                                               Thomas F. Fitzpatrick
                                                tfitzpatrick@goodwinprocter.com
6                                               GOODWIN PROCTER LLP
                                                181 Lytton Avenue
7                                               Palo Alto, CA 94301
                                                Tel.: 650-752-3144
8                                               Fax: 650-853-1038
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
CONAIR CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
Case No. 3:07-cv-05895-WHA