1  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Telephone: 650-752-3100
   Facsimile: 650-853-1038
4  E-Mail: TFitzpatrick@goodwinprocter.com

5  Attorneys For Defendants
   CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| *Plaintiff,* | **RITE AID HDQTRS. CORP.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC.,    and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rite Aid HDQTRS. Corp., incorrectly sued as "Rite Aid, Corp." ("Rite Aid") by and through its attorneys discloses:

   Rite Aid Corporation owns 10% or more of the stock of Rite Aid HDQTRS. Corp.

Dated: March 6, 2008                RITE AID HDQTRS. CORP.

                                    By its attorneys,


                                    /s/ Thomas F. Fitzpatrick
                                    Thomas F. Fitzpatrick
                                    tfitzpatrick@goodwinprocter.com
                                    GOODWIN PROCTER LLP
                                    181 Lytton Avenue
                                    Palo Alto, CA 94301
                                    Tel.: 650-752-3144
                                    Fax: 650-853-1038