UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CV 07 5895 BZ
RETURN OF AUTHORIZED SERVICE

THE TONYTAIL COMPANY, INC., a Delaware Corporation

    Plaintiff

-vs-

CONAIR, SCUNCI INTL., Ltd., RITE AID, L&N Sales & Marketing, Inc. and DOES 1-10, inclusive

    Defendant

Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines

Received by 1-800-SERVE-EM on February 14, 2008 at 4:29 PM to be served on Scunci, 2200 Byberry Road Hatboro, PA 19040.

I, Nicholas P. Cipriano, Jr., who being duly sworn, depose and say that on February 27, 2008 at 4:50 PM, I:

Served Scunci by delivering a true copy of the Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour of service endorsed thereon by me, to Burt Zech, Manager, authorized to accept service at 2200 Byberry Road Hatboro, PA 19040.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Sworn to and subscribed before me this 28 day of Feb 2008.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna M. Cipriano, Notary Public
Northampton Twp., Bucks County
My Commission Expires Feb. 17, 2009
Member, Pennsylvania Association of Notaries

Nicholas P. Cipriano, Jr.
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008264772
Reference: CV 07 5895 BZ

1-800-SERVE-EM