UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
|  |  | CV 07 5895 BZ<br>RETURN OF AUTHORIZED SERVICE |
| THE TONYTAIL COMPANY, INC., a<br>Delaware Corporation | )<br>) | Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines |
| Plaintiff | ) |  |
| -vs- | ) |  |
| CONAIR, SCUNCI INTL., Ltd., RITE AID, L&N Sales & Marketing, Inc. and DOES 1-10, inclusive | )<br>)<br>) |  |
| Defendant | ) |  |

Received by 1-800-SERVE-EM on February 14, 2008 at 4:27 PM to be served on Conair Corporation, 1 Cummings Point Rd. Stamford, CT 06902.

I, Daniel Newcomb, who being duly sworn, depose and say that on February 15, 2008 at 2:00 PM, I:

Served Conair Corporation by delivering a true copy of the Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour of service endorsed thereon by me, to Scott Lascala, authorized to accept service at Corporation Trust Center, 1209 Orange Street Wilmington, DE 19801.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

*[signature]*

Daniel Newcomb

1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008264696
Reference: CV 07 5895 BZ

**1-800-SERVE-EM**
Airport Process, Inc.