UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CV 07 5895 BZ
RETURN OF AUTHORIZED SERVICE

THE TONYTAIL COMPANY, INC., a Delaware Corporation

Plaintiff

-vs-

CONAIR, SCUNCI INTL., Ltd., RITE AID, L&N Sales & Marketing, Inc. and DOES 1-10, inclusive

Defendant

Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines

Received by 1-800-SERVE-EM on February 14, 2008 at 4:28 PM to be served on Rite Aid, 30 Hunter Lane Camp Hill, PA 17011.

I, Richard Kreitzer, who being duly sworn, depose and say that on February 19, 2008 at 1:00 PM, I:

Served Rite Aid by delivering a true copy of the Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour of service endorsed thereon by me, to Janell Burton, Paralegal, authorized to accept service at 30 Hunter Lane Camp Hill, PA 17011.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Richard Kreitzer
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008264862
Reference: CV 07 5895 BZ