UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAR 24 2008

CV 07 5895 BZ
RETURN OF PERSONAL SERVICE

| | | |
|---|---|---|
| THE TONYTAIL COMPANY, INC., a Delaware Corporation<br><br>Plaintiff<br><br>-vs-<br><br>CONAIR, SCUNCI INTL., Ltd., RITE AID, L&N Sales & Marketing, Inc. and DOES 1-10, inclusive<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) | Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines |

Received by 1-800-SERVE-EM on February 19, 2008 at 12:08 PM to be served on Neal Menaged, 3248 NE 31st Ave. Lighthouse Point, FL 33064.

I, Frances E. Dixon Broward County Process Server #620, who being duly sworn, depose and say that on February 18, 2008 at 3:25 PM, I:

Individually Served the within named person by delivering a true copy of the Summons, ECF Registration Information Handout, US District Court information, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Declaration of Anne-Leith Matlock in Support of Complaint for Damages, Jury Trial Demand, Declaration of Mia Minnelli in Support of Complaint for Damages, Notice of Change of Address and Facsimile Number, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup, Reassignment Order, Notice of Impending Reassignment to a United States District Court Judge, Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour endorsed thereon by me, to Neal Menaged at 3248 NE 31st Ave. Lighthouse Point, FL 33064.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

*[signature]*

Frances E. Dixon Broward County Process Server #620
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008265124
Reference: CV 07 5895 BZ