THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys For Defendants
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, <br><br> *Defendants.* | Case No.   3:07-cv-05895-WHA <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**TO THE HONORABLE JUDGE OF SAID COURT:**

The undersigned attorney, Thomas F. Fitzpatrick, files this Notice of Change of Address and requests that the Court's docket in the above-captioned cause be updated accordingly.

The new information is as follows:

| | |
|---|---|
| Firm: | Goodwin Procter LLP |
| Street: | 135 Commonwealth Drive |
| City, State, Zip: | Menlo Park, CA 94025 |
| Telephone: | (650) 752-3100 |
| Facsimile: | (650) 853-1038 |
| Email: | tfitzpatrick@goodwinprocter.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: April 3, 2008 | RITE AID HDQTRS. CORP. |
| 4 | | By its attorneys, |
| 5 | | /s/ Thomas F. Fitzpatrick |
| 6 | | Thomas F. Fitzpatrick<br>tfitzpatrick@goodwinprocter.com |
| 7 | | GOODWIN PROCTER LLP<br>135 Commonwealth Drive |
| 8 | | Menlo Park, CA 94025<br>Tel.: 650-752-3144<br>Fax: 650-853-1038 |

- 1 -

NOTICE OF CHANGE OF ADDRESS
Case No. 3:07-cv-05895-WHA