**CERTIFICATE OF SERVICE**

I, Victoria X. Griswold, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On April 9, 2008, following ordinary business practice, I caused service of the following documents:

**MOTION FOR LEAVE TO AMEND ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCITON AND AMENDED SCHEDULE FOR CLAIM CONSTRUCTION**

**DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF [PROPOSED] AMENDED ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCTION**

**[PROPOSED] AMENDED ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCTION**

**[PROPOSED] ALTERNATIVE AMENDED ORDER REGARDING SCHEDULE FOR CLAIM CONSTRUCTION**

to be completed by:
Mail service to:
Thomas F. Fitzpatrick
Goodwin Procter, LLP
181 Lytton Avenue
Palo Alto, CA 94301

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: April 9, 2008

Victoria X. Griswold