1  Aron M. Oliner (SBN: 152373)
2  **DUANE MORRIS LLP**
   One Market Plaza
3  Spear Street Tower, Suite 2000
   San Francisco, CA  94105-1104
4  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001
5  Email: roliner@duanemorris.com

6  Attorneys for Defendant
   LN INTERNATIONAL, INC.
7

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11              **SAN FRANCISCO DIVISION**

12

13  THE TONYTAIL COMPANY, INC., a          Case No. 07-5895
    Delaware corporation,
14
15              Plaintiff,
16         v.
17  CONAIR, a Delaware corporation;        **CERTIFICATE OF SERVICE**
    SCUNCI INTL., LTD., a Delaware
18  corporation; RITE AID, a Delaware
    corporation; L & N SALES &
19  MARKETING, INC., a Pennsylvania
    corporation; and DOES 1-10, inclusive,
20
21              Defendants.
22

23         I am a citizen of the United States, over the age of 18 years, and not a party to or

24  interested in the within entitled cause.  I am an employee of Duane Morris, LLP and my business

25  address is One Market, Spear Tower, Suite 2000, San Francisco, California 94105.  I am readily

26  familiar with the business practice for collection and processing of correspondence for mailing

27  and for transmitting documents by FedEx, fax, email, courier and other modes.  On April 22,

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\710962.1 R1331-00001                          1

2008, I served the following document: **ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES OF LN INTERNATIONAL, INC. (fka L&N SALES AND MARKETING, INC.)**,

**X**    BY MAIL:  by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

___    PERSONAL DELIVERY:  by causing a courier to hand deliver (☐ the original) (☐ a true copy) thereof to the person at the address set forth below on this day during normal business hours.

___    BY OVERNIGHT DELIVERY:  by placing (☐ the original) (☐ a true copy) thereof enclosed in a sealed FedEx envelope addressed as set forth below, and placing the envelope for collection and transmittal by FedEx following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight next business day delivery.

___    FACSIMILE:  by telecopying a true copy thereof to the party at the facsimile number as set forth below.

Anne-Leith Feguson W. Matlock          Thomas F. Fitzpatrick
Matlock Law Group                      Goodwin Procter LLP
1485 Treat Boulevard, Suite 200        135 Commonwealth Drive
Walnut Creek, CA 94597                 Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 22, 2008, in San Francisco, California.

                                   /s/ Aristela Wise (xxx-xx-2624)
                                   ARISTELA WISE