1  Matlock Law Group, A Professional Corporation
2  Anne-Leith Matlock, SBN 244351
   1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Phone: (925) 944-7131
4  Fax:    (925) 944-7138
   E-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for Plaintiff,
6  The Tonytail Company, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | THE TONYTAIL COMPANY, INC.          | CASE NO. 3:07-cv-05895-WHA
   | a Delaware Corporation,             |
13 |                                     |
   |              Plaintiff,             | PLAINTIFF'S NOTICE OF MOTION AND
14 |                                     | PARTIAL MOTION TO DISMISS
   |       v.                            | DEFENDANTS RITE AID AND
15 |                                     | CONAIR'S COUNTERCLAIM FOR
   |                                     | LACK OF SUBJECT MATTER
16 | CONAIR, a Delaware Corporation;     | JURISDICTION
   | SCUNCI INTL., Ltd., a Delaware      |
17 | Corporation; RITE AID, a Delaware   | Date: June 5, 2008
   | Corporation; L&N Sales & Marketing, |
18 | Inc., and DOES 1-10, inclusive,     | Time: 8:00 a.m.
19 |                                     | Courtroom: 9
20 |              Defendants.            |

21

22

23    Notice of Motion and Partial Motion to Dismiss Defendants Conair and Rite

24 Aid's, counterclaim, set for hearing on June 5, 2008 at 8:00 am in Court Room 9.

25    Plaintiff hereby moves the Court to dismiss portions of defendants', Rite Aid and

26 Conair's, counterclaim for lack of subject matter jurisdiction pursuant to Federal Rule of

27

28

---

1

NOTICE AND PARTIAL MOTION TO DISMISS                    Case No.3:07-cv-05895-WHA

1  Civil Procedure 12(b)(1), for the reasons more fully set forth in plaintiff's accompanying
2  memorandum of points and authorities.
3
4  Dated May 2, 2008                                    Respectfully Submitted,
5
6                                                       ANNE-LEITH MATLOCK
7                                                       Attorneys for the Plaintiff
                                                        The Tonytail Company
8

NOTICE AND PARTIAL MOTION TO DISMISS                    Case No.3:07-cv-05895-WHA