Matlock Law Group, A Professional Corporation
Anne-Leith Matlock, SBN 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Plaintiff,
The Tonytail Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-05895-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TONYTAIL COMPANY INC.'S PARTIAL MOTION TO DISMISS DEFENDANTS', RITE AID AND CONAIR'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**Date: June 5, 2008**<br><br>**Time: 8:00 a.m.**<br><br>**Courtroom: 9** |

GOOD CAUSE BEING SHOWN by Plaintiff Tonytail Company Inc.

IT IS ORDERED THAT Plaintiff Tonytail Company Inc.'s Partial Motion to Dismiss Defendants Rite Aid and Conair's Counterclaim is hereby GRANTED.

1  **IT IS SO ORDERED.**

2

3

4  DATED:_____, 2008

                                                                       WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE