**CERTIFICATE OF SERVICE**

I, Victoria X. Griswold, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 2, 2008, following ordinary business practice, I caused service of the following documents:

PLAINTIFF'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS DEFENDANTS RITE AID AND CONAIRS COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS PARTIAL MOTION TO DISMISS DEFENDANTS, RITE AID AND CONAIR'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION

[PROPOSED] ORDER GRANTING PLAINTIFF TONYTAIL COMPANY INC.'S PARTIAL MOTION TO DISMISS DEFENDANTS, RITE AID AND CONAIR'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION

to be completed by:
Regular US mail service to:

Thomas F. Fitzpatrick
Goodwin Procter, LLP
135 Commonwealth Drive
Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 2, 2008

_____
Victoria X. Griswold