**CERTIFICATE OF SERVICE**

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 2, 2008, following ordinary business practice, I caused service of the following documents:

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

to be completed by: Electronic Case Filing & Regular US mail service to:

Mr. Ron Oliner
Duane Morris LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Fax: (415) 957-3001
Email: roliner@duanemorris.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 2, 2008

_____
Lesley D. Mejia