

Matlock Law Group, A Professional Corporation
Anne-Leith Matlock, SBN 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Plaintiff,
The Tonytail Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-05895-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF TONYTAIL COMPANY INC.'S MOTION TO SHORTEN TIME OF HEARING REGARDING PLAINTIFF'S PARTIAL MOTION TO DISMISS DEFENDANTS', RITE AID AND CONAIR'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>**Date: May 22, 2008**<br><br>**Time: 8:00 a.m.**<br><br>**Courtroom: 9** |

GOOD CAUSE BEING SHOWN by Plaintiff Tonytail Company Inc.

IT IS ORDERED THAT Plaintiff Tonytail Company Inc.'s Motion to Change

Time of Hearing Regarding Plaintiff's Partial Motion to Dismiss Defendants Rite Aid

and Conair's Counterclaim is hereby GRANTED.

Matlock Law
Group, PC.

PROPOSED ORDER

Case No.3:07-cv-05895-WHA

1

2    **IT IS SO ORDERED.**

3

4

5    DATED:_____, 2008

6    _____
     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28