# CERTIFICATE OF SERVICE

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 7, 2008, following ordinary business practice, I caused service of the following documents:

1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME OF HEARING REGARDING PLAINTIFF'S PARTIAL MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION;**

2) **DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF PLAINTIFF'S MOTION TO SHORTEN TIME; and**

3) **PROPOSED ORDER**

to be sent via ECF and U.S. mail addressed to:

Thomas F. Fitzpatrick, Esq.
Goodwin Procter, LLP
135 Commonwealth Drive
Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 7, 2008

Lesley D. Mejia