THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys For Defendants
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive,<br><br>*Defendants.* | Case No.   3:07-cv-05895-WHA<br><br>**DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF DEFENDANTS CONAIR CORPORATION'S AND RITE AID HDQTRS. CORP.'S OPPOSITION TO PLAINTIFF'S MOTION TO SHORTEN TIME OF HEARING REGARDING PLAINTIFF'S PARTIAL MOTION TO DISMISS** |

I, Thomas F. Fitzpatrick, declare:

1. I am the attorney of record for Defendant Conair Corporation ("Conair") and Rite Aid HDQTRS. Corp. ("Rite Aid") in the above captioned action. Accordingly, I am familiar with the facts and circumstances of this case.

2. Tonytail commenced this action in November 2007 by filing its Complaint for Damages ("Tonytail's Complaint").

3. In its Complaint, Tonytail asserts causes of action against numerous defendants arising out of the alleged infringement of patents and trademarks. Tonytail alleges Conair and Rite Aid infringe Tonytail's U.S. Patent No. 6,263,884.

4. The parties filed a Joint Claim Construction and Prehearing Statement on May 2, 2008

1

1  and a Corrected Joint Claim Construction and Prehearing Statement ("Joint Statement") on May 5,
2  2008, listing the proposed claim terms to be construed by the Court at the May 28, 2008 *Markman*
3  hearing. A true and accurate copy of the Corrected Joint Statement as filed with the Court is attached
4  hereto as Exhibit A.

5      5.    As agreed to by all the parties, the Corrected Joint Statement jointly proposes only
6  terms from claim 4 of the '884 Patent to this Court for construction.

7      6.    Tonytail filed its Partial Motion to Dismiss for Lack of Subject Matter Jurisdiction on
8  May 2, 2008 ("Tonytail's Partial Motion to Dismiss"). A true and accurate copy of Tonytail's Partial
9  Motion to Dismiss is attached hereto as Exhibit B.

10      7.    In its Motion, Tonytail chose June 5, 2008 as its desired date for a hearing.

11      8.    The day before Tonytail filed its Partial Motion to Dismiss, counsel for Conair and Rite
12  Aid attempted to confirm – in writing – the parties agreement with respect to claims 4 and 5 of the
13  '884 Patent. A true and accurate copy of this letter from Thomas F. Fitzpatrick to Anne-Leith
14  Matlock dated May 1, 2008 is attached hereto as Exhibit C. Specifically, Conair and Rite Aid wrote:

15  > In your letter and proposal dated April 24th, you stated Tonytail's position that
16  > "the only claims in issue" with respect to the '884 patent, "are claims 4 and 5." <u>We
17  > will rely on your representation that claims 4 and 5 are the only claims of the '884
18  > in issue and understand that Tonytail will not later assert the remaining claims of
19  > the '884 against our clients. With that understanding we will agree to so confine
20  > our proposed terms for claim construction regarding the '884.</u> Please let us know
21  > immediately if the above does not reflect the agreement you proposed.

20  *See* Fitzpatrick Decl., Exhibit C, *emphasis added*.

21      9.    May 1, 2008 was the first time counsel for the parties verbally discussed an agreement
22  regarding Conair and Rite Aid's declaratory judgment action with respect to claims 1 – 3 of the '884
23  Patent.

24      10.    On May 2, 2008, Tonytail filed its Partial Motion to Dismiss mere hours after the first
25  discussion of the topic with counsel.

- 2 -

- 3 -

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is
2    true and correct.

3
4    Dated: May 8, 2008                                    /s/ Thomas F. Fitzpatrick
                                                           Thomas F. Fitzpatrick

- 3 -
DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF DEFENDANTS CONAIR CORPORATION'S AND RITE AID HDQTRS.
CORP'S OPPOSITION TO MOTION TO SHORTEN TIME
Case No. 3:07-cv-05895-WHA