# EXHIBIT B

Matlock Law Group, A Professional Corporation
Anne-Leith Matlock, SBN 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Plaintiff,
The Tonytail Company, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-05895-WHA<br><br>**PLAINTIFF'S NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS DEFENDANTS RITE AID AND CONAIR'S COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: June 5, 2008<br><br>Time: 8:00 a.m.<br><br>Courtroom: 9 |

Notice of Motion and Partial Motion to Dismiss Defendants Conair and Rite Aid's, counterclaim, set for hearing on June 5, 2008 at 8:00 am in Court Room 9.

Plaintiff hereby moves the Court to dismiss portions of defendants', Rite Aid and Conair's, counterclaim for lack of subject matter jurisdiction pursuant to Federal Rule of

Civil Procedure 12(b)(1), for the reasons more fully set forth in plaintiff's accompanying memorandum of points and authorities.

Dated May 2, 2008                                  Respectfully Submitted,

*[signature]*

ANNE-LEITH MATLOCK
Attorneys for the Plaintiff
The Tonytail Company

NOTICE AND PARTIAL MOTION TO DISMISS                    Case No.3:07-cv-05895-WHA