# CERTIFICATE OF SERVICE

I, Andrea Alameida, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 09, 2008, following ordinary business practice, I caused service of the following documents:

**TONYTAIL COMPANY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

to be completed by:
Electronic service in accordance with the Subject Rule and /or General Orders in this Matter and U.S. First Class Mail to

Ron Oliner
Duane Morris, LLP
Spear Tower
One Market, Suite 2000
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 09, 2008

Andrea Alameida

## CERTIFICATE OF SERVICE

I, Andrea Alameida, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 09, 2008, following ordinary business practice, I caused service of the following documents:

**TONYTAIL COMPANY, INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

to be completed by:
Electronic service in accordance with the Subject Rule and /or General Orders in this Matter and U.S. First Class Mail to

Thomas F. Fitzpatrick
Goodwin Procter, LLP
135 Commonwealth Drive
Palo Alto, CA 94025
650 853-1038f

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 09, 2008



Andrea Alameida