EXHIBIT B



US00D453239S

(12) **United States Design Patent**     (10) Patent No.:     **US D453,239 S**
Minelli                                   (45) Date of Patent:   ** **Jan. 29, 2002**

(54) **PONYTAIL HOLDER**

(76) Inventor:   **Mia Minelli**, 1770 Broadway #101, San
                 Francisco, CA (US) 94109

(**) Term:     **14 Years**

(21) Appl. No.: 29/136,364

(22) Filed:     **Jan. 30, 2001**

(51) **LOC (7) Cl.** ................................................... **28-03**
(52) **U.S. Cl.** ........................................................ **D28/41**
(58) **Field of Search** ..................... D28/39–43; D2/634,
              D2/637, 625, 869, 871, 874, 875, 877,
              881, 894; D11/3, 4; 132/273, 275

(56)              **References Cited**

            U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 38,574 | A | * 5/1863 | Edwards |
| 1,481,778 | A | * 1/1924 | Salomons ................... 132/275 |
| 2,016,210 | A | * 10/1935 | Mann |
| D143,702 | S | * 2/1946 | Baxter |
| D338,551 | S | * 8/1993 | Teague ........................ D2/881 |
| 5,899,211 | A | * 5/1999 | Brown ........................ 132/273 |

| | | | |
|---|---|---|---|
| D413,693 | S | * 9/1999 | Minelli ...................... D28/41 |
| 6,263,884 | B1 | * 7/2001 | Minelli ...................... 132/273 |

              OTHER PUBLICATIONS

Hong Kong Enterprise, Oct., 1997, p. 1149, hair accessories.*

* cited by examiner

*Primary Examiner*—Lucy Lieberman
(74) *Attorney, Agent, or Firm*—Goldstein Law Offices, P.C.

(57)                **CLAIM**

The ornamental design for a ponytail holder, as shown and
described.

              **DESCRIPTION**

FIG. **1** is a front view of a ponytail holder, the rear view
being a mirror image of the front view.
FIG. **2** is a left side elevational view thereof, the right side
elevational view being a mirror image of the left side view.
FIG. **3** is a top plan view thereof; and,
FIG. **4** is a bottom plan view thereof.

              **1 Claim, 2 Drawing Sheets**





Fig. 1



Fig. 2



# Fig. 3



# Fig. 4