# EXHIBIT D

Sept. 4, 1951  G. P. NAIDOR  2,567,119
HEADDRESS ORNAMENT
Filed Jan. 7, 1948





INVENTOR.
GEORGE P. NAIDOR
BY
Frederick Breitenfeld
ATTORNEY

**Patented Sept. 4, 1951**                                                                 **2,567,119**

# UNITED STATES PATENT OFFICE

2,567,119

HEADDRESS ORNAMENT

George P. Naidor, Claremont, Calif.

Application January 7, 1948, Serial No. 941

4 Claims.   (Cl. 41—10)

My present invention relates generally to headdress ornaments.

It is a general object of the invention to provide a simple, relatively inexpensive and attractive device which utilizes the pleasing and ornamental characteristics of fur in a novel and effective manner.

A more particular objective is to provide an ornament which may be optionally utilized as a bandeau to be worn by itself or as an ornamental fur trimming for the edge portion of a separate head covering such as a scarf or simple type of hat.

The present device consists essentially of only two simple and relatively inexpensive parts, viz., a strip of stiff but bendable sheet material creased longitudinally to define superposed sections, and an element of fur overlying the upper one of said sections and extending around the crease. In the preferred embodiment of the invention, a retaining strap is also provided, the strap ends extending into concealed sandwiched relation between the sections of the device at the opposite ends of the ornament, respectively.

The preferred way of achieving these objects, and such other objects and advantages as may hereinafter appear or be pointed out, is illustratively exemplified in the accompanying drawings in which:

Figure 1 is a perspective view of a girl's head showing the present ornament worn as a bandeau;

Figure 2 is a perspective view of the present device by itself, with a part broken away to reveal a normally-concealed fastening device;

Figure 3 is a cross-sectional view taken substantially along the line 3—3 of Figure 2;

Figure 4 is a perspective view of the present ornament used as a trimming on the front edge of a separate head covering; and

Figure 5 is a cross-sectional view taken substantially along the line 5—5 of Figure 4.

In constructing the present device, I start with an elongated strip of stiff but bendable sheet material, and provide in it a permanent longitudinal crease. This crease is shown most clearly at 10 in Figure 3. The strip is doubled upon itself along this crease to form superposed sections 11 and 12. This strip is preferably composed of buckram which, as is known, is a highly sized woven material. Any other suitable sheet material may be used, however, provided that it is relatively stiff but bendable, and capable of maintaining a permanent longitudinal crease.

To a large extent, the dimensions are immaterial, but merely by way of illustration I may state that in the preferred construction each of the sections 11 and 12 has a length of approximately 12 inches and a width of approximately 1 or 2 inches.

Associated with the doubled-over strip is a simple element of ornamental fur which has a length substantially the same as that of the upper section 11, and a width greater than the width of said section. The major part 13 of this fur element is caused to overlie the section 11, as shown most clearly in Figure 3, and a marginal part 14 is caused to extend around the crease 10. The fur element is secured to the underlying strip in any convenient manner, such as by simple adhesive means or by stitching. Where stitches are employed, they preferably extend along the front and rear margins of the fur element so as to leave the major surface of the exposed fur unmarred.

At its opposite ends, the fur element is preferably turned over and around the corresponding ends of the section 11, the object being to conceal the presence of the underlying strip when the ornament is used.

The device may be used, if desired, as a simple bandeau, as indicated in Figure 1. When so worn, it is applied to the head of the wearer with the crease edge frontwise, and it is bent into the arched condition shown. This presses the sections 11 and 12 firmly against each other and exposes to view only the fur element of the structure. To hold the bandeau in position, a retaining strap 15 is provided. This strap may be of any suitable or desired character, preferably of thin and relatively inconspicuous material, and preferably elastic in whole or in part. The opposite ends of the strap 15 extend into concealed sandwiched relation between the sections 11 and 12, at the opposite ends of the ornament. These strap ends are preferably secured to the ornament in a separable manner. With this object in view, the strap ends and the ornament are provided with separable fastening means such as the pair of snap fastening elements 16 shown most clearly in Figure 2. The fastening element which is carried by the ornament itself is preferably formed on the underside of the upper section 11. A similar set of separable fastening elements 17 is provided at the opposite end of the ornament, so that the strap 15 may be completely separated, if desired.

