# EXHIBIT E

CERTIFICATE OF FACSIMILE

I HEREBY CERTIFY THAT THIS PAPER, IS BEING TRANSMITTED BY FACSIMILE TO (703) 308-2708 ON:

_____OCTOBER 17, 2000_____ (DATE OF DEPOSIT)

10/17/00  
DATE    RICHARD W. GOLDSTEIN

DOC NO. G264

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Minnelli

Serial No: 09/525,601           Group Art Unit: G264

Filed: March 14, 2000           Examiner: Doan

For: DEVICE FOR BINDING A PONYTAIL HAVING A NATURAL HAIR APPEARANCE

-----------------------------------------

**AMENDMENT**

Hon. Commissioner of  
Patents and Trademarks  
Washington, DC  20231

Sir:

In response to the Office Action dated October 4, 2000, please amend the above identified application as follows:

**In the Claims**

1. (amended) A hair binding device, for binding and maintaining a ponytail, comprising:

an elastic band, having a pair of elastic band ends;

synthetic hair fibers, collectively having a pair of synthetic hair fiber ends; and

wherein <u>one</u> [each] of the elastic band ends is permanently joined with one of the synthetic hair fiber ends <u>and the other of the elastic band ends is permanently joined with the other of the synthetic fiber ends</u> so that the elastic bands and synthetic hair fibers together form a closed loop.

## Remarks

Claims 1-5 are pending in the application. Claims 4-5 are allowed. Claim 3 is objected to. Claims 1-2 have been rejected under 35 U.S.C. § 103(a) as being unpatentable over Naidor in view of Brown.

In a telephonic interview conducted with the Examiner on October 16 and 17, 2000, the relevance of Naidor to the patentability of claims 1 and 2 was discussed. An agreement was reached that amending claim 1 to recited that <u>one</u> of the elastic band ends is permanently joined with one of the synthetic hair ends, and that <u>the other of the elastic band ends is permanently joined with the other of the synthetic fiber ends</u> would help clarify the claims and ensure that they do not inadvertantly read upon Naidor. Accordingly, such amendment is made herein.

In view of the foregoing amendment, claims 1-5 should now be

allowable.

In view of the above, reconsideration and allowance of the pending claims are respectfully solicited.

Respectfully submitted,

Richard W. Goldstein
Reg. No. 36,527
Attorney For Applicant(s)
2071 Clove Road
Staten Island, New York 10304
(718) 727-9780