# EXHIBIT G

       



Reference > American Heritage® > Dictionary

‹ continuo                                    continuous creation theory ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# continuous

SYLLABICATION: con·tin·u·ous

PRONUNCIATION: kən-tĭn′yōō-əs

ADJECTIVE: **1.** Uninterrupted in time, sequence, substance, or extent. See synonyms at **continual**. **2.** Attached together in repeated units: *a continuous form fed into a printer.* **3.** *Mathematics* Of or relating to a line or curve that extends without a break or irregularity.

ETYMOLOGY: From Latin *continuus.* See continue.

OTHER FORMS: **con·tin′u·ous·ly** —ADVERB
**con·tin′u·ous·ness** —NOUN

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ continuo                                    continuous creation theory ›

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com

continuous. The American Heritage® Dictionary of the English Language: Fourth Edition...   Page 2 of 2

Case 3:07-cv-05895-WHA     Document 67-8     Filed 05/09/2008     Page 3 of 3



