IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE TONYTAIL COMPANY, INC.,
a Delaware corporation,

      Plaintiff,

  v.

CONVAIR, a Delaware corporation, SCUNCI INTL., LTD., a Delaware corporation, RITE AID, a Delaware corporation, L&N SALES & MARKETING, INC., a Pennsylvania corporation, and DOES 1–10, inclusive,

      Defendant.

No. C 07-05895 WHA

**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME ON HEARING FOR PLAINTIFF'S MOTION TO DISMISS**

      Good cause not shown, plaintiff's motion to shorten time on the hearing for plaintiff's motion to dismiss is **DENIED**.

      **IT IS SO ORDERED.**

Dated: May 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE