1    Matlock Law Group, A Professional Corporation
2    Anne-Leith Matlock, SBN 244351
     1485 Treat Blvd., Suite 200
3    Walnut Creek, CA 94597
     Phone: (925) 944-7131
4    Fax:    (925) 944-7138
     E-mail: anne-leith@matlocklawgroup.com
5
     *Attorneys for Plaintiff,*
6
     THOMAS F. FITZPATRICK
7    GOODWIN PROCTER LLP
     135 Commonwealth Drive
8    Menlo Park, California 94025
     Telephone:  650-752-3100
9    Facsimile:  650-853-1038
     E-Mail:  TFitzpatrick@goodwinprocter.com
10
11   *Attorneys for Defendants*

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14               **SAN FRANCISCO DIVISION**

15

16   THE TONYTAIL COMPANY, INC.          **CASE NO. 3:07-cv-05895-WHA**
     a Delaware Corporation,
17
                          Plaintiff,     **JOINT STIPULATION**
18
                 v.
19

20   CONAIR, a Delaware Corporation;
     SCUNCI INTL., Ltd., a Delaware
21   Corporation; RITE AID, a Delaware
     Corporation; L&N Sales & Marketing,
22   Inc., and DOES 1-10, inclusive,

23

24                        Defendants.

25

26

27

28

Matlock
Law
Group,
PC.

1
JOINT STIPULATION

Case No.3:07-cv-05895-WHA

**IT IS STIPULATED AND AGREED** by and between Plaintiff /Counterdefendant Tonytail Company, Inc. and Defendants/Counterplaintiffs, Conair Corp. and Rite Aid HDQTRS. Corp, that:

(1)    all of Plaintiff's causes of action with respect to claims 1, 2 and 3 of U.S. Patent No. 6,263,884, are hereby dismissed with prejudice;

(2)    Defendants' counterclaims requesting a declaratory judgment of invalidity and non-infringement with respect to claims 1, 2, and 3 of U.S. Patent No. 6,263,884 are likewise dismissed with prejudice;

(3)    neither party will assert a cause of action against the other (or any related entity, affiliate, assignee, or successor) based in whole or part on the infringement, non-infringement, or invalidity of claims 1, 2, and 3 of U.S. Patent No. 6,263,884

The terms of this Agreement shall become effective upon entry and approval of this Stipulation by the Court.

DATED: May 15, 2008                MATLOCK LAW GROUP


By:  /s/ Anne-Leith Matlock
     Anne-Leith Matlock, Esq,
     Attorneys for Plaintiff
     TONYTAIL COMPANY INC.


DATED: May 15, 2008                GOODWIN PROCTER, LLP


By:  /s/ Thomas F. Fitzpatrick
     Thomas F. Fitzpatrick
     Attorneys for Defendants
     CONAIR CORPORATION AND RITE
     AID HDQTRS. CORP.

Matlock
Law
Group,
PC.

2
JOINT STIPULATION

Case No.3:07-cv-05895-WHA