ANNE-LEITH FERGUSON W MATLOCK
Matlock Law Group
A Professional Corporation
1485 Treat Blvd, Suite 200
Walnut Creek, CA 94597
Tel: 925-944-7131
Fax: 925-944-7138
Email: anne-leith@matlocklawgroup.com

Attorneys for Plaintiff
THE TONYTAIL COMPANY, INC.

THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

Attorneys for Defendants
CONAIR, CORP. and RITE AID, HDQRTS., CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>CONAIR, CORP., SCUNCI INT'L, LTD., RITE AID, CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive,<br><br>*Defendants.* | Case No.   3:07-cv-05895-WHA<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS 1, 2 AND 3 OF U.S. PATENT No. 6,263,884** |

THIS MATTER having been brought before the Court by Plaintiff, Tonytail Company, Inc., and Defendants Conair Corp., Scunci and Rite Aid Corp., pursuant to the stipulation executed by the parties and submitted to the Court, and for other good cause shown,

IT IS HEREBY ORDERED that all of Plaintiff's causes of action with respect to claims 1, 2 and 3 of U.S. Patent No. 6,263,884, are hereby dismissed with prejudice; IT IS FURTHER

ORDERED that Defendants' counterclaims requesting a declaratory judgment of invalidity and non-infringement with respect to claims 1, 2, and 3 of U.S. Patent No. 6,263,884 are likewise dismissed with prejudice; IT IS FURTHER

ORDERED that neither party will assert a cause of action against the other (or any related entity, affiliate, assignee, or successor) based in whole or part on the infringement, non-infringement, or invalidity of claims 1, 2, and 3 of U.S. Patent No. 6,263,884.

IT IS SO ORDERED.

DATED: _____

                                                                _____
WILLIAM ALSUP
United States District Judge
Northern District of California
San Francisco Division