UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* BY ELEANOR M. HYNES FOR CONAIR CORPORATION AND RITE AID HDQTRS, CORP. |
| v. | |
| CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, | |
| Defendants. | |

Eleanor M. Hynes, an active member in good standing of the bar of the state of New York, who business address and telephone number is:

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Conair Corporation and Rite Aid HDQTRS. Corp.

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.
3   Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements contained
5   in the General Order No. 45, Electronic Case Filing.

Dated: _____   _____
                                        HONORABLE WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE