1  ANNE-LEITH FERGUSON W MATLOCK
   Matlock Law Group
2  A Professional Corporation
   1485 Treat Blvd, Suite 200
3  Walnut Creek, CA 94597
   Tel: 925-944-7131
4  Fax: 925-944-7138
   Email: anne-leith@matlocklawgroup.com
5
   Attorneys for Plaintiff
6  THE TONYTAIL COMPANY, INC.

7  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
8  181 Lytton Avenue
   Palo Alto, CA 94301
9  Telephone: 650-752-3100
   Facsimile: 650-853-1038
10 E-Mail: TFitzpatrick@goodwinprocter.com

11 Attorneys for Defendants
   CONAIR, CORP. and RITE AID, HDQRTS., CORP.
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.   3:07-cv-05895-WHA |
| *Plaintiff,* | [PROPOSED] ORDER DISMISSING CLAIMS 1, 2 AND 3 OF U.S. PATENT No. 6,263,884 |
| v. | |
| CONAIR, CORP., SCUNCI INT'L, LTD., RITE AID, CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

    THIS MATTER having been brought before the Court by Plaintiff, Tonytail Company, Inc., and Defendants Conair Corp., Scunci and Rite Aid Corp., pursuant to the stipulation executed by the parties and submitted to the Court, and for other good cause shown,

    IT IS HEREBY ORDERED that all of Plaintiff's causes of action with respect to claims 1, 2 and 3 of U.S. Patent No. 6,263,884, are hereby dismissed with prejudice; IT IS FURTHER

1

ORDERED that Defendants' counterclaims requesting a declaratory judgment of invalidity and non-infringement with respect to claims 1, 2, and 3 of U.S. Patent No. 6,263,884 are likewise dismissed with prejudice; IT IS FURTHER

ORDERED that neither party will assert a cause of action against the other (or any related entity, affiliate, assignee, or successor) based in whole or part on the infringement, non-infringement, or invalidity of claims 1, 2, and 3 of U.S. Patent No. 6,263,884.

IT IS SO ORDERED.

DATED: ___May 20, 2008tonyt___

_____
WILLIAM ALSUP
United States District Judge
Northern District of California
San Francisco Division