When the strap 15 is removed, the ornament is in condition to be used as a trimming for the front edge of a separate head covering. By way of example, I have shown such a covering in

2,567,119

| 3 | 4 |

Figure 4, in the form of a conventional scarf 18. By applying the ornament to the front edge 19 of the scarf, with the sections 11 and 12 sandwiching the scarf material between them, the trimming is held in position by the natural tendency of the sections 11 and 12 to press against each other when the ornament is adjusted into the arched shape shown in Figure 4.

In similar fashion, the device may be applied to the edge of a simple type of hat or other head covering. While the device retains its position without necessity for any extraneous fastening means, spring clips or other devices (not shown) may be utilized, if desired, preferably positioned between the sections 11 and 12 or in any other desired inconspicuous concealed position.

It will thus be observed that, by means of a simple and inexpensive structural association of parts, an ornamental and unusual device is produced, capable of use in a variety of ways, and utilizing to best advantage the inherent ornamental values of a simple single element of fur.

It will be understood that those skilled in the art may readily make changes in the details herein described and illustrated without necessarily departing from the spirit and scope of the invention as expressed in the appended claims.

Having thus described my invention and illustrated its use, what I claim as new and desire to secure by Letters Patent is:

1. A head-dress ornament comprising an elongated strip of stiff but bendable sheet material, said strip having a permanent longitudinal crease and being doubled upon itself along said crease to form superposed sections which press against each other when the strip is bent into an arched condition, and an element of fur as long as but wider than the upper section, said element having its major part overlying and secured to the upper one of said sections and having a marginal part extending around said crease and secured to the lower one of said sections.

2. A head-dress ornament comprising an elongated strip of stiff but bendable sheet material, said strip having a permanent longitudinal crease and being doubled upon itself along said crease to form superposed sections which press against each other when the strip is bent into an arched condition, an element of fur as long as but wider than the upper section, said element having its major part overlying and secured to the upper one of said sections and having a marginal part extending around said crease and secured to the lower one of said sections, and a retaining strap secured to the ends of said ornament and adapted to extend around the head of a wearer when the ornament is worn as a bandeau with the creased edge frontwise.

3. A head-dress ornament comprising an elongated strip of stiff but bendable sheet material, said strip having a permanent longitudinal crease and being doubled upon itself along said crease to form superposed sections which press against each other when the strip is bent into an arched condition, an element of fur as long as but wider than the upper section, said element having its major part overlying and secured to the upper one of said sections and having a marginal part extending around said crease and secured to the lower one of said sections, a retaining strap adapted to extend around the head of a wearer when the ornament is worn as a bandeau with the creased edge frontwise, the ends of said strap extending into concealed sandwiched relation between said sections at the opposite ends of the ornament, respectively, and separable fastening means securing said strap ends to said ornament.

4. A head-dress ornament comprising an elongated strip of stiff but bendable sheet material, said strip having a permanent longitudinal crease and being doubled upon itself along said crease to form superposed sections which press against each other when the strip is bent into an arched condition, an element of fur as long as but wider than the upper section, said element having its major part overlying and secured to the upper one of said sections and having a marginal part extending around said crease and secured to the lower one of said sections, a retaining strap adapted to extend around the head of a wearer when the ornament is worn as a bandeau with the creased edge frontwise, the ends of said strap extending into concealed sandwiched relation between said sections at the opposite ends of the ornament respectively, and separable fastening means securing said strap ends to said ornament, said fastening means securing the strap ends to the upper one of said sections.

GEORGE P. NAIDOR.

REFERENCES CITED

The following references are of record in the file of this patent:

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| 611,875 | Vorck | Oct. 4, 1898 |
| 1,519,107 | Breslauer | Dec. 16, 1924 |
| 1,625,670 | Maxwell | Apr. 19, 1927 |
| 1,626,433 | Siner | Apr. 26, 1927 |
| 1,715,331 | Richter | May 28, 1929 |
| 2,011,194 | Eisler | Aug. 13, 1935 |
| 2,143,075 | Klau | Jan. 10, 1939 |
| 2,232,516 | Etman | Feb. 18, 1941 |
| 2,386,682 | Heineman | Oct. 9, 1945 |