1  Matlock Law Group, A Professional Corporation
   Anne-Leith Matlock, SBN 244351,
2  K. Brian Matlock, SBN 243812
   1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Phone: 925 944-7131
4  Facsimile: 925 944-7138
   Email: anne-leith@matlocklawgroup.com
5
6  Attorneys for
   The Tonytail Company, Inc.
7

8            **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11

12 THE TONYTAIL COMPANY, INC.          **CASE NO. 3:07-cv-05895-WHA**
   a Delaware Corporation,
13                                      **DECLARATION OF ANNE-LEITH**
                                        **MATLOCK IN SUPPORT OF  TONYTAIL**
14              Plaintiff,              **COMPANY INC.'S REPLY IN**
                                        **OPPOSITION TO DEFENDANTS'**
15         v.                           **CONAIR CORPORATION'S AND RITE**
                                        **AID HDGTRS CORP.'S RESPONSE**
16                                      **BRIEF**
   CONAIR, a Delaware Corporation;
17 SCUNCI INTL., Ltd., a Delaware
   Corporation; RITE AID, a Delaware   **Date:   May 28, 2008**
18 Corporation; L&N Sales & Marketing, **Time:   1:30 p.m.**
   Inc., a Pennsylvania Corporation and **Dept.:   Courtroom 9, 19th Floor**
19 DOES 1-10, inclusive,               **Judge:  Honorable William H. Alsup**
20
21              Defendants.
22                  .
23
24
25
26
27
28

1    I, ANNE-LEITH W. MATLOCK, declare:

2    1.    I, ANNE-LEITH W. MATLOCK, am an attorney at law licensed to

3    practice before the courts of the State of California, admitted in the Northern and

4    Eastern Districts of California, and a Principal of the law firm Matlock Law Group,

5    attorneys of record for The Tonytail Company, Inc.

6    2.    I have personally reviewed the facts set forth in the Reply to Defendants'

7    Response Brief.

8    3.    A true and accurate copy of the Dictionary Definition Comparison Chart

9    with true and accurate copies of the corresponding dictionary definitions is attached

10    hereto as Exhibit A.

11    I declare under penalty of perjury under the laws of the State of California that the

12    foregoing is true and correct, if called upon to testify, I could or would competently

13    testify thereto and that this declaration was executed this 23rd day of May 2008, at Walnut

14    Creek, California.

15    DATED: May 23, 2008

16    Respectfully Submitted,

17    MATLOCK LAW GROUP

18

19

20    Anne-Leith W. Matlock

21    Attorneys for The Tonytail Company, Inc.

22

23

24

25

26

27

28

DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF TONYTAIL COMPANY INC.'S S REPLY TO
DEFENDANTS' CONAIR CORPORATION'S AND RITE AID HDQTRS RESPONSE BRIEF
CASE NO. 3:07-CV-05895-WHA

**EXHIBIT A**

| Term | | | | Primary Definition |
|---|---|---|---|---|
| "joined" | to put or bring together so as to form a unit | to put or bring together so as to form a unit | to come or bring together so as to form a unit | **Primary Definition:** to put or bring together so as to make continuous or form a unit |
| "band" | to gather together | something that binds or restrains legally.... | something that binds, ties, or goes around | **Primary Definition:** to tie, bind, or encircle with... |
| "loop" | a curving or doubling of a line so as to form a closed or partly open curve within itself through which another line can be passed or into which a hook may be hooked | a curving or doubling of a line so as to form a closed or partly open curve within itself through which another line can be passed or into which a hook may be hooked | a fold or doubling of a line through which another line or hook can be passed | **Primary Definition:** a length of line, thread, ribbon, or other thin material that is curved or doubled over making an opening. |
| "closed loop" | an automatic control system in which an operation, process, or mechanism is regulated by feedback | an automatic control system for an operation or process in which feedback in a closed path or group of paths acts to maintain output at a desired level | an automatic control system for an operation or process in which a path is regulated by feedback | **Primary Definition:** *Engineering* A control system with an active feedback loop. **Defendants Definition:** closed-loop a., characterized by a feed-back from a later to an earlier point in a cycle of operation - The Oxford English Dictionary, Second Edition |
| "solely" | without another | without another | only, single | **Primary Definition:** Alone; singly |
| "cord" | a long slender flexible material usually consisting of several strands | a long slender flexible material usu. consisting of several strands | a usu. heavy string consisting of several strands woven or twisted together | **Primary Definition:** a slender length of flexible material usually made of twisted strands or fibers and used to bind, tie, connect, or support. |

1

| | | | | Primary Definition: |
|---|---|---|---|---|
| "elastic" | capable of being easily stretched or expanded and resuming former shape | capable of recovering size and shape after deformation. | flexible, pliable | easily resuming original shape after being stretched or expanded; flexible. |
| "pair" | two corresponding things designed for use together | two corresponding things designed for use together | two things of a kind designed for use together | two corresponding persons or items, similar in form or function and matched or associated |
| "synthetic" | relating to or involving synthesis | relating to or involving synthesis: not analytic | produced artificially | relating to, involving, or of the nature of synthesis. |
| "form" | to give a particular shape to | to give form or shape to | to give form or shape to | the shape and structure of an object. |
| "closed curve" | a closed plane curve (as a circle or an ellipse) that does not intersect itself —called also *Jordan curve* | NOT DEFINED | NOT DEFINED | defendants failed to define |

**EXHIBIT A**

2



Copyright © 1975 by G. & C. Merriam Co.

Philippines Copyright 1975 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

"Based on Webster's third new international dictionary."
"A Merriam-Webster."
Editions for 1898–1948 have title: Webster's collegiate dictionary;
1949–61 and 1973–    editions have title: Webster's new collegiate dictionary;
1963–72 editions have title: Webster's seventh new collegiate dictionary.
   1. English language—Dictionaries. I. Woolf, Henry Bosley, 1900–    ed.
PE1628.W4M4   1975   423      74-26704
ISBN 0-87779-328-x (plain)
      0-87779-329-8 (thumb-indexed)
      0-87779-330-1 (Buksyn)

Previous edition copyright © 1973, 1974 by G. & C. Merriam Co.

Previous edition Philippines Copyright 1973, 1974 by G. & C. Merriam Co.


COLLEGIATE is a registered trademark.


All rights reserved. No part of this work covered by the copyrights hereon may
be reproduced or copied in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information and re-
trieval systems—without written permission of the publisher.

Made in the United States of America

9

that has to be done : TASK (2) : an undertaking
usual exertion <it was a real ~ to talk over that house>
of duty, role, or function < : a regular remunerative
chiefly Brit : state of affairs — used with *bad* or *good*
~ you didn't hit the old man —E. L. Thomas> *syn*
on the job : on the alert : on duty <safety devices
stantly on the job>

**job** *vb* **job·bing** *vi* 1 : to do odd or occasional pieces of
2 : to carry on public business for private gain 3
on the business of a middleman or wholesaler <his
and doesn't sell to the homeowner> ~ *vt* 1 : to buy
stock) for profit : SPECULATE 2 : to hire or let by the
period of service 3 : to get. deal with, or effect by
to do or cause to be done by separate portions or lots
*syn* fi : SWINDLE, TRICK

*Brit* : that is for hire for a given service or period 2
gaged in, or done as job work <a ~ shop> 3 : of or
due to employment <a guarantee of ~ security>
[L. fr. Gk *Iōb,* fr. Heb *Iyyōbh*] 1 : the hero of the
who endures afflictions with fortitude and faith 2
and poetic book of canonical Jewish and Christian
see BIBLE table

a temporary refusal (as by policemen) to work as a
forcing compliance with demands
bar\ *n* : one that jobs: as **a** (1) : STOCKJOBBER (2)
*b* : *specif* : a wholesaler who operates on a small scale
only to retailers and institutions **b** : one who works
on job work
jo-ba-rē\ *n* : the act or practice of jobbing: *esp*
in public office
jäb-hŏl-dar\ *n* : one having a regular job
\-häp-iŋ\ *n* : the practice of moving (as for
nancial gain) from job to job — **job-hop-per** \-häp-

las\ *adj* 1 : having no job 2 : of or relating to
no job — **job-less-ness** *n*
a miscellaneous collection of objects for sale as a lot
filer 2 : a miscellaneous and usu. inferior collection

fter \jŏbz-\ *n* [fr. the tone of the speeches made to
fends] : one who discourages or depresses while seem-
comfort and consolation
*pl* 1 : hard pearly white seeds often used as beads
r : an Asiatic grass (*Coix lacryma-jobi*) whose seeds

kas-ta\ *n* [L. fr. Gk *Iokastē*] : a queen of Thebes and
dipus who unknowingly becomes her husband
1 : JOCKEY 2 : DISC JOCKEY
strap\ 1 : ATHLETIC SUPPORTER 2 : ATHLETE: *esp*
plete
k\ *n, pl* **jockeys** [*Jockey,* Sc nickname for *John*] 1
des a horse esp. as a professional in a race 2 : one
or works with a practiced vehicle, device, or object
an accountant, a pencil ~ — with almost no
th the out-of-doors —James Selder>
ed\ **jock-ey-ing** *vi* 1 : to deal shrewdly or
with 2 **a** : to ride (a horse) as a jockey **b** : DRIVE.
; to maneuver or manipulate by adroit or devious
*n·ed* out of a political job> **b** : to change the
ha series of movements <~ a truck into position> ~
as a jockey 2 : to maneuver for advantage <~ for
tion on the team>
: an association for the promotion and regulation of

jock] : ringworm of the crotch : TINEA CRURIS .
ik-strap\ *n* [E slang *jock* (penis) + E *strap*]
PORTER
s\ *adj* [L *jocosus,* fr. *jocus* joke] 1 : given to joking
; characterized by joking : HUMOROUS *syn* see WITTY
*adv,* — **jo-cose-ness** *n* — **jo-cos-i-ty** \jō-'käs-ət-ē\

yō-lar\ *adj* [L *jocularis,* fr. *joculus,* dim. of *jocus*)
ting : habitually jolly or jocund 2 : characterized
AYFUL *syn* see WITTY — **joc-u-lar-i-ty** \jäk-yə-'lar-
3-u-lar-ly \jäk-ya-lar-lē\ *adv*
and *also* \ŏk-Ǫnd\ *adj* [ME. fr. LL. *jocundus,* alter.
fr. *juvare* to help]: marked by or suggestive of high
mirthfulness <a poet could not but be gay, in such
—William Wordsworth> *syn* see MERRY — **jo-**
ŋ-kan-dat-e, jiŭ-\ *n* — **jo-cund-ly** \jŏk-an-dlē.

par\ *n* [*Jodhpur,* India] 1 *pl* : riding breeches cut
he hips and close-fitting from knee to ankle 2 : an
ot fastened with a strap that is buckled at the side
[L. fr. Gk *Iōēl,* fr. Heb *Yō'ēl*] 1 : the traditionally
r of the book of Joel 2 : a narrative and apocalyp-
nonical Jewish and Christian scripture — see BIBLE

a\jō-'pi-\ *n* [perh. alter. of earlier *eupatory,* fr. NL
enus name] : any of several tall American perennial
bs (genus *Eupatorium*) with whorled leaves and
ads of typically purple tubular flowers
[native name in Australia] *Austral* : a baby animal;
kangaroo
ogged: **jog-ging** [prob. alter. of *shog*] *vt* 1 : to give
y or push to : NUDGE 2 : to rouse to alertness
emory> 3 : to cause (as a horse) to go at a jog 4
dges of (piled sheets of paper) by hitting or shaking
urface ~ *vi* 1 : to move up and down or about with
r motion <his ... holster *jogging* against his hip
hims> 2 **a** : to run or ride at a slow trot **b** : to
leisurely, or monotonous pace : TRUDGE
light shake : PUSH 2 **a** : a jogging movement, pace,

or trip **b** : a horse's slow gait with marked beats
**³jog** *n* [prob. alter. of *¹jag*] 1 **a** : a projecting or retreating part (as
of a line or surface) **b** : the space in the angle of a jog 2 : a brief
abrupt change in direction
**⁴jog** *vi* **jogged; jog·ging** : to make a jog <the road ~s to the
right>
**jog-ger** \'jäg-ǝr\ *n* 1 : one that jogs 2 : a device for jogging
piled sheets of paper
**¹jog-gle** \'jäg-ǝl\ *vb* **jog-gled; jog-gling** \-(ǝ-)liŋ\ [freq. of *¹jog*] *vt*
1 : to shake slightly ~ *vi* : to move shakily or jerkily — **jog-gler**
\-(ǝ-)lǝr\ *n*
**²joggle** *n* : ¹JOG 2a
**³joggle** *n* [dim. of *²jog*] 1 : a notch or tooth in a joining surface
(as of a piece of building material) to prevent slipping 2 : a dowel
for joining two adjacent blocks of masonry
**⁴joggle** *vt* **jog-gled; jog-gling** \'jäg-(ǝ-)liŋ\ : to join by means of
a joggle so as to prevent sliding apart
**jog trot** *n* 1 : a slow regular jolting gait (as of a horse) 2 : a
routine habit or course of action
**jo-han-nes** \jō-'han-ǝs\ *n, pl* **Johannes** [*Johannes* John V †1750
king of Portugal] : a Portuguese gold coin of the 18th and 19th
centuries equivalent to 6400 reis
**Jo-han-nine** \jō-'han-in, -an\ *adj* [LL *Johannes* John]: of, relat-
ing to, or characteristic of the apostle John or the New Testament
books ascribed to him
**John** \'jän\ *n* [fr. the name *John*] 1 : TOILET 2 : a prostitute's
client
**John** \'jän\ *n* [LL *Johannes,* fr. Gk *Iōannēs,* fr. Heb *Yōhānān*] 1
: a Jewish prophet who according to Gospel accounts foretold
Jesus's messianic ministry and baptized him — called also *John the
Baptist* 2 : an apostle who according to various Christian tradi-
tions wrote the fourth Gospel, the three Johannine Epistles, and the
Book of Revelation 3 : the fourth Gospel in the New Testament
— see BIBLE table 4 : any of three short didactic letters addressed
to early Christians and included in the New Testament — see BIBLE
table
**John Barleycorn** *n* : alcoholic liquor personified
**john-boat** \'jän-bōt\ *n* [fr. the name *John*] : a narrow flat-bot-
tomed square-ended boat usu. propelled by a pole or paddle and
used on inland waterways
**John Bull** \-'bùl\ *n* [*John Bull,* character typifying the English
nation in *The History of John Bull* (1712) by John Arbuthnot] 1
: the English nation personified : the English people 2 : a typical
Englishman — **John Bull-ish** \-ish\ *adj* — **John Bull-ism** \-,iz-ǝm\ *n*
— **John Bull-ism** \-,iz-ǝm\ *n*
**John Doe** \-'dō\ *n* 1 : a party to legal proceedings whose true
name is unknown 2 : an average man <brilliant educators and
plain *John Does* —K. D. Wells>
**John Do·ry** \-'dōr-ē, -'dòr-\ *n, pl* **John Dories** [earlier *dory,* fr.
MF *doree,* fr. MF *doree,* lit.] : a common yellow to
olive European food fish (*Zeus faber*) with an oval compressed
body, long dorsal spines, and a dark spot on each side; *also* : a
closely related and possibly identical fish (*Z capensis*) widely
distributed in southern seas
**Joh·ne's disease** \'yō-nǝz-\ *n* [Heinrich A. *Johne* †1910 G bac-
teriologist] : a chronic often fatal enteritis esp. of cattle that is
caused by a bacillus (*Mycobacterium paratuberculosis*) and is
characterized by persistent diarrhea and gradual emaciation
**John Han-cock** \jän-'han-,käk\ *n* [*John Hancock;* fr. the promi-
nence of his signature on the Declaration of Independence] : an
autograph signature
**John Hen-ry** \-'hen-rē\ *n* [fr. the name *John Henry*] : an auto-
graph signature
**John Mark** *n* : MARK 1a
**john-ny** \'jän-ē\ *n, pl* **johnnies** [fr. the name *Johnny*] 1 *often cap*
: FELLOW, GUY 2 : a short-sleeved collarless gown with an open-
ing in the back for wear by persons (as hospital patients)
undergoing medical examination or treatment
**johnny-cake** \'jän-ē-,käk\ *n* [prob. fr. the name *Johnny*]: a bread
made with cornmeal
**John-ny-come-late-ly** \jän-ē-(,)kǝm-'lāt-lē\ *n,pl* **Johnny-come-
latelies** *or* **Johnnies-come-lately** 1 : a late or recent arrival
: NEWCOMER 2 : UPSTART <established families tend to hold
themselves above the *Johnny-come-latelies* —William Zeckendorf
b1905>
**John-ny-jump-up** \jän-ē-'jam-,pap\ *n* 1 : WILD PANSY: *broadly*
: any of various small-flowered cultivated pansies 2 : any of vari-
ous American violets
**John-ny-on-the-spot** \jän-ē-òn-tha-'spät, -ē-än-\ *n* : one who
is on hand and ready to perform a service or respond to an
emergency
**Johnny Reb** \-'reb\ *n* [fr. the name *Johnny* + *reb* (rebel)] : a
Confederate soldier
**John-son-ese** \jän(t)-sǝ-'nēz, -'nēs\ *n* [Samuel *Johnson*] : a liter-
ary style characterized by balanced phraseology and Latinate
diction
**Johnson grass** \'jän(t)-sǝn-\ *n* [William *Johnston* †1859
Am agriculturist] : a tall perennial sorghum (*Sorghum halepense*)
naturalized as a hay and forage grass in warm regions
**joie de vi-vre** \zhwäd-ǝ-'vēvr^ǝ\ *n* [F, lit., joy of living] : keen or
buoyant enjoyment of life
**¹join** \'jòin\ *vb* [ME *joinen,* fr. OF *joindre,* fr. L *jungere* — more
at YOKE] *vt* 1 **a** : to put or bring together so as to form a unit <~
two blocks of wood with glue> **b** : to connect (as points) by a line
**c** : ADJOIN 2 : to put or bring into close association or relation-
ship <~ *ed* in marriage>. 3 : to engage in (battle) 4 **a** : to come
into the company of <~ *ed* us for lunch> **b** : to associate oneself

ā abut    ³ kitten    ar further    a back    ā bake    ä cot, cart
aù out    ch chin    e less    ē easy    g gift    i trip    ī life
j joke    ŋ sing    ō flow    ò flaw    òi coin    th thin    th this
ü loot    ù foot    y yet    yü few    yù furious    zh vision

**evergreen tree** (*Abies balsamea*) ... and as a Christmas tree ... balsam from a tropical ... used in perfumery and med...

**Tolú, Colombia]** : a balsam ... tree (*Myroxylon balsamum*) ...

**poplar** (*Populus balsamifera*) ... and has buds thickly coated ... **balm of Gilead, hackmatack**

**man language** of northern ...

**ticum** Baltic sea] 1 : of or ... ates of Lithuania, Latvia, and ... ts of the Indo-European ... ic, and Old Prussian — see ...

mó(ə)r-, -mər- n [fr. its ... s based baseball that uses ... ave time to catch it and make ...

**ord Baltimore**] : a common ... his orange male is brightly ... and the female is primarily ...

n : a subfamily of Indo-... ltic and the Slavic branches ...

**Baluchi** [Per *Balūchī*] 1 ... b : a member of this ... Baluchi people ... te baluusto, fr. balausto ... m, fr. Gk balaustion; fr. its ... ed support for a rail 2 ... of a table, a round in the ... g a vaselike or turned ...

alaustrata, fr. balaustro] ... a low parapet or barrier ... hatics 2 bachelor of arts

or Bambaras ... Niger 2 : a Mande ...

or -ni \-(ə)nē [It. dim. ... bini : a representa-...



bamboo

ocial pressure ~
BID
m, of Gmc origin:
moning in feudal
2 : ANATHEMA:
egal prohibition
opinion
e lex at MONEY

[F, fr. MF, of
mmonplace, fr.
sty : TRITE 2
se INSIPID ant
on\ ~ ba-
le)\ adj
ana] 1 : an
flesh enclosed
erennial herb
nily) bearing

of amyl
solvent and
: a lacquer

ften has an

erved on a
th flavored

an artisan,
PRACTICAL,
PEDESTRIAN

---

**<a ~ performance>** 2 a : VOCATIONAL <<~ pursuits> b : concerned with or tending to seek material things : MATERIALISTIC <a ~ civilization>

**band** \'band\, n [in senses 1 & 2, fr. ME *band, bond* something that constricts, fr. ON *band*; akin to OE *bindan* to bind; in other senses, fr. ME *bande* strip, fr. MF, fr. (assumed) VL *binda*, of Gmc origin; akin to OHG *binta* fillet; akin to OE *bindan*] 1 : something that confines or constricts while allowing a degree of movement 2 : something that binds or restrains legally, morally, or spiritually : a : a restraining obligation or tie affecting one's relations to others or to a tradition b *archaic* : a formal promise or guarantee c *archaic* : a pledge given : SECURITY 3 : a strip serving to join or hold things together: as a : BELT 2 b : a cord or strip across the backbone of a book to which the sections are sewn 4 : a thin flat encircling strip used for binding: as a : a close-fitting strip that confines material at the waist, neck, or cuff of clothing b : a strip of cloth used to protect a newborn baby's navel — called also *bellyband* c : a ring of elastic 5 : an elongated surface or section with parallel or roughly parallel sides: *specif* : a more or less well-defined range of wavelengths, frequencies, or energies of optical, electric, or acoustic radiation 6 : a narrow strip serving chiefly a decoration: as a : a narrow strip of material applied as trimming to an article of dress b *pl* : a pair of strips hanging at the front of the neck as part of a clerical, legal, or academic dress c : a ring around certain portions 7 : a group of grooves on a phonograph record containing recorded sound

**band** *vt* 1 : to affix a band to or to tie up with a band 2 : to finish with a band 3 a : to attach (oneself) to a group b : to gather together or summon for a purpose <he ~ *ed* all his resources together against the coming struggle> c : to unite in a company together against the coming struggle> d : to associate with others or confederacy <the farmers were ~ *ed* against certain depredations or controls> ~ *vi* 1 : to unite for a common purpose — often used with *together* <fourteen of the largest cities have ~ *ed* together in hopes of attacking the blight that is common to them all — J. B. Conant>
— **band-er** n

**band** n [MF *bande* troop] : a group of persons, animals, or things, *esp* : a group of musicians organized for ensemble playing and using chiefly woodwinds, brass, and percussion instruments — compare ORCHESTRA

**ban-dage** \'ban-dij\, n [MF, fr. *bande*] 1 : a strip of fabric used *esp.* to dress and bind up wounds 2 : a flexible strip or band used to cover, strengthen, or compress something
**bandage** *vt* **ban-daged; ban-dag-ing** : to bind, dress, or cover with a bandage — **ban-dag-er** n

**Band-Aid** \'band-'ād\ *trademark* — used for a small adhesive strip with a gauze pad for covering minor wounds

**ban-dan-na** or **ban-dana** \ban-'dan-ə\ n [Hindi *bāḍhnū* a dyeing process involving the tying of cloth in knots, cloth so dyed, fr. *bāḍhnū* to tie, fr. Skt *badhnāti* he ties; akin to OE *bindan*] : a large figured handkerchief

**band-box** \'ban(d)-,bäks\ n 1 : a usu. cylindrical box of paper-board or thin wood for holding light articles of attire 2 : a structure (as a theater or baseball park) having relatively small interior dimensions

**ban-deau** \ban-'dō\, n, *pl* **ban-deaux** \-'dōz\ [F, dim. of *bande*] 1 : a fillet or band esp. for the hair 2 : BRASSIERE

**band-ed** \'ban-dad\ *adj* : having or marked with bands <a ~ pattern of clouds>

**ban-de-ri-lla** \,ban-də-'rē(l)-yə\, n [Sp, dim. of *bandera* banner] : a decorated barbed dart that the banderillero thrusts into the neck or shoulders of the bull in a bullfight

**ban-de-ri-lle-ro** \,ban-də-(,)rē(l)-'ye(ə)-(,)rō\, n, *pl* **-ros** [Sp, fr. *banderilla*] : one who thrusts in the banderillas in a bullfight

**ban-de-role** or **ban-de-rol** \'ban-də-,rōl\ n [F *banderole*, fr. It *banderuola*, dim. of *bandiera* band, of Gmc origin; akin to Goth *bandwo* sign — more at BANNER] 1 : a long narrow forked flag or streamer 2 : a long scroll bearing an inscription or a device

**ban-di-coot** \'ban-di-,küt\, n [Telugu *pandikokku*] 1 : any of several very large rats (*Nesokia* and related genera) of India and Ceylon destructive to rice fields and gardens 2 : any of various small insectivorous and herbivorous marsupial mammals (family Peramelidae) of Australia, Tasmania, and New Guinea

**ban-dit** \'ban-dət\, n [It *bandito*, fr. pp. of *bandire* to banish, of Gmc origin; akin to OHG *bannan* to command — more at BAN] 1 *pl also* **ban-dit-ti** \ban-'dit-ē\ a : an outlaw who lives by plunder: *esp* : a member of a band of marauders b : a political terrorist : GUERRILLA — 2 : ROBBER 3 : one who takes unfair advantage of others <the taxi ~> who tie up traffic —Bennett Cerf> c : an enemy plane — **ban-dit-ry** \'ban-də-trē\, n

**band-lead-er** \'band-,lēd-ər\, n : the director of a band

**band-mas-ter** \'band\-,mas-tər\ n : a conductor of a musical band

**ban-dog** \'ban-,dóg\, n [ME *bandogge*, fr. *band* + *dogge* dog] : a dog kept tied to serve as a watchdog or because of its ferocity

**ban-do-lier** or **ban-do-leer** \,ban-də-'li(ə)r\ n [MF *bandoulière*, deriv. of OSp *bando* band, of Gmc origin; akin to Goth *bandwo*] : a belt worn over the shoulder and across the breast often for the suspending or supporting of some article (as cartridges) or as a part of an official or ceremonial dress

**ban-dora** \ban-'dōr-ə, -'dòr-\, n or **ban-do-ra** \ban-'dōr-ə, -'dòr-\, n [Sp *bandurria* or Pg *bandurra*, fr. LL *pandura* 3-stringed lute, fr. Gk *pandoura*] : a bass stringed instrument resembling a guitar

**band razor** n : a safety razor utilizing a cartridge that contains a narrow single-edged band of steel which may be advanced just enough to expose a new surface

**band saw** n : a saw in the form of an endless steel belt running over pulleys; *also* : a power sawing machine using this device

**band shell** n : a bandstand having at the rear a sounding board shaped like a huge concave seashell

**bands-man** \'ban(d)z-mən\, n : a member of a musical band

**band-stand** \'ban(d)-,stand\, n : a usu. roofed stand or raised platform on which a band or orchestra performs

**b and w** *abbr* black and white

---

**band-wag-on** \'ban-,dwag-ən\, n 1 : a usu. ornate and high wagon for a band of musicians esp. in a circus parade 2 : a party, faction, or cause that attracts adherents or amasses power by its timeliness, showmanship, or momentum

**band-width** \'ban-,dwidth\, n : the range within a band of wavelengths, frequencies, or energies

**ban-dy** \'ban-dē\ *vb* **ban-died; ban-dy-ing** [prob. fr. MF *bander* to be tight, to bandy, fr. *bande* strip — more at BAND] *vt* 1 : to bat (as a tennis ball) to and fro 2 a : to toss from side to side or pass about from one to another often in a careless or inappropriate manner b : EXCHANGE <~ words> argumentatively <~ blows> c : to discuss lightly or bantering ly d : to use in a glib or offhand manner — often used with *about* <~ these statistics about with considerable bravado —Richard Poirak> 3 *archaic* : to band together ~ *vi* 1 *obs* : CONTEND 2 *archaic* : UNITE

**ban-dy** n [perh. fr. MF *bandé*, pp. of *bander*] : a game similar to hockey and believed to be its prototype

**ban-dy** *adj* [prob. fr. *bandy* (hockey stick)] 1 *of legs* : BOWED 2 : BOWLEGGED — **ban-dy-legged** \,ban-dē-'leg(-ə)d, -'lāg(-ə)d\ *adj*

**bane** \'bān\ n [ME, fr. OE *bana*; akin to OHG *bano* death, Av *banta* ill] 1 *obs* : MURDERER, SLAYER b : POISON c : DEATH, DESTRUCTION <money, thou ~ of bliss, and source of woe —D. C. Thomson>

**bane** *vt* **baned; ban-ing** *obs* : to kill esp. with poison

**bane** n [ME (northern dial.) *bane*, fr. OE *bān*] *chiefly Scot* : BONE

**bane-ber-ry** \'bān-,ber-ē\, n : the acrid poisonous berry of a plant (genus *Actaea*) of the buttercup family; *also* : the plant itself

**bane-ful** \'bān-fəl\ *adj* 1 *archaic* : POISONOUS 2 : productive of destruction or woe : seriously harmful <a ~ influence> *syn* see PERNICIOUS *ant* beneficial — **bane-ful-ly** \-fə-lē\ *adv*

**bang** \'baŋ\ *vb* [prob. of Scand origin; akin to Icel *banga* to hammer] *vt* 1 : to strike sharply : BUMP <fell and ~ *ed* his knee> 2 : to knock, beat, or thrust vigorously often with a sharp noise 3 : to have sexual intercourse with — often considered vulgar ~ *vi* 1 : to strike with a sharp noise or thump <the falling chair ~ *ed* against the wall> 2 : to produce a sharp often metallic explosive or percussive noise or series of such noises <the gun ~ *ed*> 3 : to resound <the door ~ *ed* shut> 4 : to make a quick loud noise — often used interjectionally

**bang** n 1 a : a sudden stricking effect b : a quick burst of energy <start off with a ~> c : THRILL <I get a ~ out of all this —W. H. Whyte>

**bang** *adv* : RIGHT, DIRECTLY <ran ~ up against more trouble>

**bang** n [prob. short for *bangtail* (short tail)] : a fringe of banged hair — usu. used in *pl.*

**bang** *vt* 1 : to cut (as front hair) short and squarely across

**bang-a-lore torpedo** \,ban-gə-,lō(ə)r-, -,lò(ə)r-\, n [*Bangalore*, India] : a metal tube that contains explosives and a firing mechanism and is used to cut barbed wire and detonate buried mines

**bang away** *vi* 1 : to work with determined effort <students banging away at their homework> 2 : to attack persistently <police are going to keep banging away at you —E. S. Gardner>

**bang-er** \'baŋ-ər\, n, *Brit* : SAUSAGE

**bang-kok** \'ban-,käk, ban-'\, n [earlier *bangkok*, a fine straw, fr. *Bangkok*, Thailand] : a hat woven of fine palm fiber in the Philippines

**ban-gle** \'baŋ-gəl\, n [Hindi *bangli*] 1 : a stiff usu. ornamental bracelet or anklet slipped or clasped on 2 : an ornamental disk that hangs loosely (as on a bracelet or tambourine)

**Bang's disease** \'banz-\, n [Bernhard L. F. *Bang* †1932 Dan veterinarian] : BRUCELLOSIS; *specif* : contagious abortion of cattle

**bang-tail** \'baŋ-,tāl\, n [*bangtail* (short tail)] 1 : RACEHORSE 2 : a wild horse

**bang-up** \'baŋ-,əp\, *adj* [*bang*] : FIRST-RATE, EXCELLENT <a ~ job>

**bang up** \'əp\, *vt* [*bang*] : to cause extensive damage to

**bani** *pl* of BAN

**ban-ish** \'ban-ish\, *vt* [ME *banishen*, fr. MF *baniss-*, stem of *banir*, of Gmc origin; akin to OHG *bannan* to command — more at BAN] 1 : to require by authority to leave a country 2 : to drive out or remove from a home or place of usual resort or continuance 3 : to clear away : DISPEL <his discovery ~ *ed* anxiety —Stringfellow Barr> — **ban-ish-er** n — **ban-ish-ment** \-ish-mənt\, n
*syn* BANISH, EXILE, DEPORT, TRANSPORT *shared meaning element* : to remove by authority or force from a country, state, or sovereignty

**ban-is-ter** *also* **ban-nis-ter** \'ban-ə-stər\, n [alter. of *baluster*] 1 : one of the upright supports of a handrail alongside a staircase 2 a : a handrail with its supporting posts b : HANDRAIL

**ban-jo** \'ban-(,)jō\, n, *pl* **banjos** *also* **banjoes** [prob. of African origin; akin to Kimbundu *mbanza*, a similar instrument] : a musical instrument consisting of a drumlike body, a long fretted neck, and four or more strings that are strummed with the fingers — **ban-jo-ist** \-,jō-əst\ n

**bank** \'baŋk\, n [ME, prob. of Scand origin; akin to ON *bakki* bank; akin to OE *benc* bench — more at BENCH] 1 : a mound, bank; akin to OE *benc* bench — more at BENCH pile, or ridge raised above the surrounding level: as a : a mass of cloud or fog b : an undersea elevation rising esp. from the continental shelf 2 : the rising ground bordering a lake, river, or sea or forming the edge of a cut or hollow 3 a : a steep slope (as



banjo

---

| ə but | ə kitten | ər further | a back | ā bake | ä cot, cart |
| aù out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ò flaw | òi coin | th thin | th this |
| ü loot | ù foot | y yet | yü few | yù furious | zh vision |

ance or interference <let conscience be the ~ judge> **5** : belonging exclusively or otherwise limited to one usu. specified individual, unit, or group *syn* see SINGLE — **sole·ness** \'sōl-nəs\ *n*

**so·le·cism** \'säl-ə-ˌsiz-əm, 'sō-lə-\ *n* [L *soloecismus*, fr. Gk *soloikismos*, fr. *soloikos* speaking incorrectly, lit., inhabitant fr. Gk *Soloi*, city in ancient Cilicia where a substandard form of Attic was spoken] **1** : an ungrammatical combination of words in a sentence; *also* : a minor blunder in speech **2** : something deviating from the proper, normal, or accepted order **3** : a breach of etiquette or decorum — **so·le·cis·tic** \ˌsäl-ə-'sis-tik, ˌsō-lə-\ *adj*

**sole·ly** \'sō(l)-lē\ *adv* **1** : without another : SINGLY <went ~ on her way> **2** : to the exclusion of all else <done ~ for money>

**sol·emn** \'säl-əm\ *adj* [ME *solemne*, fr. MF-, fr. L *sollemnis* regularly appointed, solemn] **1** : marked by the invocation of a religious sanction <a ~ oath> **2** : marked by the observance of established form or ceremony; *specif* : celebrated with full liturgical ceremony **3 a** : awe-inspiring : SUBLIME **b** : marked by grave sedateness and earnest serious solemnity : SOMBER, GLOOMY *syn* see SERIOUS — **sol·emn·ly** *adv* — **sol·emn·ness** *n*

**solemn high mass** *n* : a high mass following the ceremonial prescriptions of a solemn mass

**so·lem·ni·fy** \sə-'lem-nə-ˌfī\ *vt* -**fied; -fy·ing** : to make solemn

**so·lem·ni·ty** \sə-'lem-nət-ē\ *n, pl* -**ties 1** : formal or ceremonious observance of an occasion or event **2** : a solemn event or occasion **3** : a solemn condition or quality <the ~ of his words>

**sol·em·nize** \'säl-əm-ˌnīz\ *vb* -**nized; -niz·ing** *vt* **1** : to observe or honor with solemnity **2** : to perform with pomp or ceremony; *esp* : to celebrate (a marriage) with religious rites **3** : to make solemn : DIGNITY ~ *vi* **1** : to speak or act with solemnity — **sol·em·ni·za·tion** \ˌsäl-əm-nə-'zā-shən\ *n*

**solemn mass** *n* : a mass marked by the use of incense and by the presence of a deacon and a subdeacon in attendance on the celebrant

**solemn vow** *n* : an absolute and irrevocable public vow taken by a religious in the Roman Catholic Church under which ownership of property by the individual is prohibited and marriage is invalid under canon law

**so·le·noid** \'sō-lə-ˌnȯid\ *n* [F *solénoïde*, fr. Gk *sōlēnoeidēs* pipeshaped, fr. Gk, *sōlēn* pipe — more at SYRINGE] : a coil of wire commonly in the form of a long cylinder that when carrying a current resembles a bar magnet so that a movable core is drawn into the coil when a current flows — **so·le·noi·dal** \ˌsō-lə-'nȯid-ᵊl\ *adj*

**sole plate** \'sōl-ˌplāt\ *n* **1** : the lower plate of a studded partition on which the bases of the studs butt **2** : the undersurface of a flatiron

**sole print** \-ˌprint\ *n* : a print of the sole of the foot; *esp* : one made in the manner of a fingerprint and used for the identification of an infant

**soles** *pl of* SOL

**¹sol·fa** \'sō(l)-'fä\ *n* **1** : SOL-FA SYLLABLES **2** : SOLMIZATION; *also* : an exercise thus sung **3** : TONIC SOL-FA — **sol-fa·ist** \-'fä(-ə)st, 'fä-ist\ *n*

**²sol·fa** *vi* **1** : to sing the sol-fa syllables — *vt* : to sing (as a melody) to sol-fa syllables

**sol-fa syllables** *n pl* : the syllables *do, re, mi, fa, sol, la, ti,* used in singing the tones of the scale

**sol·fa·ta·ra** \ˌsōl-fə-'tär-ə\ *n* [It, sulfur mine, fr. *solfo* sulfur, fr. L *sulfur*] : a volcanic area or vent that yields only hot vapors and gases in part sulfurous

**sol·feg·gio** \säl-'fej(-ē)-ō\ *n* [It, fr. *sol-fa*] : SOLFÈGE

**sol·gel** \'säl-ˌjel, 'sōl-\ *adj* : involving alternation between sol and gel states

**soli** *pl of* SOLO

**so·lic·it** \sə-'lis-ət\ *vb* [ME *soliciten* to disturb, take charge of, fr. MF *solliciter*, fr. L *sollicitare* to disturb, fr. *sollicitus* anxious, fr. *sollus* whole (fr. Oscan; akin to Gk *holos* whole) + *citus, pp. of ciēre* to move — more at SAFE, HIGHT] *vt* **1 a** : to make petition to : ENTREAT **b** : to approach with a request or plea **2** : to strongly urge (as one's cause) **3 a** : to entice or lure esp. into evil **b** *obs* : to attempt to seduce **c** : to proposition (a man) esp. as or in the character of a prostitute **4** : to try to obtain by usu. urgent requests or pleas ~ *vi* **1** : to make solicitation : IMPORTUNE **2** *of a prostitute* : to offer intercourse to a man *syn* see ASK, INVITE

**so·lic·i·tant** \sə-'lis-ət-ənt\ *n* : one who solicits

**so·lic·i·ta·tion** \sə-ˌlis-ə-'tā-shən\ *n* **1** : the practice or act or an instance of soliciting; *esp* : ENTREATY, IMPORTUNITY **2** : a moving or drawing force : INCITEMENT, ALLUREMENT

**so·lic·i·tor** \sə-'lis-ət-ər, -ˌlis-tər\ *n* **1** : one that solicits; *esp* : an agent that solicits (as contributions to charity) **2** : a counsel who advises clients, represents them in the lower courts, and prepares cases for barristers to try in higher courts **3** : the chief law officer of a municipality, county, or government department

**solicitor general** *n, pl* **solicitors general** : a law officer appointed primarily to assist an attorney general

**so·lic·i·tor·ship** \sə-'lis-ət-ər-ˌship, -ˌlis-tər-\ *n* : the position or status of a solicitor

**so·lic·i·tous** \sə-'lis-ət-əs, -ˌlis-təs\ *adj* [L *sollicitus*] **1** : full of concern or fears : APPREHENSIVE <~ about their future> **2** : full of desire : EAGER **3** : meticulously careful <~ in matters of dress> **4** : manifesting or expressing solicitude <a ~ inquiry about his health> — **so·lic·i·tous·ly** *adv* — **so·lic·i·tous·ness** *n*

**so·lic·i·tude** \sə-'lis-ə-ˌt(y)üd\ *n* **1 a** : the state of being solicitous : ANXIETY **b** : attentive care and protectiveness; *also* : an attitude of solicitous concern or attention **2** : a cause of care or concern — used in pl. *syn* see CARE *ant* negligence

**¹sol·id** \'säl-əd\ *adj* [ME *solide*, fr. MF, fr. L *solidus*; akin to Gk *holos* whole — more at SAFE] **1 a** : being without an internal cavity <a ~ ball of rubber> **b** (1) : printed with minimum space between lines (2) : joined without a hyphen <a ~ compound>

**c** : not interrupted by a break or opening <a ~ wall> : involving, or dealing with three dimensions or with configuration> **3 a** : of uniformly close and compact : not loose or spongy : COMPACT **b** : neither gaseous... **4** : of good substantial quality or kind <~ comfort> : SOUND <~ reasons> **b** : made firmly and well <... **5 a** : having no break or interruption : UNANIMOUS <had the ~ support of his party>... friendly or associated <~ with his boss> **6 a** : FREE : well-established financially **b** : serious in purpose or... **7** : of one substance or character: as **a** : entirely of one containing the minimum of alloy necessary to impart hard... gold> **b** : of a single color or tone *syn* see FIRM *ant* fluid — **sol·id·ly** *adv* — **sol·id·ness** *n*

**²solid** *adv* **1** : in a solid manner; *also* : UNANIMOUSLY

**³solid** *n* **1** : a geometrical figure or element (as a cube or... having three dimensions **2 a** : a substance that does... perceptibly under moderate stress **b** : the part of a solution... suspension that when freed from solvent or suspending... the qualities of a solid — usu. used in pl. <milk ~... : something that is solid: as **a** : a solid color **b** : a... word whose members are joined together without a hyphen

**so·li·da·go** \ˌsäl-ə-'dā-(ˌ)gō, -'dāg-(ˌ)ō\ *n, pl* -**gos** [NL, genus... fr. ML *soldago*, an herb reputed to heal wounds, fr. *solidare* to... whole, fr. L *solidare*, fr. *solidus* solid] : any of a genus (*Soli...* of chiefly No. American composite herbs including the... goldenrods

**solid angle** *n* : the three-dimensional angular spread at the... of a cone measured by the area intercepted by the cone on... sphere whose center is the vertex of the cone

**sol·i·dar·i·an** \ˌsäl-əd-ə-'riz-əm\ *n* [*solidarity* + *-ism*] ... IDARITY **2** : a sociological theory maintaining that the... interdependence of members of society offers a basis for ef... organization based upon solidarity of interests — **sol·i·...** \-'rəst\, *n* — **sol·i·da·ris·tic** \ˌsäl-əd-ə-'ris-tik\ *adj*

**sol·i·dar·i·ty** \ˌsäl-ə-'dar-ət-ē\ *n* [F *solidarité*, fr. *solidaire* characterized by solidarity, fr. L *solidum* whole sum, fr. neut. of *solidus*... : unity (as of a group or class) that produces or is based community of interests, objectives, and standards *syn* see UNION

**solid geometry** *n* : a branch of geometry that deals with figures of three-dimensional space

**so·lid·i·fy** \sə-'lid-ə-ˌfī\ *vb* -**fied; -fy·ing** *vt* **1** : to make solid: compact, or hard **2** : to make secure, substantial, or firmly fixed <factors that ~ public opinion> ~ *vi* : to become solid, compact or hard — **so·lid·i·fi·ca·tion** \-ˌlid-ə-fə-'kā-shən\ *n*

**so·lid·i·ty** \sə-'lid-ət-ē\ *n, pl* -**ties 1** : the quality or state of... solid **2** : moral, mental, or financial soundness **3** : somethings solid

**solid-look·ing** \ˌsäl-əd-'lúk-iŋ\ *adj* : giving an impression of... worth or substance <~ well-fed citizens>

**solid of revolution** : a mathematical solid conceived as formed... the revolution of a plane figure about an axis in its plane

**sol·id-state** *adj* **1** : relating to the properties, structure reactivity of solid material; *esp* : relating to the arrangement behavior of ions, molecules, nucleons, electrons, and holes in... crystals of a substance (as a semiconductor) or to the effect crystal imperfections on the properties of a solid substance **2** : utilizing the electric, magnetic, or photic properties physics> **2** : utilizing electron tubes <a ~...ste... system>

**so·li·dus** \'säl-əd-əs\ *n, pl* **-di** \-ə-ˌdī, -ˌdē\ [ME, fr. LL, a solid] **1** : an ancient Roman gold coin introduced by Constant and used to the fall of the Byzantine Empire **2** [ML, shilling, LL; fr. its use as a symbol for shillings] : DIAGONAL **3**

**so·li·fluc·tion** \ˌsō-lə-ˌflək-shən\ *n* [L *solum* soil + *-i-* + *fluctio... fluctio* act of flowing, fr. *fluctus, pp. of fluere* to flow — more FLUID] : the slow creeping of saturated fragmental material (as down a slope that usu. occurs in regions of perennial frost

**so·li·o·quist** \sə-'lil-ə-kwəst\, *n* : one who soliloquizes

**so·lil·o·quize** \-ˌkwīz\ *vi* -**quized; -quiz·ing** : to utter a solil talk to oneself — **so·lil·o·quiz·er** *n*

**so·lil·o·quy** \sə-'lil-ə-kwē\ *n, pl* -**quies** [LL *soliloquium*, fr. L sol alone + *loqui* to speak] **1** : the act of talking to oneself **2** dramatic monologue that gives the illusion of being a series unspoken reflections

**so·lip·sism** \'sō-lip-ˌsiz-əm, 'säl-əp-\ *n* [L *solus* alone + *ipse* se... : a theory holding that the self can know nothing but its own modifications and that the self is the only existing thing...

**so·lip·sist** \'sō-lip-səst, 'säl-əp-\ *n* — **so·lip·sis·tic** \ˌsō-lap-'sis-tik, ˌsäl-əp-\ *adj*

**sol·i·taire** \ˈsäl-ə-ˌta(ə)r, -ˌte(ə)r\ *n* [F, fr. *solitaire*, adj., solitary, L *solitarius*] **1** : a single gem (as a diamond) set alone **2** : any of various card games that can be played by one person **3** : S...

**¹sol·i·tary** \'säl-ə-ˌter-ē\ *adj* [ME, fr. L *solitarius*, fr. *solit...* aloneness, fr. *solus* alone] **1 a** : being, living, or going alone without companions **b** : saddened by isolation **2** : UNFREQUEN... ED: DESOLATE **3** : taken, passed, or performed without companion <a ~ ramble> **4** : being at once single and isolated <a ~... example> **5 a** : occurring singly and not as part of a group cluster <flowers terminal and ~> **b** : not gregarious, colonia social, or compound <~ bees> *syn* see ALONE, SINGLE — **sol·i·tari·ly** \ˌsäl-ə-'ter-ə-lē\ *adv* — **sol·i·tari·ness** \'säl-ə-ˌter-ē-nəs\ *n*

**²solitary** *n, pl* **-tar·ies 1** : one who lives or seeks to live a solitar life : RECLUSE **2** : solitary confinement in prison

**sol·i·tude** \'säl-ə-ˌt(y)üd\ *n* [ME, fr. MF, fr. L *solitudin-, solitudo* fr. *solus*] **1** : the quality or state of being alone or remote from society : SECLUSION **2** : a lonely place (as a desert) *syn* see SOLITUDE, ISOLATION, SECLUSION *shared meaning element* : th state of one who is alone

**so·li·tu·di·nar·i·an** \ˌsäl-ə-ˌt(y)üd-ᵊn-'er-ē-ən\ *n* [L *solitudin-, solitu do* + E *-arian*] : RECLUSE

**sol·ler·et** \ˌsäl-ə-'ret\ *n* [F] : a flexible steel shoe forming part of medieval suit of armor — see ARMOR illustration

210

**close quarters** \'klōs-\ *n pl* : immediate contact or close range <fought at *close quarters*>
**close shave** \'klōs(h)-\ *n* : a narrow escape
**close-stool** \'klōs-stül\ *n* : a stool holding a chamber pot
**¹clos-et** \'kläz-ət, 'klòz-\ *n* [ME, fr. MF, dim. of *clos* enclosure] **1 a** : an apartment or small room for privacy **b** : a monarch's or official's private chamber for counsel or devotions **2 a** : a cabinet or recess for china, household utensils, or clothing : CUPBOARD **3** : a place of retreat or privacy **4** : WATER CLOSET — **close-et-ful** \-fül\ *n*
**²closet** *adj* **1** : closely private **2** : working in or suited to the closet as the place of seclusion or study : THEORETICAL
**³closet** *vr* **1** : to shut up in or as if in a closet **2** : to take into a closet for a secret interview
**closet drama** *n* : drama suited primarily for reading rather than production
**closet queen** *n* : one who secretly engages in homosexual activities while leading an ostensibly heterosexual life
**close-up** \'klō-səp\ *also* \-zəp\, *n* **1** : a photograph or movie shot taken at close range **2** : an intimate view or examination of something
**clos-ing** \'klō-ziŋ\ *n* **1** : a concluding part (as of a speech) **2** : a closable gap (as in an article of wear)
**clos-trid-i-um** \klä-'strid-ē-əm\, *n, pl* -ia \-ē-ə\ [NL, genus name, fr. Gk *klōstēr* spindle, fr. *klōthein* to spin] : any of various spore-forming mostly anaerobic soil or intestinal bacteria (esp. genus *Clostridium*) — compare BOTULISM — **clos-trid-i-al** \-ē-əl\ *adj*
**clo-sure** \'klō-zhər\ *n* [ME, fr. MF, fr. L *clausura*, fr. *clausus*, pp. of *claudere* to close — more at CLOSE] **1** *archaic* : means of enclosing : ENCLOSURE **2** : an act of closing : the condition of being closed <~ of the eyelids> **3** : something that closes <pocket with zipper ~> **4** [trans. of F *clôture*] : CLOTURE **5** : the property that a number system or a set has when it is mathematically closed under an operation **6** : a set that contains a given set together with all the limit points of the given set
**¹closure** *vr* also **clo-sured**; **clo-sur-ing** \'klō-zh(ə-)riŋ\ : CLOTURE
**¹clot** \'klät\, *n* [ME, fr. OE *clott*; akin to MHG *klōz* lump, ball — more at CLOUT] **1** : a portion of a substance cleaving together in a thick nondescript mass (as of clay or gum) **2 a** : a roundish viscous lump formed by coagulation of a portion of liquid or by melting **b** : the coagulum produced by clotting of blood **3** *Brit* : BLOCKHEAD **4** : CLUSTER
**²clot** *vb* **clot-ted**; **clot-ting** *vi* **1** : to become a clot : form clots **2** : to undergo a sequence of complex chemical and physical reactions that results in conversion of fluid blood into a coagulum : COAGULATE ~ *vt* **1** : to cause to clot **2** : to fill with clots
**cloth** \'klòth\, *n, pl* **cloths** \'klòthz, 'klôths\ *often attrib* [ME, fr. OE *clāth*; akin to OE *clīthan* to adhere to, LL *glus, glus* glue] **1 a** : a pliable material made usu. by weaving, felting, or knitting natural or synthetic fibers and filaments **b** : a similar material (as of glass) **2** : a piece of cloth adapted for a particular purpose, *esp* : TABLECLOTH **3 a** : a distinctive dress of a profession or calling **b** : the dress of the clergy; *also* : CLERGY
**clothe** \'klōth\, *vt* **clothed** *or* **clad** \'klad\; **cloth-ing** [ME *clothen*, fr. OE *clāthian*, fr. *clāth* cloth, garment] **1** : to cover with or as if with cloth or clothing : DRESS **b** : to provide with clothes **2** : to express or enhance by suitably significant language : COLOR <creates *clothed* in stately phraseology> **3** : to endow esp. with power or a quality <an act *clothing* Indians with United States citizenship>
**clothes** \'klō(th)z\, *n pl, often attrib* [ME, fr. OE *clāthas*, pl. of *clāth* cloth, garment] **1** : CLOTHING **2** : BEDCLOTHES **3** : all the cloth articles of personal and household use that can be washed
**clothes-horse** \-hò(ə)rs\ *n* **1** : a frame on which to hang clothes **2** : a conspicuously dressy person
**clothes-line** \-līn\ *n* **1** : a line (as of cord) on which clothes may be hung to dry **2** : a tackle in football in which a defensive player's outstretched arm catches the ballcarrier by the head and neck unawares
**²clothesline** *vt* : to hit (a football player) with an outstretched arm
**clothes moth** *n* : any of several small yellowish or buff-colored moths (esp. genera *Tinea* and *Tineola* of the family Tineidae) whose larvae eat wool, fur, or feathers
**clothes-pin** \'klō(th)z-pin\, *n* : a forked piece of wood or plastic or a small spring clamp used for fastening clothes on a clothesline
**clothes-press** \-pres\, *n* : a receptacle for clothes
**clothes tree** *n* : an upright post-shaped stand with hooks or pegs around the top on which to hang clothes
**cloth-ier** \'klōth-yər, 'klō-thē-ər\, *n* [ME, alter. of *clother*, fr. *cloth*] : one who makes or sells cloth or clothing
**cloth-ing** \'klō-thiŋ\, *n* : garments in general; *also* : COVERING
**cloth yard** *n* : a yard esp. for measuring cloth; *specif* : a unit of 37 inches equal to the Scotch ell and used also as a length for arrows
**clotted cream** *n* : a thick cream made chiefly in England by slowly heating whole milk on which the cream has been allowed to rise and then skimming the cooled cream from the top — called also Cornish cream, Devonshire cream
**clo-ture** \'klō-chər\, *n* [F *clôture*, lit., closure, alter. of MF *closure*] : the closing or limitation of debate in a legislative body esp. by calling for a vote <attempted to end the filibuster by ~> — **cloture** *vt*
**¹cloud** \'klaud\, *n, often attrib* [ME, rock, cloud, fr. OE *clūd*; akin to Gk *gloutos* buttock] **1 a** : a visible mass of particles of water or ice in the form of fog, mist, or haze suspended usu. at a considerable height in the air **b** : a light filmy, puffy, or billowy



eland



elbows 2

el·bow·room \'el-,bō-,rüm, -,rüm\ n  1 a : room for moving the elbows freely  b : adequate space for work or operation

**eld** \'eld\ n [ME, fr. OE ieldo; akin to OE eald old — more at OLD]  1 archaic : old age  2 archaic : old times : ANTIQUITY

**older** adj [ME, fr. OE ieldra, compar. of eald old]  1 : of earlier birth or greater age ...

el·der·ber·ry \'el-d(ǝ)r-,ber-ē\ n  1 : the edible black or red berrylike drupe of any of a genus (Sambucus) ...

**eld·er·ly** \'el-dǝr-lē\ adj  1 a : rather old; specif : being past middle age  b : OLD-FASHIONED

**elder statesman** n : an eminent senior member of a group or organization ...

**eld·est** \'el-dǝst\ adj : of the greatest age or seniority : OLDEST

**El Do·ra·do** \,el-dǝ-'räd-(ǝ)ō, -'rād-\ n [Sp. lit., the gilded one]  1 : a city or country of fabulous riches held by 16th century explorers to exist in So. America  2 : a place of fabulous wealth, abundance, or opportunity

**el·dritch** \'el-drich\ adj [perh. fr. (assumed) ME elfriche fairyland, fr. ME elf + riche kingdom, fr. OE rice — more at RICH] : WEIRD, EERIE

**Ele·at·ic** \,el-ē-'at-ik\ adj [L Eleaticus, fr. Gk Eleatikos, fr. Elea (Velia), ancient town in So. Italy] : of or relating to a school of Greek philosophers founded by Parmenides ...

**elec·ampane** \,el-i-,kam-'pān\ n [ME elena campana, fr. ML herba elecampana, fr. L inula]

**elect** \i-'lekt\ adj [ME, fr. L electus, pp. of eligere to select, fr. e- + legere to choose — more at LEGEND]  1 : carefully selected : CHOSEN  2 : chosen for salvation through divine mercy  3 a : chosen for office or position but not yet installed

**elect** n, pl elect  1 : one chosen or set apart (as by divine favor)  2 pl : a select or exclusive group of people

**elect** vt  1 : to select by vote for an office, position, or membership ...

**elect·able** \i-'lek-tǝ-bǝl\ adj : capable of being elected

**elec·tion** \i-'lek-shǝn\ n  1 a : an act or process of electing  b : the fact of being elected  2 : predestination to eternal life

**Election Day** n : a day legally established for the election of public officials ...

**elec·tion·eer** \i-,lek-shǝ-'ni(ǝ)r\ vi [election + -eer (as in auctioneer, v.)] : to take an active part in an election

**elec·tive** \i-'lek-tiv\ adj  1 a : chosen or filled by popular election

**elec·tor** \i-'lek-tǝr, -,tȯ(ǝ)r\ n  1 : one qualified to vote in an election  2 : one entitled to participate in an election

**elec·tor·al** \i-'lek-t(ǝ-)rǝl\ adj  1 : of or relating to an elector

**electoral college** n : a body of electors; esp : one that elects the president and vice-president of the U.S.

**elec·tor·ate** \i-'lek-t(ǝ-)rǝt\ n  1 : the territory, jurisdiction, or dignity of a German elector  2 : a body of people entitled to vote

**elec·tr-** or **electro-** comb form [NL electricus]  1 a : electricity <electrometer>  b : electric <electrode> : electric and <electrochemical>  : electrically <electropositive>  2 : electrolytic <electroanalysis>  3 : electron <electrovalence>

| a abut | ǝ kitten | ǝr further | a back | ā bake | ä cot, cart |
| aù out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th this |
| ü loot | ü foot | y yet | yü few | yù furious | zh vision |

**pail·lette** \pī-'(y)et, pā-'yet, pa-'let\ *n* [F, fr. *paille* straw — more at PALLET] **1** : a small shiny object (as a spangle) applied in clusters as a decorative trimming (as on women's clothing) **2** : a trimming made of paillettes

**¹pain** \'pān\ *n* [ME, fr. OF *peine*, fr. L *poena*, fr. Gk *poinē* payment, penalty; akin to Gk *tinein* to pay, *timesthai* to punish, *timē* price, value, honor] **1** : PUNISHMENT **2 a** : usu. localized physical suffering associated with bodily disorder (as a disease or an injury) <the ~ of a boil>; *also* : a basic bodily sensation induced by a noxious stimulus, received by naked nerve endings, characterized by physical discomfort (as pricking, throbbing, or aching), and typically leading to evasive action **b** : acute mental or emotional distress or suffering : GRIEF **3** *pl* : the throes of childbirth **4** *pl* : trouble, care, or effort taken for the accomplishment of something **5** : one that tries or annoys or is otherwise troublesome <she's a real ~> *syn* see EFFORT — **pain·less** \-ləs\ *adj* — **pain·less·ly** *adv* — **pain·less·ness** *n* — on pain of or under pain of : subject to penalty or punishment of <ordered not to leave the country *on pain of* death> — pain in the neck : a source of annoyance : NUISANCE

**²pain** *vi* **1** : to make suffer or cause distress to : HURT **2** *archaic* : to put (oneself) to trouble or exertion ~ *vi* **1** *archaic* : SUFFER **2** : to give or have a sensation of pain

**pain·ful** \'pān-fəl\ *adj* also **pain·ful** \-fə-ləl, pān-ful·lest **1 a** : feeling or giving pain **b** : IRKSOME, ANNOYING **2** : requiring effort or exertion <a long ~ trip> **3** *archaic* : CAREFUL, DILIGENT — **pain·ful·ly** \-f(ə-)lē\ *adv* — **pain·ful·ness** \-fəl-nəs\ *n*

**pain·kill·er** \-kil-ər\ *n* : something (as a drug) that relieves pain — **pain·kill·ing** \-iŋ\ *adj*

**¹pains·tak·ing** \'pān-stā-kiŋ\ *n* : the action of taking pains : diligent care and effort

**²painstaking** *adj* : taking pains : expending or showing diligent care and effort — **pains·tak·ing·ly** \-kiŋ-lē\ *adv*

**¹paint** \'pānt\ *vb* [ME *painten*, fr. OF *peint*, pp. of *peindre*, fr. L *pingere* to tattoo, embroider, paint; akin to OE *fāh* variegated, Gk *poikilos* variegated, *pikros* sharp, bitter] *vt* **1 a** (1) : to apply color, pigment, or paint to (2) : to color with a cosmetic **b** (1) : to apply with a movement resembling that used in painting (2) : to treat with a liquid by brushing or swabbing <~ the wound with iodine> **2 a** (1) : to produce in lines and colors on a surface by applying pigments (2) : to depict by such lines and colors **b** : to decorate, adorn, or variegate by applying lines and colors **c** : to produce or evoke as if by painting <~ s glowing pictures of the farm> **3** : to touch up or cover over by or as if by painting **4** : to depict as having specified or implied characteristics <~ s them whiter than the evidence justifies —Oliver La Farge> ~ *vi* **1** : to practice the art of painting **2** : to use cosmetics

**²paint** *n* **1** : the action of painting : something produced by painting **2** : MAKEUP; *esp* : a cosmetic to add color **3 a** (1) : a pigment and a suitable liquid to form a closely adherent coating when spread out on a surface in a thin coat (2) : the pigment used in this mixture esp. when in the form of a cake <a box of ~s> **b** : paint applied <a ~ job>

**paint·brush** \'pānt-brəsh\, *n* **1** : a brush for applying paint **2 a** : INDIAN PAINTBRUSH **1 b** : ORANGE HAWKWEED

**painted bunting** *n* : a brightly colored finch (*Passerina ciris*) of the southern U.S.

**painted cup** *n* : INDIAN PAINTBRUSH 1

**painted lady** *n* : a migratory nymphalid butterfly (*Vanessa cardui*) with wings mottled in brown, orange, red, and white

**painted trillium** *n* : a trillium (*Trillium undulatum*) of northeastern No. America that has a solitary flower with white petals streaked with purple

**¹paint·er** \'pānt-ər\, *n* : one that paints: as **a** : an artist who paints **b** : one who applies paint (as to a building) esp. as an occupation

**²paint·er** \'pānt-ər\ *n* [ME *paynter*, prob. fr. MF *pendoir, pentoir* clothesline, fr. *pendre* to hang — more at PENDANT] : a line used for securing or towing a boat

**³paint·er** *n* [alter. of *panther*] *chiefly South & Midland* : COUGAR

**paint·er·ly** \'pānt-ər-lē\ *adj* : of, relating to, or typical of a painter : ARTISTIC — **paint·er·li·ness** *n*

**painter's colic** *n* : LEAD COLIC

**paint·ing** *n* **1** : a product of painting; *esp* : a work produced through the art of painting **2** : the art or occupation of painting

**¹pair** \'pa(ə)r, 'pe(ə)r\ *n, pl* pairs *also* pair [ME *paire*, fr. OF, fr. L *paria* equal things, fr. neut. pl. of *par* equal] **1 a** (1) : two corresponding things designated for use together <a ~ of shoes> (2) : two corresponding bodily parts or members <a ~ of hands> **b** : something made up of two corresponding pieces <a ~ of trousers> **2 a** : two similar or associated things: as (1) : two mated animals <2> (2) : a couple joined in marriage <were a devoted ~> (3) : two playing cards of the same value or denomination <held a ~> (4) : two horses harnessed side by side **b** : two members of a deliberative body that agree not to vote on a specific issue during a time agreed on; *also* : an agreement not to vote made by the two members **b** : a partnership esp. of two players in a contest against another partnership **3** *chiefly dial* : a set or series of small objects (as beads)

**²pair** *vi* **1 a** : to make a pair of — often used with *off* or *up* <~ed off the animals> **b** : to arrange a voting pair between **2** : to arrange in pairs ~ *vi* **1** : to constitute a member of a pair <a sock that didn't ~> **2 a** : to become associated with another — often used with *off* or *up* <~ed up with an old friend> **b** : to become grouped or separated into pairs — often used with *off* <~ed off for the next dance>

**paired–associate learning** *n* : the learning of syllables, digits, or words in pairs (as in the study of a foreign language) so that one member of the pair evokes recall of the other

**pair of compasses** *n* : COMPASS 3c

**pair of virginals** *n* : VIRGINAL

**pair production** *n* : the simultaneous and complete transformation of a quantum of radiant energy into an electron and a positron

when the quantum interacts with the intense electric field near a nucleus

**pai·sa** \pī-'sä\ *n, pl* **pai·se** \-'sä\ *or* **paisa** *or* **paisas** [Hindi *paisā*] — see *rupee, taka* at MONEY TABLE

**pais·ley** \'pāz-lē\ *adj, often cap.* [*Paisley*, Scotland] **1** : made typically of soft wool and woven or printed with colorful curved abstract figures **2** : marked by designs, patterns, or figures typically used in paisley fabrics <a ~ print> — **paisley** *n*

**Paiute** \pī-'(y)üt\, *n* **1** : a member of an Amerindian people orig. of Utah, Arizona, Nevada, and California **2** : the language of the Paiute people

**pa·ja·ma** \pə-'jäm-ə, -'jam-\ *n* [Hindi *pājāma*, fr. Per *pā* leg + *jāma* garment] : PAJAMAS

**pa·ja·mas** \pə-'jäm-əz, -'jam-\ *n pl* [pl. of *pajama*] **1** : loose lightweight trousers formerly much worn in the Near East **2** : a loose usu. two-piece lightweight suit designed for sleeping or lounging

**¹pal** \'pal\, *n* [Romany *phral, phal* brother, friend, fr. Skt *bhrātṛ* brother; akin to OE *brōthor* brother] : a close friend

**²pal** *vi* palled; pal·ling : to be or become pals : associate as pals

**¹pal·ace** \'pal-əs\, *n* [ME *palais*, fr. OF, fr. L *palatium*, fr. *Palatium*, the Palatine Hill in Rome where the emperors' residences were build] **1 a** : the official residence of a sovereign **b** *chiefly Brit* : the official residence of an archbishop or bishop **2 a** : a large stately house **b** : a large public building **3 a** : a gaudy place for public amusement or refreshment <a movie ~>

**²palace** *adj* : of or relating to a palace **2** : of, relating to, or involving the intimates of a chief executive <a ~ revolution> <~ politics> **3** : LUXURIOUS, DELUXE

**pal·a·din** \'pal-əd-ən\, *n* [F, fr. It *paladino*, fr. ML *palatinus* courtier, fr. L palace official — more at PALATINE] **1** : a champion of a medieval prince **2** : an outstanding protagonist of a cause

**Pa·lae·arc·tic** *or* **Pa·le·arc·tic** \pā-lē-'ärk-tik, -'ärt-ik, *esp Brit* \pal-ē-\ *adj* [*pale-*] : of, relating to, or being a biogeographic region or subregion that includes Europe, Asia north of the Himalayas, northern Arabia, and Africa north of the Sahara

**pa·laeo·an·throp·ic** \pā-lē-(ō)-an-'thräp-ik, *esp Brit* \pal-ē-\ *adj* [*pale-* + Gk *anthrōpos* man] : of or relating to hominids more primitive than those included in the species (*Homo sapiens*) that includes recent man

**pa·laes·tra** \pə-'les-tra\ *n, pl* **-trae** \-,(ȯ)trē\ [L, fr. Gk *palaistra*, fr. *palaiein* to wrestle; akin to Gk *pallein* to brandish — more at POLEMIC] **1** : a school in ancient Greece or Rome for sports (as wrestling) **2** : GYMNASIUM

**pa·lan·quin** \pal-ən-'kēn, -'k(w)in; pə-'laŋ-kwən\, *n* [Pg *palanquim*, fr. Jav *pəlanki*] : a conveyance formerly used in eastern Asia esp. for one person that consists of an enclosed litter borne on the shoulders of men by means of poles

**pal·ate** \'pal-ət-o-bəl\ *adj* **1** : agreeable to the palate or taste **2** : agreeable to the mind — **pal·at·abil·i·ty** \pal-ət-ə-'bil-ət-ē\ *n* — **pal·at·able·ness** *n* — **pal·at·ably** \-blē\ *adv*

   *syn* PALATABLE, APPETIZING, SAVORY, TASTY, TOOTHSOME *shared meaning element* : agreeable or pleasant esp. to the sense of taste *ant* unpalatable, distasteful

**pal·a·tal** \'pal-ət-'l\ *adj* **1** : of or relating to the palate **2 a** : formed with the front of the tongue behind the tip near or touching the hard palate <the \k\ in German \ik\ *ich* and the \y\ in English *yeast* are ~ sounds> **b** (1) : formed with the blade of the tongue near the hard palate <the ~ sounds represented by *sh* in *she* and *si* in *vision*> (2) *of a vowel* : FRONT **2** — **palatal** *n* — **pal·a·tal·ly** \-'l-ē\ *adv*

**pal·a·tal·iza·tion** \pal-ət-'l-ə-'zā-shən\, *n* **1** : the quality or state of being palatalized **2** : an act or instance of palatalizing an utterance

**pal·a·tal·ize** \'pal-ət-'l-,īz\ *vt* -ized; -iz·ing : to pronounce as or change into a palatal sound

**pal·ate** \'pal-ət\, *n* [ME, fr. L *palatum*] **1** : the roof of the mouth separating the mouth from the nasal cavity **2 a** : a usu. intellectual relish **b** : the seat of the sense of taste **3** : a projection from the base of the lower lip into the throat of a personate corolla *syn* see TASTE

**pa·la·tial** \pə-'lā-shəl\ *adj* [L *palatium* palace] **1** : of, relating to, or being a palace **2** : suitable to a palace : MAGNIFICENT — **pa·la·tial·ly** \-shə-lē\ *adv* — **pa·la·tial·ness** *n*

**pal·a·ti·nate** \pə-'lat-'n-ət\, *n* : the territory of a palatine

**¹pal·a·tine** \'pal-ə-tīn\ *adj* [L *palatinus*, fr. *palatium*] **1 a** : of or relating to a palace esp. of a Roman or Holy Roman emperor **b** : PALATIAL **2 a** : possessing royal privileges **b** : of or relating to a palatine or a palatinate

**²palatine** \-,tīn, *fr also* -tēn\ *n* [L *palatinus*, fr. *palatium*, adj.] **1 a** : a high officer of an imperial palace **b** : a feudal lord having sovereign power within his domains **2** *cap* : a native or inhabitant of the Palatinate **3** [F, fr. Elisabeth Charlotte of Bavaria †1722 Princess *Palatine*] : a fur cape or stole covering the neck and shoulders

**³palatine** \-,tīn\ *adj* : of, relating to, or lying near the palate

**⁴palatine** \-,tīn\ *n* : either of a pair of bones that are situated behind and between the maxillae and in mass are at extremely irregular form

**pa·la·ver** \pə-'lav-ər, -'läv-\ *n* [Pg *palavra* word, speech, fr. LL *parabola* parable, speech] **1 a** : a long parley usu. between persons of different levels of culture or sophistication **b** : CONFERENCE, DISCUSSION **2 a** : idle talk **b** : misleading or beguiling speech

**²palaver** *vb* **pa·la·vered; pa·la·ver·ing** \-(ə-)riŋ\ *vi* **1** : to talk profusely or idly **2** : PARLEY ~ *vt* : to use palaver to : CAJOLE

**pa·laz·zo** \pə-'lät-(,)sō\, *n, pl* **pa·laz·zi** \-(,)sē\ [It, fr. L *palatium* palace] : a large imposing building (as a museum or a place of residence) esp. in Italy

**¹pale** \'pā(ə)l\ *adj* also pal·er; pal·est [ME, fr. MF, fr. L *pallidus*, fr. *pallēre* to be pale — more at FALLOW] **1** : deficient in color or intensity of color : PALLID <a ~ face> **2** : not bright or brilliant : DIM <a ~ sun shining through the fog> **3** : FEEBLE, FAINT <a ~

**...ected** small group of individuals of diverse personality and areas of specialization — **syn·ec·tic** \-ˈtik\ adj — **syn·ec·ti·cal·ly** \-k(ə-)lē\ adv

**...eph·rine** \sə-ˈnef-rən\ n [syn- + epinephrine] : a crystalline sympathomimetic amine C₉H₁₃NO₂

**...here·sis** \sə-ˈner-ə-səs, -ˈnir-\ esp for 2 \sin-ə-ˈrē-\ n [LL, fr. Gk synairesis, fr. synairein to contract, fr. syn- + haeresis, fr. Gk synairesis 1 : 2 : the separation of liquid from a gel caused by contraction

**syn·er·get·ic** \sin-ə(r)-ˈjet-ik\ adj [Gk synergētikos, fr. synergein to work, cooperate, fr. synergos working together, fr. syn- + ergon work — more at WORK] : SYNERGIC

**syn·er·gic** \sə-ˈnər-jik\ adj : working together : COOPERATING — **syn·er·gi·cal·ly** \-ji-k(ə-)lē\ adv

**syn·er·gid** \sə-ˈnər-jəd, ˈsin-ər-\ n [NL synergida, fr. Gk synergos working together] : one of two small cells lying near the micropyle of the embryo sac of a seed plant

**syn·er·gism** \ˈsin-ər-ˌjiz-əm\ n [NL synergismus, fr. Gk synergos] : cooperative action of discrete agencies such that the total effect is greater than the sum of the effects taken independently

**syn·er·gist** \-jəst\, n : something (as a chemical or a muscle) that enhances the effectiveness of an active agent; broadly : either member of a synergistic pair

**syn·er·gis·tic** \sin-ər-ˈjis-tik\ adj 1 : having the capacity to act in synergism 2 : of, relating to, or resembling synergism <a — News> 2 : of, relating to, or resembling synergism <a — reaction> <a — effect> — **syn·er·gis·ti·cal·ly** \-ti-k(ə-)lē\, adv

**syn·er·gy** \ˈsin-ər-jē\, n [NL, synergia, fr. Gk synergos working together] : combined action or operation (as of muscles); specif : SYNERGISM

**syn·e·sis** \ˈsin-ə-səs\, n [NL, fr. Gk, understanding, sense, fr. synienai to bring together, understand, fr. syn- + hienai to send — more at JET] : a grammatical construction in which agreement or reference is according to sense rather than strict syntax (as anyone and them in "if anyone calls, tell them I am out")

**syn·es·the·sia** \sin-əs-ˈthē-zh(ē-)ə\, n [NL, fr. syn- + esthesia (as in anesthesia)] : a concomitant sensation, esp : a subjective sensation or image of a sense (as of color) other than the one (as of sound) being stimulated — **syn·es·thet·ic** \-ˈthet-ik\, adj

**syn·ga·my** \ˈsiŋ-gə-mē\, n [ISV] : sexual reproduction by union of gametes

**syn·ge·ne·ic** \sin-jə-ˈnē-ik\ adj [Gk syngeneia kinship (fr. syn- + genos kind, kin) + E -ic — more at KIN] : genetically too similar to react antigenically <~ grafts within an inbred strain>

**syn·i·ze·sis** \sin-ə-ˈzē-səs\ n [LL, fr. Gk synizēsis, fr. synizein to sit down together, collapse, blend, fr. syn- + hizein to sit down; akin to L idere to sit down — more at SUBSIDE] 1 : contraction of two syllables into one by uniting in pronunciation two adjacent vowels 2 a : the massing of the chromatin of the nucleus preceding the maturation division b : SYNAPSIS 1

**syn·kary·on** \sin-ˈkar-ē-ən, -ē-ɑn\ n [NL, fr. Gk syn- + karyon nut — more at CAREEN] : a cell nucleus formed by the fusion of two preexisting nuclei

**syn·od** \ˈsin-əd also -ˌɑd\ n [LL synodus, fr. LGk synodos, fr. Gk, meeting, assembly, fr. syn- + hodos way, journey — more at CEDE] 1 : an ecclesiastical governing or advisory council: as a : the governing assembly of an Episcopal province b : a Presbyterian governing body ranking between the presbytery and the general assembly c : a regional or national organization of Lutheran congregations 2 : the ecclesiastical district governed by a synod — **syn·od·al** \-ˈɑd-ᵊl also -ˈɑd-ᵊl\ adj

**syn·od·i·cal** \sə-ˈnäd-i-kəl\ or **syn·od·ic** \-ik\ adj 1 : of or relating to a synod : SYNODAL 2 usu synodic [Gk synodikos, fr. synodos meeting, conjunction] : relating to conjunction; esp : relating to the period between two successive conjunctions of the same celestial bodies

**synodic month** n : a lunar month

**syn·o·nym** \ˈsin-ə-nim\ n [ME sinonyme, fr. L synonymum, fr. Gk synonymon, fr. neut. of synōnymos synonymous, fr. syn- + onyma name — more at NAME] 1 : one of two or more words or expressions of the same language that have the same or nearly the same meaning in some or all senses 2 : a symbolic or figurative name : METONYM 3 : a taxonomic name rejected as being incorrectly applied or incorrect in form — compare HOMONYM — **syn·onym·ic** \sin-ə-ˈnim-ik\ or **syn·onym·i·cal** \-i-kəl\ adj — **syn·onym·i·ty** \-ˈnim-ət-ē\ n : one who lists, studies, or discriminates synonyms

**syn·on·y·mist** \sə-ˈnän-ə-məst\ n : one who lists, studies, or discriminates synonyms

**syn·on·y·mize** \-ˌmīz\ vb -mized; -miz·ing 1 a : to give or analyze the synonyms of (a word) b : to provide (as a dictionary) with synonyms 2 : to demonstrate (a taxonomic name) to be a synonym

**syn·on·y·mous** \-məs\ adj : having the character of a synonym; also : alike in meaning or significance — **syn·on·y·mous·ly** adv

**syn·on·y·my** \-mē\ n, pl -mies 1 a : the study of discrimination of synonyms b : a list or collection of synonyms often defined and discriminated from each other 2 : the scientific names that have been used in different publications to designate a taxonomic group (as a species); also : a list of these 3 : the quality or state of being synonymous

**syn·op·sis** \sə-ˈnäp-səs\ n, pl -op·ses \-ˌsēz\ [LL, fr. Gk, fr. synopsesthai to be going to see — more at OPTIC] 1 : a comprehensive view, fr. synopsesthai to be going to see together, fr. syn- + opsesthai to be going to see — more at OPTIC] 1 : a condensed statement or outline (as of a narrative or treatise) : ABSTRACT 2 : the abbreviated conjugation of a verb in one person only syn see ABRIDGMENT

**syn·op·size** \-ˌsīz\, vb -sized; -siz·ing 1 : to make a synopsis of (as a novel) 2 : EPITOMIZE

**syn·op·tic** \sə-ˈnäp-tik\ also **syn·op·ti·cal** \-ti-kəl\ adj [Gk synoptikos, fr. synoptesthai] 1 : affording a general view of a whole 2 : manifesting or characterized by comprehensiveness or breadth of view 3 : presenting or taking the same or common view; specif, often cap : of or relating to the first three Gospels of the New

Testament 4 : relating to or displaying conditions (as atmospheric or weather) as they exist simultaneously over a broad area — **syn·op·ti·cal·ly** \-ti-k(ə-)lē\ adv

**syn·oa·to·sis** \sin-ˌäs-tō-səs\ n, pl -to·ses \-ˌsēz\ [NL]: union of two or more separate bones to form a single bone

**sy·no·via** \sə-ˈnō-vē-ə, sī-\ n [NL] : a transparent viscid lubricating fluid secreted by a membrane of an articulation, bursa, or tendon sheath

**sy·no·vi·al** \-vē-əl\ adj : of, relating to, or secreting synovia

**sy·no·vi·tis** \sī-nə-ˈvīt-əs\ n : inflammation of a synovial membrane

**syn·sep·al·ous** \(ˈ)sin-ˈsep-ə-ləs\ adj : GAMOSEPALOUS

**syn·tac·tic** \sin-ˈtak-tik\ or **syn·tac·ti·cal** \-i-kəl\ adj [NL syntacticus, fr. Gk syntaktikos arranging together, fr. syntassein] 1 : of, relating to, or according to the rules of syntax or syntactics 2 : connected according to the rules of syntax or syntactics — **syn·tac·ti·cal·ly** \-ti-k(ə-)lē\, adv

**syn·tac·tics** \-tiks\, n pl but sing or pl in constr : a branch of semiotic that deals with the formal relations between signs or expressions in abstraction from their signification and their interpreters

**syn·tax** \ˈsin-ˌtaks\ n [F or LL; F syntaxe, fr. LL syntaxis, fr. Gk, fr. syntassein to arrange together, fr. syn- + tassein to arrange — more at TACTICS] 1 : a : connected or orderly system : harmonious arrangement of parts or elements 2 a : the way in which words are put together to form phrases, clauses, or sentences b : the part of grammar dealing with this 3 : syntactics esp. as dealing with the formal properties of languages or calculi

**syn·the·sis** \ˈsin(t)-thə-səs\ n, pl -the·ses \-ˌsēz\ [Gk, fr. syntithenai to put together, fr. syn- + tithenai to put, place — more at DO] 1 a : the composition or combination of parts or elements so as to form a whole b : the production of a substance by the union of chemical elements, groups, or simpler compounds or by the degradation of a complex compound c : the combining of often diverse conceptions into a coherent whole; also : the complex so formed 2 a : deductive reasoning b : the dialectic combination of thesis and antithesis into a higher stage of truth — **syn·the·sist** \-səst\, n

**syn·the·size** \-ˌsīz\ vb -sized; -siz·ing vt 1 : to combine or produce by synthesis 2 : to make a synthesis of ~ vi : to make a synthesis

**syn·the·siz·er** \-ˌsī-zər\ n 1 : one that synthesizes <he is an expert ~ of diverse views> 2 : an electronic apparatus for the production and control of sound (as for producing music)

**syn·the·tase** \ˈsin-thə-ˌtās, -ˌtāz\ n [synthetic + -ase] : an enzyme that catalyzes the linking together of two molecules usu. with concurrent splitting off of a pyrophosphate group from ATP — called also ligase

**syn·thet·ic** \sin-ˈthet-ik\ also **syn·thet·i·cal** \-i-kəl\ adj [Gk synthetikos of composition, component, fr. syntithenai to put together] 1 : relating to or involving synthesis : not analytic 2 a : attributing to a subject a predicate that is not part of the meaning of that subject b : EMPIRICAL c : not resulting in a contradiction upon being negated 3 : characterized by frequent and systematic use of inflected forms to express grammatical relationships 4 a : produced artificially : MAN-MADE <~ dyes> <~ drugs> <~ silk> b : devised, arranged, or fabricated for special situations to imitate or replace usual realities c : FACTITIOUS, BOGUS syn see ARTIFICIAL — **syn·thet·i·cal·ly** \-i-k(ə-)lē\ adv

**²synthetic** n : something resulting from synthesis rather than occurring naturally; esp : a product (as a drug or plastic) of chemical synthesis

**synthetic division** n : a simplified method for dividing a polynomial by another polynomial of the first degree by writing down only the coefficients of the several powers of the variable and changing the sign of the constant term in the divisor so as to replace the usual subtractions by additions

**synthetic geometry** n : elementary euclidean geometry or projective geometry as distinguished from analytic geometry

**synthetic resin** n : RESIN 2

**synthetic rubber** n : RUBBER 2b

**syn·ton·ic** \sin-ˈtän-ik\ adj [Gk syntonos being in harmony, fr. syn- + tonos tone] : normally responsive and adaptive to the social or interpersonal environment — **syn·ton·i·cal·ly** \-i-k(ə-)lē\ adv

**syph·i·** or **syphi·lo-** comb form [NL, fr. syphilis] : syphilis <syphiloid> <syphiloma>

**syph·i·lis** \ˈsif-(ə-)ləs\ n [NL, fr. Syphilus, hero of the poem Syphilis sive Morbus Gallicus (Syphilis or the French disease) (1530) by Girolamo Fracastoro] : a chronic contagious usu. venereal and often congenital disease caused by a spirochete (Treponema pallidum) and characterized by a clinical course in three stages continued over many years — **syph·i·lit·ic** \ˌsif-ə-ˈlit-ik\ adj or n

**syph·i·lol·o·gist** \ˌsif-ə-ˈläl-ə-jəst\, n : a physician who specializes in the diagnosis and treatment of syphilis

**syph·i·lol·o·gy** \-jē\ n : a branch of medicine that deals with syphilis

**sy·phon** var of SIPHON

**sy·ren** chiefly Brit var of SIREN

**Sy·rette** \sə-ˈret\ trademark — used for a small collapsible tube fitted with a hypodermic needle for injecting a single dose of a medicinal agent

**Syr·i·ac** \ˈsir-ē-ˌak\ n [L syriacus Syrian, fr. Gk syriakos, fr. Syria, ancient country in Asia] 1 : a literary language based on an eastern Aramaic dialect and used as the literary and liturgical language by several eastern Christian churches 2 : Aramaic spoken by Christian communities — **Syriac** adj

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
|--------|----------|-----------|--------|--------|-------------|
| aů out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | t̶h̶ this |
| ü loot | ů foot | y yet | yü few | yů furious | zh vision |

**form ● fornicator**

or instance of such arrangement <the sonnet is a poetical ~> b : PATTERN, SCHEMA <arguments of the same logical ~> c : the structural element, plan, or design of a work of art — compare CONTENT 2c d : a visible and measurable unit defined by a contour : a bounded surface or volume 11 : a grade in a British secondary school or in some American private schools 12 a (1) : the past performance of a race horse (2) : a table giving details (as handicaps and odds) of a horse's past performance which are used by bettors in making selections b : known ability to perform <a singer at the top of his ~> c : condition suitable for performing (as in athletic competition) 13 a : LINGUISTIC FORM b : one of the different aspects a word may take as a result of inflection or change of spelling or pronunciation <verbal ~> 14 : a mathematical expression of a particular type <an equation in parametric ~>

syn FORM, FIGURE, SHAPE, CONFORMATION, CONFIGURATION shared meaning element : outward appearance

**²form** vt 1 : to give form or shape to : FASHION 2 a : to give a particular shape to : shape or mold into a certain state or after a particular model : ARRANGE <~ed the dough into various shapes> <a state ~ed along the lines of the Roman Republic> b : to arrange themselves in <the women ~ed a line> c : to model by instruction and discipline <a mind ~ed by classical education> 3 : DEVELOP, ACQUIRE <~ a habit> 4 : to serve to make up or constitute : be a essential or basic element of 5 a : to assume an inflection so as to produce (as a tense) <~ the past in -ed> b : to combine to make (a compound word) c : to make up ~ vi 1 : to become formed or shaped 2 : to take form : come into existence : ARISE 3 : to take on a definite form, shape, or arrangement syn see MAKE — **form·a·bil·i·ty** \fȯr-mə-ˈbil-ət-ē\ n — **form·a·ble** \ˈfȯr-mə-bəl\ adj — **form on** : to take up a formation next to

**form-** or **formo-** comb form [formic] : formic acid <formate>

**¹form** \ˈfȯrm\ adj comb form [MF & L; MF forme, fr. L -formis, fr. formal] : in the form or shape of : resembling <oviform>

**¹for·mal** \ˈfȯr-məl\ adj 1 a : belonging to or being the essential constitution or structure <~ cause> b : relating to, concerned with, or constituting the outward form of something as distinguished from its content 2 a : following or according with established form, custom, or rule : CONVENTIONAL <lacked ~ contract> 3 a : based on conventional forms and rules b : characterized by punctilious respect for form : METHODICAL <very ~ in all his dealings> c : rigidly ceremonious : PRIM 4 : having the appearance without the substance <~ Christians who go to church only at Easter> syn see CEREMONIAL ant informal — **for·mal·ly** \-mə-lē\ adv — **for·mal·ness** n

**²formal** n : something (as a dance or a dress) formal in character

**³formal** adj [formula + -al] : MOLAR 2

**form·al·de·hyde** \fȯr-ˈmal-də-ˌhīd, fər-\ n [ISV form- + aldehyde] : a colorless pungent irritating gas CH₂O used chiefly as a disinfectant and preservative and in synthesizing other compounds and resins

**for·ma·lin** \ˈfȯr-mə-lən, -ˌlēn\ n [fr. Formalin, a trademark] : a clear aqueous solution of formaldehyde containing a small amount of methanol

**for·mal·ism** \ˈfȯr-mə-ˌliz-əm\ n : the practice or the doctrine of strict adherence to prescribed or external forms (as in religion or art); also : an instance of this — **for·mal·ist** \-ləst\ n or adj — **for·mal·is·tic** \ˌfȯr-mə-ˈlis-tik\ adj — **for·mal·is·ti·cal·ly** \-ti-k(ə-)lē\ adv

**for·mal·i·ty** \fȯr-ˈmal-ət-ē\, n, pl **-ties** 1 : the quality or state of being formal 2 : compliance with formal or conventional rules : CEREMONY 3 : an established form that is required or conventional

**for·mal·ize** \ˈfȯr-mə-ˌlīz\ vt **-ized; -iz·ing** 1 : to give a certain or definite form to : SHAPE 2 a : to make formal b : to give formal status or approval to — **for·mal·iz·able** \-ˌlī-zə-bəl\ adj — **for·mal·i·za·tion** \ˌfȯr-mə-lə-ˈzā-shən\ n — **for·mal·iz·er** \ˈfȯr-mə-ˌlī-zər\ n

**formal logic** n : a system of logic (as Aristotelian logic or symbolic logic) that abstracts the forms of thought from its content to establish abstract criteria of consistency

**for·mant** \ˈfȯr-mənt, -ˌmant\, n : a characteristic component of the quality of a speech sound; specif : any of several resonance bands held to determine the phonetic quality of a vowel

**¹for·mat** \ˈfȯ(ˌ)mat, -mət\ n [F or G; F, fr. G, fr. L formatus, pp. of formare to form, fr. forma] 1 : the shape, size, and general makeup (as of something printed) 2 : general plan of organization or arrangement (as of a television show)

**²format** vt **for·mat·ted; for·mat·ting** 1 : to produce in a specified form or style <formatted output of a computer>

**for·mate** \ˈfȯr-ˌmāt\ n : a salt or ester of formic acid

**for·ma·tion** \fȯr-ˈmā-shən\ n 1 : an act of giving form or shape to something or of taking form : DEVELOPMENT 2 : something that is formed <new word ~> 3 : the manner in which a thing is formed : STRUCTURE <the peculiar ~ of the heart> 4 : the largest unit in an ecological community comprising two or more associations and their precursors 5 a : any igneous, sedimentary, or metamorphic rock represented as a unit b : any sedimentary bed or consecutive series of beds sufficiently homogeneous or distinctive to be a unit 6 : an arrangement of a body or group of persons or things in some prescribed manner or for a particular purpose — **for·ma·tion·al** \-shnəl, -shən-əl\ adj

**for·ma·tive** \ˈfȯr-mət-iv\ adj 1 a : giving or capable of giving form : CONSTRUCTIVE <a ~ influence> b : used in word formation or on inflection 2 : capable of alteration by growth and development; also : producing new cells and tissues 3 : of, relating to, or characterized by formative effects or formation <~ years> — **for·ma·tive·ly** adv — **for·ma·tive·ness** n

**²formative** n 1 : the element in a word that serves to give the word appropriate form and is not part of the base 2 : the minimal syntactically functioning element in a transformational grammar

**form class** n : a class of linguistic forms that can be used in the same position in a construction and that have one or more morphological or syntactical features in common

**form criticism** n : based on or applying form criticism

**form criticism** n : a method of criticism for determining the sources and historicity of esp. biblical writings through analysis of the writings in terms of traditional literary forms (as love poems, parables, and sayings) — **form critic** n

**formed** \ˈfȯrmd\ adj : organized in a way characteristic of living matter <mitochondria are ~ bodies of the cell> <red blood cells are ~ elements of the blood>

**for·me** \ˈfȯr-ˌmā, fȯr-\ adj [ME forme, fr. MF formé] of a heraldic cross : having the arms narrow at the center and expanding toward the ends — see CROSS illustration

**¹for·mer** \ˈfȯr-mər\ adj [ME, fr. forme first, fr. OE forma — more at FOREMOST] 1 a : coming before in time b : of, relating to, or occurring in the past <~ correspondence> 2 : preceding in place or arrangement : FOREGOING <~ part of the chapter> 3 : first mentioned or in order of two things mentioned or understood <of these two evils the ~ is the lesser> syn see PRECEDING and LATE

**²former** \ˈfȯr-mər\ n 1 : one that forms 2 chiefly Brit : a member of a school form — usu. used in combination <sixth-~>

**for·mer·ly** \ˈfȯr-mə(r)-lē\ adv 1 obs : just before 2 : at an earlier time : PREVIOUSLY

**form-fit·ting** \ˈfȯrm-ˌfit-iŋ\ adj : conforming to the outline of the body : fitting snugly <a ~ sweater>

**form·ful** \ˈfȯrm-fəl\ adj : exhibiting or notable for form (as in sport)

**form genus** n : an artificial taxonomic category established for organisms (as imperfect fungi) of obscure true relationships

**for·mic** \ˈfȯr-mik\ adj [L formica ant — more at PISMIRE] : derived from formic acid

**For·mi·ca** \fȯr-ˈmī-kə, fər-\ trademark — used for any of various laminated plastic products used esp. for surface finish

**formic acid** n : a colorless pungent fuming vesicant liquid acid CH₂O₂ found esp. in ants and in many plants and used chiefly in dyeing and finishing textiles

**for·mi·cary** \ˈfȯr-mə-ˌker-ē\ n, pl **-car·ies** [ML formicarium, fr. L formica] : an ant nest

**for·mi·da·ble** \ˈfȯr-məd-ə-bəl also fȯr-ˈmid- or fər-ˈmid-\ adj [ME, fr. L formidabilis, fr. formidare to fear, fr. formido fear; akin to Gk mormō she-monster] 1 : causing fear, dread, or apprehension 2 : having qualities that discourage approach or attack 3 : tending to inspire awe or wonder — **for·mi·da·bil·i·ty** \ˌfȯr-məd-ə-ˈbil-ət-ē; fȯr-ˌmid-, fər-\ n — **for·mi·da·ble·ness** \ˈfȯr-məd-ə-bəl-nəs; fȯr-ˈmid-, fər-\ n — **for·mi·da·bly** \-blē\ adv

**form·less** \ˈfȯrm-ləs\ adj 1 : having no regular form or shape : lacking order or arrangement 2 : having no physical existence — **form·less·ly** adv — **form·less·ness** n

**form letter** n 1 : a letter on a subject of frequent recurrence that can be sent to different people without essential change except in the address 2 : a letter that is printed in many copies, has a more general salutation (as Dear Friend), and is sent to a usu. large number of people

**form-** — see FORM.

**¹for·mu·la** \ˈfȯr-myə-lə\ n, pl **-las** or **-lae** \-ˌlē, -ˌlī\ [L, dim. of forma form] 1 a : a set form of words for use in a ceremony or ritual b : a conventionalized statement intended to express some fundamental truth or principle esp. as a basis for negotiation or action 2 a (1) : RECIPE (2) : PRESCRIPTION b : a milk mixture or substitute for feeding an infant 3 a : a general fact, rule, or principle expressed in symbols b : a symbolic expression of the chemical composition or constitution of a substance c : a group of numerical symbols associated to express briefly a single concept d : a combination of signs in a logical calculus 4 : a prescribed or set form or method of doing something 5 : an established rule or custom — often used derogatorily <television programs that were unimaginative ~ works> — **for·mu·la·ic** \ˌfȯr-myə-ˈlā-ik\ adj — **for·mu·la·ical·ly** \-ˈlā-ə-k(ə-)lē\ adv

**²formula** adj, of a racing car : conforming to prescribed specifications as to size, weight, and engine displacement and usu. having a long narrow body, open wheels, a single-seat open cockpit, and the engine in the rear

**for·mu·la·ri·za·tion** \ˌfȯr-myə-lə-rə-ˈzā-shən\ n : an act or a product of formularizing

**for·mu·la·rize** \ˈfȯr-myə-lə-ˌrīz\ vt **-rized; -riz·ing** : to state in or reduce to a formula : FORMULATE — **for·mu·la·riz·er** n

**for·mu·lary** \ˈfȯr-myə-ˌler-ē\ n, pl **-lar·ies** 1 : a book or other collection of stated and prescribed forms (as codes or prayers) 2 : a prescribed form or model : FORMULA 3 : a book containing a list of medicinal substances and formulas — **formulary** adj

**for·mu·late** \ˈfȯr-myə-ˌlāt\ vt **-lat·ed; -lat·ing** 1 a : to reduce to or express in a formula b : to put into a systematized statement or expression c : DEVISE <~ policy> 2 a : to develop a formula for the preparation of (as a soap or plastic) b : to prepare according to a formula <~ a drug> — **for·mu·la·tion** \ˌfȯr-myə-ˈlā-shən\ n — **for·mu·la·tor** \ˈfȯr-myə-ˌlāt-ər\ n

**formula weight** n : MOLECULAR WEIGHT — used esp. of ionic compounds

**for·ni·ca·tion** \ˌfȯr-myə-lə-ˈzā-shən\ n : FORMULATION

**for·mu·lize** \ˈfȯr-myə-ˌlīz\ vt **-ized; -iz·ing** : FORMULATE 1

**form word** n : FUNCTION WORD

**for·myl** \ˈfȯr-mil\, n [ISV] : the radical HCO of formic acid that is also characteristic of aldehydes

**for·ni·cate** \ˈfȯr-nə-ˌkāt\, vb **-cat·ed; -cat·ing** [LL fornicatus, pp. of fornicare, fr. L fornic-, fornix arch, vault, brothel] vi : to commit fornication — vt : to commit fornication with — **for·ni·ca·tor** \-ˌkāt-ər\, n

**for·ni·ca·tion** \ˌfȯr-nə-ˈkā-shən\, n 1 : human sexual intercourse other than between a man and his wife : sexual intercourse between a spouse and an unmarried person : sexual intercourse between unmarried people 2 : sexual intercourse on the part of an

**coracle ● coriander**

265

order (Coraciiformes) of arboreal nonpasserine birds including the rollers, kingfishers, and hornbills

**cor·a·cle** \'kȯr-ə-kəl, 'kär-\ n [W corwgl] 1 : a small boat made by covering a wicker frame with hide or leather and used by the ancient Britons   2 : a boat made of broad hoops covered with horsehide or tarpaulin and used in parts of the British Isles

**cor·a·coid** \'kȯr-ə-kȯid, 'kär-\ adj [NL coracoides, fr. Gk korakoeidēs, lit., like a raven, fr. korak-, korax] : of, relating to, or being a process or cartilage bone of many vertebrates that extends from the scapula to or toward the sternum — **coracoid** n

**cor·al** \'kȯr-əl, 'kär-\ n [ME, fr. MF, fr. L corallium, fr. Gk korallion] 1 a : the calcareous or horny skeletal deposit produced by anthozoan or rarely hydrozoan polyps; esp : a richly red precious coral secreted by a gorgonian (Corallium nobile) b : a polyp or polyp colony together with its membranes and skeleton   2 : a piece of coral and esp. of red coral   3 a : a bright reddish ovary (as of a lobster or scallop) b : a variable color averaging a pale pink — coral adj — **coral·loid** \-ə-lȯid\ or **coral·loi·dal** \,kȯr-ə-'lȯid-ᵊl, ,kär-\ adj

**cor·al·bel·la** \'kȯr-əl-belz, 'kär-\ n pl but sing or pl in constr : a perennial alumroot (Heuchera sanguinea) widely cultivated for its feathery spikes of tiny coral flowers

**cor·al·ber·ry** \-,ber-ē\ n : an American dwarf shrub (Symphoricarpos orbiculatus) that bears clusters of small flowers succeeded by red berries

coral 1b

**¹cor·al·line** \'kȯr-ə-,līn, 'kär-\ adj [F coralline, fr. LL corallinus, fr. L corallium] : of, relating to, or resembling coral or a coralline

**²coralline** n 1 : any of a family (Corallinaceae) of calcareous red algae   2 : a bryozoan or hydroid that resembles a coral

**coral pink** n : a moderate yellowish pink

**coral snake** n 1 : any of several venomous chiefly tropical New World elapid snakes (genus Micrurus) brilliantly banded in red, black, and yellow or white that include two (M. fulvius and M. euryxanthus) ranging northward into the southern U.S.   2 : any of several harmless snakes resembling the coral snakes

**co·ran·to** \kə-'rant-(,)ō\ n, pl -tos or -toes [modif. of F courante] : COURANTE

**cor·ban** \'kȯr(,)-,ban\ n [Heb qorbān offering] : a sacrifice or offering to God among the ancient Hebrews

**cor·beil** or **cor·beille** \kȯr-'bəl, kȯr-'bā\ n [F corbeille, lit., basket, fr. LL corbicula, dim. of corbis basket] : a sculptured basket of flowers or fruit as an architectural decoration

**cor·bel** \'kȯr-bəl\ n [ME, fr. MF, fr. dim. of corp raven, fr. L corvus — more at RAVEN] : an architectural member that projects from within a wall and supports a weight; esp : one that is stepped upward and outward from a vertical surface

**²corbel** vt -beled or -belled; -bel·ing or -bel·ling : to furnish with or make into a corbel

**corbeling** n 1 : corbel work   2 : the construction of a corbel

**cor·bic·u·la** \kȯr-'bik-yə-lə\ n, pl -lae \-,lē, -,lī\ [LL, basket] : POLLEN BASKET

**cor·bie** \'kȯr-bē\ n [ME, modif. of OF corbin, fr. L corvinus of a raven] chiefly Scot : a carrion crow; also : RAVEN

**corbie gable** n : a gable having corbiesteps

**cor·bie-step** \'kȯr-bē-,step\ n : one of a series of steps terminating the upper part of a gable wall

**cor·bi·na** \kȯr-'bē-nə\ n [MexSp, fr. Sp. an acanthopterygian fish, fr. fem. of corvino of a raven, fr. L corvinus] : any of several American marine fishes; esp : a spotted whiting (Menticirrhus undulatus) favored by surf casters along the California coast

**cord** \'kȯrd\ n [ME, fr. OF corde, fr. L chorda string, fr. Gk chordē — more at YARN] 1 a : a long slender flexible material usu. consisting of several strands (as of thread or yarn) woven or twisted together   b : the hangman's rope   2 a : a moral, spiritual, or emotional bond   3 a : an anatomical structure (as a nerve) resembling a cord   b : a small flexible insulated electrical cable having a plug at one or both ends used to connect a lamp or other appliance with a receptacle   4 : a unit of wood cut for fuel equal to a stack 4x4x8 feet or 128 cubic feet   5 a : a rib like a cord on a textile   b (1) : a fabric made with such ribs or a garment made of such a fabric   (2) pl : trousers made of such a fabric

**²cord** vt 1 : to furnish, bind, or connect with a cord   2 : to pile up (wood) in cords — **cord·er** n

**cord·age** \'kȯrd-ij\ n 1 : ropes or cords; esp : the ropes in the rigging of a ship   2 : the number of cords (as of wood) on a given area

**cor·date** \'kȯ(ə)r-,dāt\ adj [NL cordatus, fr. L cord-, cor] : shaped like a heart <a ~ leaf> — **cor·date·ly** adv

**cord·ed** \'kȯrd-əd\ adj 1 : made of or provided with cords or ridges; specif : muscled in ridges   b of a muscle : TENSE, TAUT   2 : bound, fastened, or wound about with cords   3 : striped or ribbed with or as if with cord — TWILLED

**¹cor·dial** \'kȯr-jəl\ adj [ME, fr. ML cordialis, fr. L cord-, cor heart — more at HEART] 1 obs : of or relating to the heart : VITAL   2 : tending to revive, cheer, or invigorate   3 : warmly and genially affable : HEARTFELT <she received a most ~ welcome> syn see GRACIOUS ant uncordial — **cor·dial·ly** \'kȯrj-(ə-)lē\ adv — **cor·dial·ness** \'kȯr-jəl-nəs\ n

**²cordial** n 1 : a stimulating medicine or drink   2 : LIQUEUR

**cor·dial·i·ty** \,kȯr-jē-'al-ət-ē, kȯr-'jal also kȯrd-'yal-\ n : sincere affection and kindness : cordial regard

**cordia pulmonalis** pl of COR PULMONALE

**cor·di·er·ite** \'kȯrd-ē-ə-,rīt\ n [F, fr. Pierre L. A. Cordier †1861 F geologist] : a blue mineral (Mg,Fe)₄Al₄Si₅O₁₈ with vitreous luster and strong dichroism consisting of a silicate of aluminum, iron, and magnesium

**cor·di·form** \'kȯrd-ə-,fȯrm\ adj [F cordiforme, fr. L cord-, cor + F -iforme -iform] : shaped like a heart

**cor·dil·le·ra** \,kȯrd-ᵊl-'(y)er-ə, kȯr-'dil-ə-rə\ n [Sp] : a...
mountain ranges often consisting of a number of mo...
parallel chains — **cor·dil·le·ran** \-'(y)er-ən, -ᵊr-an\ ...

**cor·dite** \'kȯrd-,īt\ n : a smokeless powder com... nitroglycerin, guncotton, and a petroleum substance... nized by addition of acetone and pressed into cords... brown twine

**cord·less** \'kȯrd-ləs\ adj : having no cord; esp : pow... battery <~ tools>

**cor·do·ba** \'kȯrd-ə-bə, -ə-və\ n [Sp córdoba, fr. Franc... nández de Córdoba †1526 Sp explorer] — see MONEY t...

**¹cor·don** \'kȯrd-ᵊn, 'kō(ə)r/-,dān\ n [F, dim. of corde c... a : an ornamental cord used esp. on costumes   b : a cord o... worn as a badge of honor or as a decoration   c : STRING... a : a line of troops or of military posts enclosing an area o... passage   b : a line of persons or objects around a person <a ~ of police>

**²cordon** vt 1 : to ornament with a cordon   2 : ... protective or restrictive cordon around — often used wi...

**¹cor·do·van** \'kȯrd-ə-vən\ adj [OSp cordovano, fr. Córd... Córdoba, Spain]   1 cap : of or relating to Córdoba, Córdoba, Spain   2 : made of cordovan leather

**²cordovan** n 1 : a soft fine-grained colored leather   2 tanned from the inner layer of horsehide and characte... nonporosity and density

**cor·du·roy** \'kȯrd-ə-,rȯi\ n, pl -roys [perh. alter. of th... Corderoy]   1 : a durable usu. cotton pile fabric with verti... or wales   2 pl : trousers of corduroy   3 : a road built of l... side by side transversely

**²corduroy** vt -royed; -roy·ing : to build (a road) of logs l... by side transversely

**cord·wain** \'kȯ(ə)r-,dwān\ n [ME cordwane, fr. MF cord... OSp cordovano, cordovan] archaic : cordovan leather

**cord·wain·er** \-,dwā-nər\ n 1 archaic : a worker in co... leather   2 : SHOEMAKER — **cord·wain·ery** \-,dwā-n(ə-)rē

**cord·wood** \'kȯ(ə)r-,dwüd\ n : wood piled or sold in cor... : standing timber suitable for use as fuel

**¹core** \'kō(ə)r, 'kȯ(ə)r\ n [ME] 1 : a central and often fou... al part usu. distinct from the enveloping part by a differ... nature <~ of the city> as a : the usu. inedible central... some fruits (as a pineapple); esp : the papery or leathery composing the ripened ovary in a pome fruit   b : the portio... foundry mold that shapes the interior of a hollow casting... part removed from the interior of a mass esp. to determi... interior composition or a hidden condition   d : the central... around which other strands twist in some ropes   e (1) : a... iron serving to concentrate and intensify the magneti... resulting from a current in a surrounding coil   (2)... doughnut-shaped piece of magnetic material (as ferrite) u... computer memories — called also magnetic core   (3) : a co... memory consisting of an array of cores strung on fine wi... called also core memory, core storage   f : the central part... earth having a radius of about 2100 miles and physical pro... different from those of the surrounding parts   g : a nodule of... (as flint or obsidian) from which flakes have been struck for m... implements   h : the conducting wire with its insulation... electric cable   i : a layer of wood on which veneers are glue... in making plywood)   j : an arrangement of a course of studies... combines under certain basic topics material from subjects co... tionally separated and aims to provide a common background... all students   2 a : a basic, essential, or enduring part (as... individual, a class, or an entity)   b : the essential meaning... <the ~ of the book is thus an attempt to comprehend the n... of total war — Times Lit. Supp.>   c : the inmost or most int... part <he was honest to the ~>

**²core** vt cored; cor·ing : to remove a core from — **cor·er**

**³core** n [ME chore chorus, company, fr. L chorus] chiefl... : a group of people

**CORE** \'kō(ə)r, 'kȯ(ə)r\ abbr Congress of Racial Equality

**co·re·cip·i·ent** \,kō-ri-'sip-ē-ənt\ n : a joint recipient (as... honor or a prize)

**core city** n : INNER CITY

**co·re·late** \,kō-ri-'lāt\ vt -lat·ed; -lat·ing [back-formation fr... tion] chiefly Brit : CORRELATE — **co·re·la·tion** \-'lā-shən\

**co·re·la·tive** \kō-'rel-ət-iv, kə-\ adj — **co·re·la·tive·ly** adv

**co·re·li·gion·ist** \,kō-ri-'lij-(ə-)nəst\ n : one of the same reli...

**co·re·mi·um** \kə-'rē-mē-əm\ n, pl -mia \-mē-ə\ [NL, fr... korēma broom, fr. korein to sweep] : a fruiting body characte... of certain imperfect fungi (as the Stilbellaceae) that consists... sterile stalk of parallel or fascicled hyphae and a terminal hea... fertile or spore-bearing branches

**co·re·op·sis** \,kōr-ē-'äp-səs, ,kȯr-\ n [NL, genus name, fr. Gk... bedbug + NL -opsis; akin to Gk keirein to cut — more at sH... : any of a genus (Coreopsis) of composite herbs widely grown... their showy flower heads

**co·re·pres·sor** \,kō-ri-'pres-ər\ n : a substance that activate... particular genetic repressor by combining with it

**co·req·ui·site** \(,)kō-'rek-wə-zət\ n : a formal course of stud... required to be taken simultaneously with another

**co·re·spon·dent** \,kō-ri-'spän-dənt\ n : a person named as sui... of adultery with the defendant in a divorce suit

**corf** \'kȯ(ə)rf\ n, pl **corves** \'kȯ(ə)rvz\ [ME, basket, fr. MD o... or MLG korf] Brit : a basket, tub, or truck used in a mine

**cor·gi** \'kȯr-gē\ n, pl **corgis** [W, fr. cor dwarf + ci dog; akin... Of ci dog, OE hund — more at HOUND] : WELSH CORGI

**co·ri·a·ceous** \,kōr-ē-'ā-shəs, ,kȯr-\ adj [LL coriaceus — more... CUIRASS] : resembling leather

**co·ri·an·der** \'kȯr-ē-,an-dər, ,kȯr-ē-\ n [ME coriandre fr. OF, fr. L coriandrum, fr. Gk koriandron]   1 : an Old Wo... herb (Coriandrum sativum) of the carrot family with aromatic fru...   2 : the ripened dried fruit of coriander used as a flavoring — cal... also coriander seed

**long-range** \-'rānj\ *adj* **1** : involving or taking into account a long period of time <~ planning> **2** : relating to or fit for long distances <~ rockets>

**long run** *n* : a relatively long period of time — usu. used in the phrase *in the long run*

**long·shore·man** \'lȯŋ-'shȯr-mən, -'shȯr-\ *n* [*longshore*, short for *alongshore*] : one who loads and unloads ships at a seaport

**long·shor·ing** \'lȯŋ-'shȯr-iŋ, -'shȯr-, 'lȯŋ-,\ *n* : the act or occupation of working as a longshoreman

**long shot** \'lȯŋ-shät\, *n* **1** : an entry (as in a horse race) given little chance of winning **2** : a bet in which the chances of winning are slight but the possible winnings great **3** : a venture involving great risk but promising a great reward if successful; *also* : a venture with little chance of success — **by a long shot** : by a great deal

**long-sight·ed** \-'sīt-əd\ *adj* : FARSIGHTED — **long-sight·ed·ness** *n*

**long since** *adv* **1** : long ago <programs which have *long since* ceased to be useful> **2** : for a long time <has *long since* been recognized as a great writer>

**long·some** \'lȯŋ(k)-səm\ *adj* : tediously long — **long·some·ly** *adv* — **long·some·ness** *n*

**long·spur** \'lȯŋ-spər\ *n* : any of several long-clawed finches (esp. genus *Calcarius*) of the arctic regions and the Great Plains of No. America

**long-stand·ing** \-'stan-diŋ\ *adj* : of long duration

**long-suf·fer·ing** \-'səf-(ə)-riŋ\ *n* : long and patient endurance of offense — **long-suffering** *adj* — **long-suf·fer·ing·ly** \-riŋ-lē\ *adv*

**long suit** *n* **1** : a holding of more than the average number of cards in a suit **2** : the activity or quality in which a person excels

**long-term** \'lȯŋ-'tərm\ *adj* **1** : occurring over or involving a relatively long period of time **2** *a* : of, relating to, or constituting a financial operation or obligation based on a considerable term and esp. one of more than 10 years <~ bonds> **b** : generated by assets held for longer than six months <a ~ capital gain>

**long-time** \-'tīm\ *adj* : LONGSTANDING

**Long Tom** \'lȯŋ-'täm\, *n* [fr. the name *Tom*] **1** *a* : a long pivot gun formerly carried on the deck of a warship **b** : a large land gun having a long range **2** : a trough for washing gold-bearing earth

**long ton** *n* — see WEIGHT table

**lon·gueur** \lō*ⁿ*-gœr\, *n, pl longueurs* \-'gœr(z)\ [F, lit., length] : a dull and tedious passage or section (as of a book)

**long view** *n* : an approach to a problem or situation that emphasizes long-range factors

**long-wind·ed** \'lȯŋ-'win-dəd\ *adj* **1** : not easily subject to loss of breath **2** : tediously long in speaking or writing — **long-wind·ed·ly** *adv* — **long-wind·ed·ness** *n*

**loo** \'lü\, *n* [short for obs. F *lanterloo*, fr. F *lanturelu* piffle] **1** : an old card game in which the winner of each trick or a majority of tricks takes a portion of the pool while losing players are obligated to contribute to the next pool **2** : money staked at loo

**loo** *n* **1** : to obligate to contribute to a new pool at loo for failing to win a trick

**loo** *n* [perh. modif. of F *lieux d'aisance* chiefly Brit : TOILET 3

**loo·by** \'lü-bē\, *n, pl loobies* [ME *loby*] : an awkward clumsy fellow : LUBBER

**look** \'lu̇k\ *vb* [ME *looken*, fr. OE *lōcian*; akin to OS *lōcōn* to look] *vi* **1** : to make sure or take care (that something is done) **2** : to ascertain by the use of one's eyes **3** *a* : to exercise the power of vision upon : EXAMINE **b** *archaic* : to search for **4** : to await expectantly or watchfully <we cannot ~ for immediate success> **5** *archaic* : to bring into a place or condition by the exercise of the power of vision **6** : to express by the eyes or facial expression **7** : to have an appearance that befits or accords with ~ *vi* **1** *a* : to exercise the power of vision : SEE **b** : to direct one's attention <~ upon the future with hope> *c* : to direct the eyes **2** : to have an appearance of being : SEEM **3** : to have a specified outlook <the house ~*ed* east> **4** : to gaze in wonder or surprise : STARE **5** : to show a tendency <the evidence ~*s* to acquittal> *syn* see SEE, SEEM, EXPECT — **look after** : to take care of — **look down one's nose** : to view with arrogance, disdain, or disapproval — **look for** **1** : to await with hope or anticipation **2** : to search for

**look** *n* **1** *a* : the act of looking **b** : GLANCE **2** *a* : the expression of the countenance **b** : physical appearance; *esp* : attractive physical appearance — usu. used in pl. *c* : a combination of design features giving a unified appearance <a new ~ in women's fashions> **3** : the state or form in which something appears : ASPECT

**look-alike** \'lu̇k-ə-,līk\, *n* : one that looks like another : DOUBLE

**look-down** \'lu̇k-,dau̇n\ *n* : any of several fishes (genus *Selene* and esp. *S. vomer*) that are widely distributed in warm seas and have high truncated foreheads

**look down** \(')lu̇k-'dau̇n\ *vi* **1** : to regard with contempt : DESPISE — used with *on* or *upon* <snobbishly *looks down* on the poor>

**look·er** \'lu̇k-ər\, *n* **1** : one that looks **2** *a* : one having an appearance of a specified kind **b** : one that has an attractive appearance : BEAUTY

**look·er-on** \,lu̇k-ə-'rȯn, -'rän\, *n, pl lookers-on** : ONLOOKER

**look-in** \'lu̇k-,in\, *n* **1** : a chance of success **2** : a quick pass in football to a receiver running diagonally toward the center of the field

**looking glass** *n* : MIRROR

**look-out** \'lu̇k-,au̇t\, *n* **1** : one engaged in keeping watch : WATCHMAN **2** : an elevated place or structure affording a wide view for observation **3** : a careful looking or watching **4** : VIEW, OUTLOOK **5** : a matter of care or concern

**look·up** \'lu̇k-,əp\, *n* : the process or an instance of looking something up; *esp* : the process of matching by computer the words of a text with material stored in memory

**look up** \'lu̇k-'əp\ *vi* **1** : to cheer up <*look up* — things are not all bad> **2** : to improve in prospects or conditions <business conditions are *looking up*> ~ *vt* **1** : to search for in or as if in a reference work <*look up* a phone number in the directory> **2**

---

: to seek out esp. for a brief visit

**¹loom** \'lüm\, *n* [ME *lome* tool, loom, fr. OE *gelōma* tool; akin to MD *allame* tool] : a frame or machine for interlacing at right angles two or more sets of threads or yarns to form a cloth

**²loom** *vi* [origin unknown] **1** : to come into sight in enlarged or distorted and indistinct form often as a result of atmospheric conditions **2** *a* : to appear in an impressively great or exaggerated form **b** : to take shape as an impending occurrence

**³loom** *n* : the indistinct and exaggerated appearance of something seen on the horizon or through fog or darkness; *also* : a looming shadow or reflection

**LOOM** *abbr* Loyal Order of Moose

**¹loon** \'lün\, *n* [ME *loun*] **1** : LOUT, IDLER **2** *chiefly Scot* : BOY **3** *a* : a crazy person **b** : SIMPLETON

**²loon** *n* [of Scand origin; akin to ON *lōmr* loon — more at LAMENT] : any of several large fish-eating diving birds (genus *Gavia*) of the northern part of the northern hemisphere that have the legs placed far back under the body and as a result have a clumsy floundering gait on land

**loo·ny** *or* **loo·ney** \'lü-nē\ *adj* **loo·ni·er; -est** [by shortening & alter. fr. *lunatic*] : CRAZY, FOOLISH — **loo·ni·ness** *n* — **loony** *n*

**loony bin** *n* : an insane asylum : MADHOUSE

**¹loop** \'lüp\, *n* [ME *loupe*; perh. akin to MD *lupen* to watch, peer] *archaic* : LOOPHOLE 1a

**²loop** *n* [ME *loupe*, of unknown origin] **1** *a* : a curving or doubling of a line so as to form a closed or partly open curve within itself through which another line can be passed or into which a hook may be hooked **b** : such a fold of cord or ribbon serving as an ornament **2** *a* : something shaped like a loop **b** : a maneuver in which an airplane starting from straight and level flight passes successively through a climb, inverted flight, a dive, and then returns to normal flight **3** *a* : a ring or curved piece used to form a fastening or a handle **4** *a* : the portion of a vibrating body between two nodes **b** : the middle point of such a portion **5** *a* : a closed electric circuit **6** : a piece of film or magnetic tape whose ends are spliced together so as to project or play back the same material continuously **7** : a series of instructions (as for a computer) that is repeated until a termination condition is reached **8** : a sports league — loopy \'lü-pē\ *adj* — **for a loop** : into a state of amazement, confusion, or distress

**³loop** *vi* **1** : to make or form a loop **2** : to execute a loop in an airplane **3** : to move in loops or in an arc ~ *vt* **1** *a* : to make a loop in, on, or about **b** : to fasten with a loop **2** : to join (two courses of loops) in knitting **3** : to connect (electric conductors) so as to complete a loop **4** : to cause to move in an arc

**loop·er** \'lü-pər\, *n* **1** : any of the usu. rather small hairless caterpillars that are mostly larvae of moths (families Geometridae and Noctuidae) and move with a looping movement in which the anterior and posterior prolegs are alternately made fast and released **2** : one that loops



looper 1

**¹loop·hole** \'lüp-,hōl\ *n* [¹*loop*] **1** *a* : a small opening through which small firearms may be discharged **b** : a similar opening to admit light and air or to permit observation **2** : a means of escape; *esp* : an ambiguity or omission in the text through which the intent of a statute, contract, or obligation may be evaded

**²loophole** *vt* : to make loopholes in

**loop of Hen·le** \-'hen-lē\, [T. G. J. *Henle* †1885 G pathologist] : a part of the vertebrate nephron that lies between the proximal and distal convoluted tubules and plays a part in water resorption

**¹loose** \'lüs\, *adj* **loos·er; loos·est** [ME *lous*, fr. ON *lauss*; akin to OHG *lōs* loose — more at -LESS] **1** *a* : not rigidly fastened or securely attached **b** (1) : having worked partly free from attachments <the masonry is ~ at the base of the wall> (2) : having relative freedom of movement *c* : produced freely and accompanied by raising of mucus <a ~ cough> **d** : not tight-fitting **2** *a* : free from a state of confinement, restraint, or obligation <a lion ~ in the streets> <spend ~ funds wisely> **b** : not brought together in a bundle, container, or binding *c* *archaic* : DISCONNECTED, DETACHED **3** : not dense, close, or compact in structure or arrangement **4** *a* : lacking in restraint or power of restraint <a ~ tongue> <~ bowels> **b** : lacking moral restraint : UNCHASTE **5** *a* : not tightly drawn or stretched : SLACK **b** : having a flexible or relaxed character **6** *a* : lacking in precision, exactness, or care **b** : permitting freedom of interpretation — loose·ly *adv* — loose·ness *n*

*syn* LOOSE, RELAXED, SLACK, LAX *shared meaning element* : not tightly bound, held, restrained, or stretched. LOOSE is widely referable to persons or things freed from a usual or former material or immaterial restraint <a book with a *loose* page> <a person of *loose* morals> or to something not tight between points of contact <wove a *loose* belt> or to something not close or compact in arrangement or texture <a *loose* easily-worked soil> <a *loose*-woven woolen> RELAXED implies a loosening of prior tightness, tension, strictness, or rigidity; in comparison with *loose* it is likely to imply an easing of rather than a freeing from what restrains; thus, *relaxed* discipline is discipline made as easy as circumstances allow; *relaxed* slack is SLACK is likely to add the idea of a lack of firmness and steadiness; thus, *relaxed* control is control

---

| | | | | | |
|---|---|---|---|---|---|
| ə abut | | ᵉ kitten | ər further | a back | ā bake | ä cot, cart |
| au̇ out | | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th̷ this |
| ü loot | | u̇ foot | y yet | yü few | yu̇ furious | zh vision | |



**Ads by Google**

## Natural Health Courses

Train for your secure future. Accredited home study courses.

www.naturalhealthcourses

Home | Subjects | Titles | Authors     | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ joie de vivre                                joinder ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# join



**LendingTree**

• Refinance
• Cash Out Refinance
• Compare Low Rates
• Pay Off Debt
• 30-Year Fixed Rates
• 15-Year Fixed Rates
• 5-Year ARM
• Home Improvement

**Current Offers** *from* LendingTree®

$400,000 for $2,240/month*

$300,000 for $1,680/month*

$200,000 for $1,120/month*

*Terms & Conditions apply

**PRONUNCIATION:** 🔊 join

**VERB:** Inflected forms: **joined, join·ing, joins**

**TRANSITIVE VERB:** **1.** To put or bring together so as to make continuous or form a unit: *join two boards with nails; joined hands in a circle.* **2.** To put or bring into close association or relationship: *two families that were joined by marriage; join forces.* **3.** To connect (points), as with a straight line. **4.** To meet and merge with: *where the creek joins the river.* **5.** To become a part or member of: *joined the photography club.* **6.** To come into the company of: *joined the group in the waiting room.* **7.** To participate with in an act or activity: *The committee joins me in welcoming you.* **8.** To adjoin. **9.** To engage in; enter into: *Opposing armies joined battle on the plain.*

**INTRANSITIVE VERB:** **1.** To come together so as to form a connection: *where the two bones join.* **2.** To act together; form an alliance: *The two factions joined to oppose the measure.* **3.** To become a member of a group. **4.** To take part; participate: *joined in the search.*

**NOUN:** A joint; a junction.

**ETYMOLOGY:** Middle English *joinen,* from Old French *joindre, joign-, join-,* from Latin *iungere.* See **yeug-** in Appendix I.

**SYNONYMS:** *join, combine, unite, link[1], connect, relate, associate* These verbs mean to fasten or affix or become fastened or affixed. *Join* applies to the physical contact or union of at least two separate things and to the coming together of persons, as into a group: *The children joined hands. The two armies joined together to face a common enemy. "Join the union, girls, and together say* Equal Pay for Equal Work" (Susan B. Anthony). *Combine* suggests the mixing or merging of components, often for a specific purpose: *The cook combined various ingredients. "When bad men combine, the good must associate"* (Edmund Burke). *Unite* stresses the coherence or oneness of the persons or things joined: *The volunteers united to prevent their town from flooding. The strike united the oppressed workers. Link* and *connect* imply a firm

attachment in which individual components nevertheless retain their identities: *The study linked the high crime rate to unemployment. The reporter connected the police chief to the scandal. Relate* refers to connection of persons through marriage or kinship (*Although we share a surname, she and I are not related*) or of things through logical association (*The two events were directly related*). *Associate* usually implies a relationship of persons as partners or allies: *My children are associated with me in the family business.* It can also refer to a relationship of things that are similar or complementary or that have a connection in one's thoughts: *I associate the beach with pleasant memories of summer.*

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ joie de vivre                                                                joinder ›

Google [                    ] [ Search ]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



Case 3:07-cv-05895-WHA     Document 79     Filed 05/23/2008     Page 19 of 50



amazon.com
Privacy Information

Download the free
Adobe Media Player

Get ADOBE®
MEDIA PLAYER

Clergy Shirts &
Blouses
Range of Styles,
Colours, Materials
Hand-made in
Ireland
www.movilleclothing.com

Bartleby.com

Great Books Online    Search | Dictionary

Home | Subjects | Titles | Authors     | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ Bancroft, George                                                    band² ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# band¹

PRONUNCIATION:   bănd

NOUN:   **1.** A thin strip of flexible material used to encircle and bind one object or to hold a number of objects together: *a metal band around the bale of cotton.* **2.** A strip or stripe that contrasts with something else in color, texture, or material. **3.** A narrow strip of fabric used to trim, finish, or reinforce articles of clothing. **4.** Something that constrains or binds morally or legally: *the bands of marriage and family.* **5.** A simple ungrooved ring, especially a wedding ring. **6a.** A neckband or collar. **b. bands** The two strips hanging from the front of a collar as part of the dress of certain clerics, scholars, and lawyers. **c.** A high collar popular in the 16th and 17th centuries. **7a.** *Biology* A chromatically, structurally, or functionally differentiated strip or stripe in or on an organism. **b.** *Anatomy* A cordlike tissue that connects or holds structures together. **8.** *Physics* **a.** A specific range of wavelengths or frequencies of electromagnetic radiation. **b.** A range of very closely spaced electron energy levels in solids, the distribution and nature of which determine the electrical properties of a material. **9.** Any of the distinct grooves on a long-playing phonograph record that contains an individual selection or a separate section of a whole. **10.** A cord or strip across the back of a book to which the sheets or quires are attached.

TRANSITIVE VERB:   Inflected forms: **band·ed, band·ing, bands**
**1.** To tie, bind, or encircle with or as if with a band. **2.** To mark or identify with or as if with a band: *a program to band migrating birds.*

ETYMOLOGY:   Middle English *bende* (from Old English *bend* and from Old French *bande, bende,* of Germanic origin) and Middle English *bond, band* (from Old Norse, band); see **bhendh-** in Appendix I.

1) FAT & BALD

2) RICH & HANDSOME

3) SERVING 10 TO 20

classmates·com·

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD







The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# closed loop

NOUN:    *Engineering* A control system with an active feedback loop.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ closed interval                                          closed-minded ›

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



**What do you want from your auto insurance?**
✓ **Fast Claims Resolution**

Rubber Bands & More
Find An Orthodontist Near You & Request a Free Photo Frame.
www.Braces.org/Frame

Custom Rubber Wristbands
Make yours like Lance Armstrong's Great Selection & Fast Delivery!
www.WristbandConnectic

| Home | Subjects | Titles | Authors | | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage |

Reference > American Heritage® > Dictionary

‹ elastase     elastic collision ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# elastic

SYLLABICATION: e·las·tic

PRONUNCIATION: ĭ-lăs′tĭk

ADJECTIVE: **1a.** Easily resuming original shape after being stretched or expanded; flexible. See synonyms at **flexible**. **b.** Springy; rebounding. **2.** *Physics* Returning to or capable of returning to an initial form or state after deformation. **3.** Quick to recover, as from disappointment: *an elastic spirit.* **4.** Capable of adapting to change or a variety of circumstances.

NOUN: **1a.** A flexible stretchable fabric made with interwoven strands of rubber or an imitative synthetic fiber. **b.** An object made of this fabric. **2.** A rubber band.

ETYMOLOGY: New Latin *elasticus,* from Late Greek *elastos,* beaten, ductile, variant of Greek *elatos,* from *elaunein,* to beat out.

OTHER FORMS: **e·las′ti·cal·ly** —ADVERB

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ elastase     elastic collision ›

Google [          ] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



1) FAT & BALD

2) RICH & HANDSOME

3) SERVING 10 TO 20

classmates.com



What do you want from your **auto insurance**?

☑ **Reliability**

Get More. Get AAA.

amazon.com Privacy Information

**Date Vietnamese Women**
Find Your Vietnamese Beauty. Browse Photo Profiles. Join Free!
www.VietnamCupid.com

**Married Dating Personals**
Thinking of Cheating?
Find Others That Also Want to Cheat
AffairMatch.com

‹ painting                                                      pair bond ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# pair



**PRONUNCIATION:**  pâr

**NOUN:** Inflected forms: pl. **pair** or **pairs**
**1.** Two corresponding persons or items, similar in form or function and matched or associated: *a pair of shoes.* **2.** One object composed of two joined, similar parts that are dependent upon each other: *a pair of pliers.* **3a.** Two persons who are married, engaged, or dating. **b.** Two persons who have something in common and are considered together: *a pair of hunters.* **c.** Two mated animals. **d.** Two animals joined together in work. **4.** *Games* Two playing cards of the same denomination. **5.** Two members of a deliberative body with opposing opinions on a given issue who agree to abstain from voting on the issue, thereby offsetting each other. **6.** *Chemistry* An electron pair.

**VERB:** Inflected forms: **paired, pair·ing, pairs**

**TRANSITIVE VERB:** **1.** To arrange in sets of two; couple. **2.** To join in a pair; mate. **3.** To provide a partner for.

**INTRANSITIVE VERB:** **1.** To form pairs or a pair. **2.** To join in marriage; mate.

**ETYMOLOGY:** Middle English, from Old French *paire*, from Latin *paria*, equals, pl. of *pār*, a pair, from *pār*, equal. See **per-²** in Appendix I.

**USAGE NOTE:** The noun *pair* can be followed by a singular or plural verb. The singular is always used when *pair* denotes the set taken as a single entity: *This pair of shoes is on sale.* A plural verb is used when the members are considered as individuals: *The pair are working more harmoniously now.* After a number other than one, *pair* itself can be either singular or plural, but the plural is now more common: *She bought six pairs (or pair) of stockings.*

classmates.com

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.



**Pashto and Dari Online**
college level by
native professor
audio files,
telephone dialogue
www.Paine.edu

Home | Subjects | Titles | Authors          | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ synthetase                                                synthetic division ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# synthetic



| | |
|---|---|
| SYLLABICATION: | syn·thet·ic |
| PRONUNCIATION: | sĭn-thĕt′ĭk |

ADJECTIVE:  **1.** Relating to, involving, or of the nature of synthesis. **2.** *Chemistry* Produced by synthesis, especially not of natural origin. **3a.** Not natural or genuine; artificial or contrived: *"counterfeit rhetoric that flourishes when passions are synthetic"* (George F. Will). **b.** Prepared or made artificially: *synthetic leather.* See synonyms at **artificial. 4.** *Linguistics* Relating to or being a language, such as Latin or Russian, that uses inflectional affixes to express syntactic relationships. **5.** *Logic & Philosophy* Relating to or being a proposition that attributes to a subject a predicate not inherent in the subject and that does not result in a contradiction if negated.

NOUN:  A synthetic chemical compound or material.

ETYMOLOGY:  Greek *synthetikos,* skilled in putting together, component, from *synthetos,* combined, from *suntithenai,* to put together. See synthesis.

OTHER FORMS:  **syn·thet′i·cal·ly** —ADVERB

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ synthetase                                                synthetic division ›



Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



**amazon.com**
Privacy Information

What do you want from your **auto insurance?**

☑ **Fast Claims Resolution**

**Carports.com**
**Sale Event**
carports, garages,
also for RVs boats,
cars, trucks! Big
sale...
www.Carports.com

Search | Dictionary

Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ forlorn hope                                                    –form ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# form

PRONUNCIATION: 🔊 fôrm

NOUN: **1a.** The shape and structure of an object. **b.** The body or outward appearance of a person or an animal considered separately from the face or head; figure. **2a.** The essence of something. **b.** The mode in which a thing exists, acts, or manifests itself; kind: *a form of animal life; a form of blackmail.* **3a.** Procedure as determined or governed by regulation or custom. **b.** A fixed order of words or procedures, as for use in a ceremony; a formula. **4.** A document with blanks for the insertion of details or information: *insurance forms.* **5a.** Manners or conduct as governed by etiquette, decorum, or custom. **b.** Behavior according to a fixed or accepted standard: *Tardiness is considered bad form.* **c.** Performance considered with regard to acknowledged criteria: *a good jump shooter having an unusual form.* **6a.** Proven ability to perform: *a musician at the top of her form.* **b.** Fitness, as of an athlete or animal, with regard to health or training. **c.** The past performance of a racehorse. **d.** A racing form. **7a.** Method of arrangement or manner of coordinating elements in literary or musical composition or in organized discourse: *presented my ideas in outline form; a treatise in the form of a dialogue.* **b.** A particular type or example of such arrangement: *The essay is a literary form.* **c.** The design, structure, or pattern of a work of art: *symphonic form.* **8a.** A mold for the setting of concrete. **b.** A model of the human figure or part of it used for displaying clothes. **c.** A proportioned model that may be adjusted for fitting clothes. **9.** A grade in a British secondary school or in some American private schools: *the sixth form.* **10a.** A linguistic form. **b.** The external aspect of words with regard to their inflections, pronunciation, or spelling. **11a.** *Chiefly British* A long seat; a bench. **b.** The resting place of a hare. **12.** *Botany* A subdivision of a variety usually differing in one trivial characteristic, such as flower color.

VERB: Inflected forms: **formed, form·ing, forms**

TRANSITIVE VERB: **1a.** To give form to; shape: *form clay into figures.* **b.** To develop in the mind; conceive: *form an opinion.* **2a.** To shape or mold (dough, for



1) FAT & BALD

2) RICH & HANDSOME

3) SERVING 10 TO 20

**classmates·com·**

example) into a particular form. **b.** To arrange oneself in: *Holding out his arms, the cheerleader formed a T. The acrobats formed a pyramid.* **c.** To organize or arrange: *The environmentalists formed their own party.* **d.** To fashion, train, or develop by instruction or precept: *form a child's mind.* **3.** To come to have; develop or acquire: *form a habit.* **4.** To constitute or compose a usually basic element, part, or characteristic of. **5a.** To produce (a tense, for example) by inflection: *form the pluperfect.* **b.** To make (a word) by derivation or composition. **6.** To put in order; arrange.

INTRANSITIVE VERB: **1.** To become formed or shaped. **2.** To come into being by taking form; arise. **3.** To assume a specified form, shape, or pattern.

ETYMOLOGY: Middle English *forme,* from Latin *forma.*

OTHER FORMS: **form'a·bil'i·ty** —NOUN
**form'a·ble** —ADJECTIVE

SYNONYMS: *form, figure, shape, configuration, contour, profile* These nouns refer to the external outline of a thing. *Form* is the outline and structure of a thing as opposed to its substance: *a brooch in the form of a lovers' knot. Figure* refers usually to form as established by bounding or enclosing lines: *The cube is a solid geometric figure. Shape* implies three-dimensional definition that indicates both outline and bulk or mass: *"He faced her, a hooded and cloaked shape"* (Joseph Conrad). *Configuration* stresses the pattern formed by the arrangement of parts within an outline: *The map shows the configuration of North America, with its mountains, rivers, and plains. Contour* refers especially to the outline of a three-dimensional figure: *I traced the contour of the bow with my finger. Profile* denotes the outline of something viewed against a background and especially the outline of the human face in side view: *The police took a photograph of the mugger's profile.*

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ forlorn hope                                                                                    −form ›

Google [          ]  [Search]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com


Privacy Information



Ads by Google

**Natural Health Courses**

Train for your secure future. Accredited home study courses.

www.naturalhealthcourses.com

Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ **Corcyra**                                    **cordage** ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# cord

**PRONUNCIATION:** 🔊 kôrd

**NOUN:** **1.** A slender length of flexible material usually made of twisted strands or fibers and used to bind, tie, connect, or support. **2.** An insulated flexible electric wire fitted with a plug or plugs. **3.** A hangman's rope. **4.** An influence, feeling, or force that binds or restrains; a bond or tie. **5.** also **chord** (*also* kŏrd) *Anatomy* A long ropelike structure, such as a nerve or tendon: *a spinal cord.* **6a.** A raised rib on the surface of cloth. **b.** A fabric or cloth with such ribs. **7. cords** Trousers made of corduroy. **8.** *abbr.* **cd.** A unit of quantity for cut fuel wood, equal to a stack measuring 4 × 4 × 8 feet or 128 cubic feet (3.62 cubic meters).

**TRANSITIVE VERB:** Inflected forms: **cord·ed, cord·ing, cords**
**1.** To fasten or bind with a cord: *corded the stack of old newspapers and placed them in the recycling bin.* **2.** To furnish with a cord. **3.** To pile (wood) in cords.

**ETYMOLOGY:** Middle English, from Old French *corde*, from Latin *chorda*, from Greek *khordē*. See **gherə-** in Appendix I.

**OTHER FORMS:** **cord'er** —NOUN

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ **Corcyra**                                    **cordage** ›



Google ™ [        ] Search

Click **here** to shop the **Bartleby Bookstore**.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



Magnetico Mattress Pads
Strongest magnetic field available. Under mattress design. Order online
www.magneticosleep.con

Research Electromagnets
Upto 12K Gauss (1.2 Tesla) No External Cooling Required
www.SvsLabs.com

Reference > American Heritage® > Dictionary
‹ loony bin                                                              loop² ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# loop¹

PRONUNCIATION:   ◁ lōōp

NOUN:   **1a.** A length of line, thread, ribbon, or other thin material that is curved or doubled over making an opening. **b.** The opening formed by such a doubled line. **2.** Something having a shape, order, or path of motion that is circular or curved over on itself. **3.** *Electricity* A closed circuit. **4.** *Computer Science* A sequence of instructions that repeats either a specified number of times or until a particular condition is met. **5.** A type of loop-shaped intrauterine device. **6.** A flight maneuver in which an aircraft flies a circular path in a vertical plane with the lateral axis of the aircraft remaining horizontal. **7.** A segment of film or magnetic tape whose ends are joined, making a strip that can be continuously replayed. **8.** *Sports* See **league**¹ (sense 2).

VERB:   Inflected forms: **looped, loop·ing, loops**

TRANSITIVE VERB:   **1.** To form into a loop. **2.** To fasten, join, or encircle with loops or a loop. **3.** To fly (an aircraft) in a loop. **4.** To move in a loop or an arc. **5.** *Electricity* To join (conductors) so as to complete a circuit. **6.** To add or substitute (words) in a film by altering the sound track.

INTRANSITIVE VERB:   **1.** To form a loop. **2.** To move in a loop: *"The couple looped constantly around the international social circuit"* (Walter Isaacson). **3.** To make a loop in an aircraft.

IDIOMS:   **in the loop** Part of a group that is kept up-to-date with information about something: *knew about the merger because she's in the loop.* **knock** (or **throw**) **for a loop** *Slang* To surprise tremendously; astonish. **out of the loop** Not part of a group that is kept up-to-date with information about something.

ETYMOLOGY:   Middle English *loupe*, probably from Middle Irish *lúb* (perhaps influenced by Middle English *lep*, basket).



RICH DAD

Learn To Trade Free Workshop

San Francisco Area

June 2-5

FREE GIFT!
Rich Dad® USB Flash Drive Preloaded with info!

YOURS JUST FOR ATTENDING THIS POWERFUL EVENT!

CLICK HERE



Merriam-Webster
OnLine

Nationwide® could save you $500 on auto insurance.    GET A QUOTE    Nationwide® On Your Side
$500 annual savings from policy data thru 7/07

**Also Visit:** Unabridged | Encyclopedia Britannica | Visual • ESL: | Learner's | for Kids: | Spell It! • | Word Central •

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical    Search

**Home**
**Visit Our Sites**
**Premium Services**
**Downloads**
**Word of the Day**
**Word Games**
**Open Dictionary**
**Spelling Bee Hive**
**Word for the Wise**
**Online Store**
**Help**
**About Us**

## join

2 entries found.

join[1,verb]
join[2,noun]

Main Entry: ¹**join** 🔊
Pronunciation: \ˈjȯin\
Function: *verb*
Etymology: Middle English, from Anglo-French *joindre,* from Latin *jungere* — more at YOKE
Date: 13th century

*transitive verb*
**1 a :** to put or bring together so as to form a unit <*join* two blocks of wood with glue> **b :** to connect (as points) by a line **c :** ADJOIN
**2 :** to put or bring into close association or relationship <*joined* in marriage>
**3 :** to engage in (battle)
**4 a :** to come into the company of <*joined* us for lunch> **b :** to associate oneself with <*joined* the church>
*intransitive verb*
**1 a :** to come together so as to be connected <nouns *join* to form compounds> **b :** ADJOIN <the two estates *join*>
**2 :** to come into close association or relationship: as **a :** to form an alliance **b :** to become a member of a group **c :** to take part in a collective activity <*join* in singing>
— **join·able** 🔊 \ˈjȯi-nə-bəl\ *adjective*

**synonyms** JOIN, COMBINE, UNITE, CONNECT, LINK, ASSOCIATE, RELATE mean to bring or come together into some manner of union. JOIN implies a bringing into contact or conjunction of any degree of closeness <*joined* forces in an effort to win>. COMBINE implies some merging or mingling with corresponding loss of identity of each unit <*combined* jazz and rock to create a new music>. UNITE implies somewhat greater loss of separate identity <the colonies *united* to form a republic>. CONNECT suggests a loose or external attachment with little or no loss of identity <a mutual defense treaty *connected* the two nations>. LINK may imply strong connection or inseparability of elements still retaining identity <a name forever *linked* with liberty>. ASSOCIATE stresses the mere fact of frequent occurrence or existence together in space or in logical relation <opera is popularly *associated* with high society>. RELATE suggests the existence of a

Search "join" in:
· Thesaurus
· Spanish/English
· Medical Dictionary
· Open Dictionary
Browse words next to:
· join

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

join    GO

Pick McCain's V.P.

Vote Here Now!

Go to www.newsmax.com    Feedback - Ads by Google



**Merriam-Webster**
**OnLine**

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

Also Visit: | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

○ Dictionary  ○ Thesaurus  ○ Spanish/English  ○ Medical    [ Search ]

# band

Entries 1 to 10 of 27. **NEXT10**

band[1,noun]
band[2,verb]
band[3,noun]
B and B
B and E
b and w
absorption band
Band-Aid[1,adjective]
Band-Aid[2,trademark]
band-pass filter

Main Entry: ²**band**
Function: *verb*
Date: 15th century

*transitive verb*
**1** : to affix a band to or tie up with a band
**2** : to finish or decorate with a band
**3** : to gather together : UNITE <*band* themselves together for protection>
*intransitive verb*
: to unite for a common purpose —often used with *together*<have *banded* together in hopes of attacking the blight that is common to them all — J. B. Conant>
— **band·er** *noun*

**Learn more about "band"** and related topics at **Britannica.com**

**Find Jobs in Your City**

Sponsored Links

**Hire Local Bands**
Watch Our Performers Online. Book Talent For A Party or Wedding
**www.GigMasters.com**

**Pronunciation Symbols**

Share this entry: 

Search "band" in:
· **Thesaurus**
**Spanish/English**
**Medical Dictionary**
**Open Dictionary**
Browse words next to:
· **band**

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[ band ]  <<



Go to                    Feedback -
Channel.NationalGeographic.com    Ads by Google





**Merriam-Webster OnLine**

Also Visit: | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical [        ] [Search]

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Search "solely" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary
Browse words next to:
- solely

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[solely            ] [Go]

# solely

One entry found.

solely

Main Entry: **sole·ly** 🔊
Pronunciation: \'sō(l)-lē\
Function: *adverb*
Date: 15th century

**1** : without another : SINGLY <went *solely* on her way>
**2** : to the exclusion of all else <done *solely* for money>

Learn more about "solely" and related topics at Britannica.com

Find Jobs in Your City

Pronunciation Symbols

Share this entry: [icons]

Link to this page:
`<a href="http://www.merriam-webster.com/dictionary/solely">`

Cite this page:

**MLA Style**
"solely." Merriam-Webster Online Dictionary. 2008.
Merriam-Webster Online. 22 May 2008
<http://www.merriam-webster.com/dictionary/solely>

**APA Style**
solely. (2008). In *Merriam-Webster Online Dictionary*.
Retrieved May 22, 2008, from http://www.merriam-webster.com/dictionary/solely


A click of a mouse can save her life.

Go to
www.smiletrain.com

Feedback - Ads by Google

   

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy
© 2008 Merriam-Webster, Incorporated





**Also Visit:** | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical [          ] [ Search ]

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Search "closed loop" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary

Browse words next to:
- closed loop

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[closed loop        ] [ Go ]

# closed loop

One entry found.

closed loop

Main Entry: **closed loop**
Function: *noun*
Date: 1951

: an automatic control system in which an operation, process, or mechanism is regulated by feedback

Learn more about "closed loop" and related topics at Britannica.com

Find Jobs in Your City

Sponsored Links

**High-Quality Step Motors**
2-Phase, 5-Phase & Closed Loop Free Shipping for Online Orders
www.orientalmotor.com

**Pronunciation Symbols**

Share this entry:

Link to this page:
[<a href="http://www.merriam-webster.com/dictionary/closed+loop">]

Cite this page:

MLA Style
"closed loop." *Merriam-Webster Online Dictionary*. 2008.
    Merriam-Webster Online. 22 May 2008
    <http://www.merriam-webster.com/dictionary/closed loop>

APA Style
closed loop. (2008). In *Merriam-Webster Online Dictionary*.
    Retrieved May 22, 2008, from http://www.merriam-webster.com/dictionary/closed loop

Help your kids surf more safely with enhanced features in Windows Vista.
Get Windows

Go to www.TutorMing.com    Feedback - Ads by Google



Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy Policy
© 2008 Merriam-Webster, Incorporated





**Also Visit:** | Unabridged | Encyclopedia Britannica | Visual NEW | ESL: | Learner's | for Kids: | Spell It! NEW | Word Central NEW

◉ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical

**Search**

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

## closed curve

One entry found.

simple closed curve

Main Entry: **simple closed curve**
Function: *noun*
Date: 1919

: a closed plane curve (as a circle or an ellipse) that does not intersect itself —called also *Jordan curve*

Learn more about "simple closed curve" and related topics at Britannica.com

Find Jobs in Your City

Sponsored Links

**Simple closed curve**
All Levels of Geometry. Live Help Expert Math Tutors. Try it Free Now
www.TutorVista.com/Geometry-Help

**The BlackBerry® Life**
Bring Your Entire World Closer With A Smartphone Built For You
www.BlackBerry.com

**Simple Curve at Amazon**
Save up to 35% on best sellers. Qualified orders over $25 ship free
Amazon.com/dvd

**Pronunciation Symbols**

**Share this entry:** 🔗 🔗 🔗 🔗 🔗 🔗 🔗 🔗 🔗 🔗 🔗

**Link to this page:**
`<a href="http://www.merriam-webster.com/dictionary/simple+closed+curve">`

**Cite this page:**

**MLA Style**
"simple closed curve." *Merriam-Webster Online Dictionary*. 2008.
Merriam-Webster Online. 22 May 2008
<http://www.merriam-webster.com/dictionary/simple closed curve>

**APA Style**
simple closed curve. (2008). In *Merriam-Webster Online Dictionary*.
Retrieved May 22, 2008, from http://www.merriam-webster.com/dictionary/simple closed curve

Search "simple closed curve" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to:
simple closed curve
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

simple closed curve





**Obama or McCain?**
**Vote Here Now!**

Go to                    Feedback - Ads by
www.Newsmax.com                Google



ONLY YOU CAN PREVENT WILDFIRES.         DON'T LET OUR FORESTS BECOME
"ONCE UPON A TIME"



Nationwide® could save you $500 on auto insurance.    **LEARN MORE**    $500 annual savings from policy data thru 7/07    **Nationwide®** *On Your Side*

Merriam-Webster OnLine

Also Visit: | Unabridged | Encyclopedia Britannica | Visual (NEW) | ESL: | Learner's | for Kids: | Spell It! (NEW) | Word Central (NEW)

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical    [ Search ]

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

## elastic

6 entries found.

elastic[1,adjective]
elastic[2,noun]
elastic fiber
elastic limit
elastic modulus
elastic scattering

**Main Entry:** ¹**elas·tic** 🔊
**Pronunciation:** \i-'las-tik\
**Function:** *adjective*
**Etymology:** New Latin *elasticus,* from Late Greek *elastos* ductile, beaten, from Greek *elaunein* to drive, beat out; probably akin to Greek *ēlythe* he went, Old Irish *luid*
**Date:** 1674

**1 a** *of a solid* : capable of recovering size and shape after deformation **b** : relating to or being a collision between particles in which the total kinetic energy of the particles remains unchanged
**2** : capable of recovering quickly especially from depression or disappointment <my *elastic* spirits revived — Wilkie Collins>
**3** : capable of being easily stretched or expanded and resuming former shape : FLEXIBLE <an *elastic* bandage>
**4 a** : capable of ready change or easy expansion or contraction : not rigid or constricted <an *elastic* concept> **b** : receptive to new ideas : ADAPTABLE <an *elastic* mind>
— **elas·ti·cal·ly** 🔊 \-ti-k(ə-)lē\ *adverb*

**synonyms** ELASTIC, RESILIENT, SPRINGY, FLEXIBLE, SUPPLE mean able to endure strain without being permanently injured. ELASTIC implies the property of resisting deformation by stretching <an *elastic* waistband>. RESILIENT implies the ability to recover shape quickly when the deforming force or pressure is removed <a *resilient* innersole>. SPRINGY stresses both the ease with which something yields to pressure and the quickness of its return to original shape <the cake is done when the top is *springy*>. FLEXIBLE applies to something which may or may not be resilient or elastic but which can be bent or folded without breaking <*flexible* plastic tubing>. SUPPLE applies to something that can be readily bent, twisted, or folded without any sign of injury <*supple* leather>.

Search "elastic" in:
**Thesaurus**
**Spanish/English**
**Medical Dictionary**
**Open Dictionary**
Browse words next to:
**elastic**
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[ elastic ]  [ GO ]



**Three simple plans.** All cheaper than a day in the hospital. Sign up online today.
Simple, affordable health insurance.

**Hillary or McCain?** **Vote Here Now!**

Go to www.Newsmax.com    Feedback - Ads by Google



Also Visit: | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central |

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical [          ] Search

## pair

10 entries found.

pair[1,noun]
pair[2,verb]
au pair
base-pair
base pair
minimal pair
pair-bond
pair of compasses
pair of virginals
pair production

Main Entry: ¹**pair** ◄))
Pronunciation: \'per\
Function: *noun*
Inflected Form(s): *plural* **pairs** *or* **pair**
Etymology: Middle English *paire*, from Anglo-French, from Latin *paria* equal things, from neuter plural of *par* equal
Date: 14th century

**1 a** (1) : two corresponding things designed for use together <a *pair* of shoes> (2) : two corresponding bodily parts or members <a *pair* of hands> **b** : something made up of two corresponding pieces <a *pair* of trousers>
**2 a** : two similar or associated things: as (1) : two mated animals (2) : a couple in love, engaged, or married <were a devoted *pair*> (3) : two playing cards of the same value or denomination and especially of the same rank (4) : two horses harnessed side by side (5) : two members of a deliberative body that agree not to vote on a specific issue during a time agreed on; *also* : an agreement not to vote made by the two members **b** : a partnership especially of two players in a contest against another partnership
**3** *chiefly dialect* : a set or series of small objects (as beads)

Learn more about "pair" and related topics at Britannica.com
Find Jobs in Your City

Pronunciation Symbols

Search "pair" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to:
pair

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[pair          ] GO



tow trucks

**Hillary or McCain?**
**Vote Here Now!**

Go to                    Feedback - Ads by
www.Newsmax.com            Google




Save up to 50%    RED HOT DAYS!    verizon wireless    Learn More

Also Visit:  | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical        [Search]

**Merriam-Webster OnLine**

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Search "synthetic" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to:
synthetic
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X
Y Z #

[synthetic]  [GO]

How popular is your favorite star?
Find out with xRank Celebrity!

Jessica Alba        Jay-Z
xRank:        xRank:
Live Search    Jessica Alba
Obama or McCain?
Vote Here Now!
Go to                Feedback - Ads by
www.Newsmax.com                Google

## synthetic

5 entries found.

synthetic[1,adjective]
synthetic[2,noun]
synthetic division
synthetic geometry
synthetic resin

Main Entry: ¹**syn·thet·ic** 
Pronunciation: \sin-'the-tik\
Function: *adjective*
Etymology:  Greek *synthetikos* of composition, component, from *syntithenai* to put together
Date:  1697

**1** **:** relating to or involving **synthesis** : not analytic <the *synthetic* aspects of a philosophy>
**2** **:** attributing to a subject something determined by observation rather than analysis of the nature of the subject and not resulting in self-contradiction if negated — compare **ANALYTIC**
**3** **:** characterized by frequent and systematic use of inflected forms to express grammatical relationships <*synthetic* languages>
**4 a** **(1)** **:** of, relating to, or produced by chemical or biochemical **synthesis**; *especially* **:** produced artificially <*synthetic* drugs> <*synthetic* silk> **(2)** **:** of or relating to a synfuel **b** **:** devised, arranged, or fabricated for special situations to imitate or replace usual realities **c** **:** **FACTITIOUS, BOGUS**
— **syn·thet·i·cal·ly**  \-ti-k(ə-)lē\ *adverb*

Learn more about "synthetic" and related topics at Britannica.com

Find Jobs in Your City

Sponsored Links
Synthetic
Castrol Motor Oil: It's More Than Just Oil. It's Liquid Engineering.
www.CastrolSyntec.com

Pronunciation Symbols

Share this entry:

Link to this page:





Merriam-Webster
OnLine

Patient Product Information | Prescribing Information

**CLICK FOR IMPORTANT SAFETY INFORMATION**

**Also Visit:** Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

○ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical    [Search]

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

Search "form" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary

Browse words next to:
- form

**Browse the Dictionary:**
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[form]    [Go]

# form

4 entries found.

form[1,noun]
form[2,verb]
form-
-form

**Main Entry:** <sup>2</sup>**form**
**Function:** *verb*
**Date:** 13th century

*transitive verb*
**1 a :** to give a particular shape to : shape or mold into a certain state or after a particular model <*form* the dough into a ball> <a state *formed* along republican lines> **b :** to arrange themselves in <the dancers *formed* a line> **c :** to model by instruction and discipline <a mind *formed* by classical education>
**2 :** to give form or shape to : <u>FASHION</u>, <u>CONSTRUCT</u>
**3 :** to serve to make up or constitute : be an essential or basic element of
**4 :** <u>DEVELOP</u>, <u>ACQUIRE</u> <*form* a habit>
**5 :** to arrange in order : <u>DRAW UP</u>
**6 a :** to assume an inflection so as to produce (as a tense) <*forms* the past in *-ed*> **b :** to combine to make (a compound word)
*intransitive verb*
**1 :** to become formed or shaped
**2 :** to take form : come into existence : <u>ARISE</u>
**3 :** to take on a definite form, shape, or arrangement
— **form·abil·i·ty** ◀ \ˌfȯr-mə-ˈbi-lə-tē\ *noun*
— **form·able** ◀ \ˈfȯr-mə-bəl\ *adjective*
— **form on :** to take up a formation next to

NEVER FEEL CRAMPED BECAUSE EVERY ROOM IS A TWO-ROOM SUITE.

[BOOK NOW]

E
EMBASSY SUITES
HOTELS



Pick McCain's V.P.

Vote Here Now!

Go to
www.newsmax.com

Feedback - Ads by Google

Learn more about "form" and related topics at Britannica.com

Find Jobs In Your City

Pronunciation Symbols

Share this entry:



**Merriam-Webster**

**Merriam-Webster OnLine**

Also Visit: | Unabridged | Encyclopedia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central |

⦿ Dictionary ○ Thesaurus ○ Spanish/English ○ Medical [ ] [Search]

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us



Search "cord" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary

Browse words next to:
- cord

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[cord] [Go]

## cord

Entries 1 to 10 of 13. Next

cord[1,noun]
cord[2,transitive verb]
Bedford cord
bungee cord
extension cord
face cord
nerve cord
patch cord
rip cord
silver cord

---

**Main Entry:** ¹**cord** 🔊
**Pronunciation:** \ˈkȯrd\
**Function:** *noun*
**Etymology:** Middle English, from Anglo-French *corde,* from Latin *chorda* string, from Greek *chordē* — more at YARN
**Date:** 14th century

**1 a :** a long slender flexible material usually consisting of several strands (as of thread or yarn) woven or twisted together **b :** the hangman's rope
**2 :** a moral, spiritual, or emotional bond
**3 a :** an anatomical structure (as a nerve or tendon) resembling a cord; *especially :* UMBILICAL CORD 1a **b :** a small flexible insulated electrical cable having a plug at one or both ends used to connect a lamp or other appliance with a receptacle
**4 :** a unit of wood cut for fuel equal to a stack 4 x 4 x 8 feet or 128 cubic feet
**5 a :** a rib like a cord on a textile **b** (1) : a fabric made with such ribs or a garment made of such a fabric (2) *plural :* trousers made of such a fabric

**Learn more about "cord"** and related topics at Britannica.com

**Find Jobs in Your City**

**Pronunciation Symbols**

Share this entry:

try us free for 7 days
how will it change you?
12MILLION
Go to www.TutorMing.com
Feedback - Ads by Google



SHOW YOUR CREATIVE SIDE
WITH PERSONALIZED m&m

CLICK HERE!

Merriam-Webster OnLine

Also Visit: | Unabridged | Encyclopædia Britannica | Visual | ESL: | Learner's | for Kids: | Spell It! | Word Central

⦿ Dictionary ◯ Thesaurus ◯ Spanish/English ◯ Medical    [Search]

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

**loop**

Entries 1 to 10 of 11. Next

loop[1,noun]
loop[2,noun]
loop[3,verb]
closed loop
ground loop
Henle's loop
knock[1,verb]
Lippes loop
loop of Henle
open loop

Search "loop" in:
Thesaurus
Spanish/English
Medical Dictionary
Open Dictionary
Browse words next to: loop
Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z #

[loop]    Go



**Main Entry:** ²**loop**
**Function:** *noun*
**Etymology:** Middle English *loupe,* of unknown origin
**Date:** 14th century

**1 a :** a curving or doubling of a line so as to form a closed or partly open curve within itself through which another line can be passed or into which a hook may be hooked **b :** such a fold of cord or ribbon serving as an ornament
**2 a :** something shaped like or suggestive of a loop **b :** a circular airplane maneuver executed in the vertical plane
**3 :** a ring or curved piece used to form a fastening, handle, or catch
**4 :** a closed electric circuit
**5 a :** a piece of film or magnetic tape whose ends are spliced together so as to project or play back the same material continuously **b :** a continuously repeated segment of music, dialogue, or images <a drum *loop*>
**6 :** a series of instructions (as for a computer) that is repeated until a terminating condition is reached
**7 :** a sports league
**8 :** a select well-informed inner circle that is influential in decision making <out of the policy *loop*>
**— for a loop :** into a state of amazement, confusion, or distress <the news threw us *for a loop*>

Learn more about "loop" and related topics at Britannica.com

*A Merriam-Webster*®

# The New Merriam-Webster Dictionary for LARGE PRINT Users



## BRAND-NEW EDITION

- AMERICA'S #1 LARGE PRINT DICTIONARY
- The easiest-to-read type
- The most authoritative—based on *Webster's Third New International Dictionary, Unabridged*
- (nAᵛh) approved

## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1989 by Merriam-Webster Inc.

Philippines Copyright 1989 by Merriam-Webster Inc.

**Published in Large Print by arrangement with Merriam-Webster Inc.**

*Library of Congress Cataloging in Publication Data*

The New Merriam-Webster dictionary for large print users
   1. English language—Dictionaries.  2. Large type books.
I. Merriam-Webster Inc.
[PE1625.N538  1989]     423       89-15437
ISBN 0-8161-4754-X (lg. print)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

## MADE IN THE UNITED STATES OF AMERICA



**The Production Review Committee of N.A.V.H. has found this book to meet its criteria for large type publications.**

rides a horse esp. as a professional in a race

²**jockey** *vb* **jock•eyed; jock•ey•ing** : to maneuver or manipulate by adroit or devious means

**jock•strap** \'jäk-ˌstrap\ *n* [E slang *jock* (penis)] : ATHLETIC SUPPORTER

**jo•cose** \jō-'kōs\ *adj* : MERRY, HUMOROUS **syn** jocular, facetious, witty

**joc•u•lar** \'jäk-yə-lər\ *adj* : marked by jesting : PLAYFUL — **joc•u•lar•i•ty** \ˌjäk-yə-'lar-ət-ē\ *n*

**jo•cund** \'jäk-ənd\ *adj* : marked by mirth or cheerfulness

**jodh•pur** \'jäd-pər\ *n* **1** *pl* : riding breeches loose above the knee and tight-fitting below **2** : an ankle-high boot fastened with a strap

**Jo•el** \'jō-əl\ *n* — see BIBLE table

¹**jog** \'jäg\ *vb* **jogged; jog•ging 1** : to give a slight shake or push to **2** : to go at a slow monotonous pace **3** : to run or ride at a slow trot — **jog•ger** *n*

²**jog** *n* **1** : a slight shake **2** : a jogging movement or pace

³**jog** *n* **1** : a projecting or retreating part of a line or surface **2** : a brief abrupt change in direction

**jog•gle** \'jäg-əl\ *vb* **jog•gled; jog•gling** \-(ə-)liŋ\ : to shake slightly — **joggle** *n*

**john** \'jän\ *n* **1** : TOILET **2** : a prostitute's client

**John** \'jän\ *n* — see BIBLE table

**john•ny** \'jän-ē\ *n, pl* **johnnies** : a short gown opening in the back that is worn by hospital patients

**John•ny–jump–up** \ˌjän-ē-'jəm-ˌpəp\ *n* : any of various small-flowered cultivated pansies

**joie de vi•vre** \ˌzhwäd-ə-'vēvrᵊ\ *n* [F] : keen enjoyment of life

**join** \'jȯin\ *vb* **1** : to come or bring together so as to form a unit **2** : to come or bring into close association **3** : to become a member of ⟨∼ a church⟩ **4** : ADJOIN **5** : to take part in a collective activity

**join•er** \'jȯi-nər\ *n* **1** : a worker who constructs articles by joining pieces of wood **2** : a gregarious person who joins many organizations

¹**joint** \'jȯint\ *n* **1** : the point of contact between bones of an animal skeleton with the parts that surround and support it **2** : a cut of meat suitable for roasting **3** : a place where two things

or parts are connected **4** : ESTABLISHMENT; *esp* : a shabby or disreputable establishment **5** : a marijuana cigarette

²**joint** *adj* **1** : UNITED **2** : common to two or more — **joint•ly** *adv*

³**joint** *vb* **1** : to unite by or provide with a joint **2** : to separate the joints of

**joist** \'jȯist\ *n* : any of the small beams ranged parallel from wall to wall in a building to support the floor or ceiling

¹**joke** \'jōk\ *n* : something said or done to provoke laughter; *esp* : a brief narrative with a humorous climax

²**joke** *vb* **joked; jok•ing** : to make jokes — **jok•ing•ly** \'jō-kiŋ-lē\ *adv*

**jok•er** \'jō-kər\ *n* **1** : a person who jokes **2** : an extra card used in some card games **3** : a misleading part of an agreement that works to one party's disadvantage

**jol•li•fi•ca•tion** \ˌjäl-i-fə-'kā-shən\ *n* : a festive celebration

**jol•li•ty** \'jäl-ət-ē\ *n, pl* **-ties** : GAIETY, MERRIMENT

**jol•ly** \'jäl-ē\ *adj* **jol•li•er; -est** : full of high spirits : MERRY

¹**jolt** \'jōlt\ *vb* **1** : to give a quick hard knock or blow to **2** : to move with a sudden jerky motion — **jolt•er** *n*

²**jolt** *n* **1** : an abrupt jerky blow or movement **2** : a sudden shock

**Jo•nah** \'jō-nə\ *n* — see BIBLE table

**Jo•nas** \'jō-nəs\ *n* — see BIBLE table

**jon•gleur** \zhōⁿ-'glər\ *n* : an itinerant medieval minstrel

**jon•quil** \'jän-kwəl\ *n* [F *jonquille*, fr. Sp *junquillo*, dim. of *junco* reed, fr. L *juncus*] : a narcissus with fragrant clustered white or yellow flowers

**josh** \'jäsh\ *vb* : TEASE, JOKE

**Josh** *abbr* Joshua

**Josh•ua** \'jäsh-(ə-)wə\ *n* — see BIBLE table

**Joshua tree** *n* : a tall branched yucca of the southwestern U.S.

**jos•tle** \'jäs-əl\ *vb* **jos•tled; jos•tling** \-(ə-)liŋ\ **1** : to come in contact or into collision **2** : to make one's way by pushing and shoving

**Jos•ue** \'jäsh-ə-ˌwē\ *n* — see BIBLE table

¹**jot** \'jät\ *n* : the least bit : IOTA

²**jot** *vb* **jot•ted; jot•ting** : to write briefly and hurriedly

**jot•ting** \'jät-iŋ\ *n* : a brief note

**joule** \'jül\ *n* : a unit of work or energy

(as balsam fir) **3** : a common garden ornamental plant

**balsam fir** *n* : a resinous American evergreen tree that is widely used for pulpwood and as a Christmas tree

**Bal·ti·more oriole** \ˌbȯl-tə-ˌmȯr-\ *n* : a common American oriole in which the male is brightly colored with orange, black, and white

**bal·us·ter** \ˈbal-ə-stər\ *n* [F *balustre*, fr. It *balaustro*, fr. *balaustra* wild pomegranate flower, fr. L *balaustium*; fr. its shape] : an upright support of a rail (as of a staircase)

**bal·us·trade** \-ə-ˌstrād\ *n* : a row of balusters topped by a rail

**bam·boo** \bam-ˈbü\ *n, pl* **bamboos** : any of various woody mostly tall tropical grasses including some with strong hollow stems used for building, furniture, or utensils

**bamboo curtain** *n, often cap B&C* : a political, military, and ideological barrier in the Orient

**bam·boo·zle** \bam-ˈbü-zəl\ *vb* **-boo·zled; -boo·zling** \-ˈbüz-(ə-)liŋ\ : TRICK, HOODWINK

¹**ban** \ˈban\ *vb* **banned; ban·ning** : PROHIBIT, FORBID

²**ban** *n* **1** : CURSE **2** : a legal or formal prohibiting

³**ban** \ˈbän\ *n, pl* **ba·ni** \ˈbän-ē\ — see *leu* at MONEY table

**ba·nal** \bə-ˈnäl, -ˈnal; ˈbān-ᵊl\ *adj* [F] : COMMONPLACE, TRITE — **ba·nal·i·ty** \bā-ˈnal-ət-ē\ *n*

**ba·nana** \bə-ˈnan-ə\ *n* : a treelike tropical plant bearing thick clusters of yellow or reddish finger-shaped fruit; *also* : this fruit

¹**band** \ˈband\ *n* **1** : something that binds, ties, or goes around **2** : a strip or stripe that can be distinguished (as by color or texture) from nearby matter **3** : a range of wavelengths (as in radio) **4** : a group of grooves on a phonograph record containing recorded sound

²**band** *vb* **1** : to tie up, finish, or enclose with a band **2** : to gather or unite in a company or for some common end — **band·er** *n*

³**band** *n* : a group of persons, animals, or things; *esp* : a group of musicians organized for playing together

¹**ban·dage** \ˈban-dij\ *n* : a strip of material used esp. in dressing wounds

²**bandage** *vb* **ban·daged; ban·dag·ing** : to dress or cover with a bandage

**ban·dan·na** *or* **ban·dana** \ban-ˈdan-ə\ *n* : a large colored figured handkerchief

**B and B** *abbr* bed-and-breakfast

**band·box** \ˈban(d)-ˌbäks\ *n* : a usu. cylindrical box for carrying clothing

**band·ed** \ˈban-dəd\ *adj* : having or marked with bands

**ban·de·role** *or* **ban·de·rol** \ˈban-də-ˌrōl\ *n* : a long narrow forked flag or streamer

**ban·dit** \ˈban-dət\ *n* [It *bandito*, fr. *bandire* to banish] **1** *pl also* **ban·dit·ti** \ban-ˈdit-ē\ : an outlaw who lives by plunder; *esp* : a member of a band of marauders **2** : ROBBER — **ban·dit·ry** \ˈban-də-trē\ *n*

**ban·do·lier** *or* **ban·do·leer** \ˌban-də-ˈliər\ *n* : a belt slung over the shoulder esp. to carry ammunition

**band saw** *n* : a saw in the form of an endless steel belt running over pulleys

**band·stand** \ˈban(d)-ˌstand\ *n* : a usu. roofed platform on which a band or orchestra performs outdoors

**b and w** *abbr* black and white

**band·wag·on** \ˈband-ˌwag-ən\ *n* **1** : a wagon carrying musicians in a parade **2** : a movement that attracts support because it seems to be gaining popularity

¹**ban·dy** \ˈban-dē\ *vb* **ban·died; ban·dy·ing** **1** : to exchange (as blows or quips) esp. in rapid succession **2** : to use in a glib or offhand way

²**bandy** *adj* : curved outward ⟨~ legs⟩

**bane** \ˈbān\ *n* **1** : POISON **2** : WOE, HARM; *also* : a source of this — **bane·ful** *adj*

¹**bang** \ˈbaŋ\ *vb* **1** : BUMP ⟨fell and ~ed his knee⟩ **2** : to strike, thrust, or move usu. with a loud noise

²**bang** *n* **1** : a resounding blow **2** : a sudden loud noise

³**bang** *adv* : DIRECTLY, RIGHT

⁴**bang** *n* : a fringe of hair cut short (as across the forehead) — usu. used in pl.

⁵**bang** *vb* : to cut a bang in

**Ban·gla·deshi** \ˌbäŋ-glə-ˈdesh-ē\ *n* : a native or inhabitant of Bangladesh — **Bangladeshi** *adj*

**ban·gle** \ˈbaŋ-gəl\ *n* : BRACELET; *also* : a loose-hanging ornament

³**long** *n* : a long period of time

⁴**long** *vb* **longed; long·ing** \'lȯŋ-iŋ\ : to feel a strong desire or wish **syn** yearn, hanker, pine, hunger, thirst

⁵**long** *abbr* longitude

**long·boat** \'lȯŋ-ˌbōt\ *n* : the largest boat carried by a merchant sailing ship

**long·bow** \-ˌbō\ *n* : a wooden bow drawn by hand and usu. 5 to 6 feet long

**lon·gev·i·ty** \län-ˈjev-ət-ē\ *n* [LL *longaevitas,* fr. L *longaevus* long-lived, fr. *longus* long + *aevum* age] : a long duration of individual life; *also* : length of life

**long·hair** \'lȯŋ-ˌhȧər\ *n* 1 : a lover of classical music 2 : HIPPIE 3 : a domestic cat having long outer fur

**long·hand** \-ˌhand\ *n* : HANDWRITING

**long·horn** \-ˌhȯrn\ *n* : any of the cattle with long horns formerly common in the southwestern U.S.

**long hundredweight** *n* — see WEIGHT table

**long·ing** \'lȯŋ-iŋ\ *n* : an eager desire esp. for something unattainable — **long·ing·ly** *adv*

**lon·gi·tude** \'län-jə-ˌt(y)üd\ *n* : angular distance expressed usu. in degrees east or west from the meridian that runs between the north and south poles and passes through Greenwich, England

**lon·gi·tu·di·nal** \ˌlän-jə-ˈt(y)üd-(ə-)nəl\ *adj* 1 : extending lengthwise 2 : of or relating to length — **lon·gi·tu·di·nal·ly** \-ē\ *adv*

**long·shore·man** \'lȯŋ-ˈshȯr-mən\ *n* : a laborer at a wharf who loads and unloads cargo

**long–suf·fer·ing** \-ˈsəf-(ə-)riŋ\ *n* : long and patient endurance of offense

**long–term** \'lȯŋ-ˈtərm\ *adj* 1 : extending over or involving a long period of time 2 : constituting a financial obligation based on a term usu. of more than 10 years ⟨a ∼ mortgage⟩

**long·time** \ˌlȯŋ-ˈtīm\ *adj* : of long duration ⟨∼ friends⟩

**long ton** *n* — see WEIGHT table

**lon·gueur** \lōⁿ-gœr\ *n, pl* **longueurs** \-gœr(z)\ [F, lit., length] : a dull tedious passage or section

**long–wind·ed** \'lȯŋ-ˈwin-dəd\ *adj* : tediously long in speaking or writing

**loo·fah** \'lü-fə\ *n* : a sponge consisting of the fibrous skeleton of a gourd

¹**look** \'lu̇k\ *vb* 1 : to exercise the power of vision : SEE 2 : EXPECT 3 : to have an appearance that befits ⟨∼s the part⟩ 4 : SEEM ⟨∼s thin⟩ 5 : to direct one's attention : HEED 6 : POINT, FACE 7 : to show a tendency — **look after** : to take care of — **look .for** : EXPECT

²**look** *n* 1 : the action of looking : GLANCE 2 : EXPRESSION; *also* : physical appearance 3 : ASPECT

**look down** \(ˈ)lu̇k-ˈdȧu̇n\ *vb* : DESPISE — used with *on* or *upon*

**looking glass** *n* : MIRROR

**look·out** \'lu̇k-ˌau̇t\ *n* 1 : a person assigned to watch (as on a ship) 2 : a careful watch 3 : VIEW 4 : a matter of concern

**look up** \(ˈ)lu̇k-ˈəp\ *vb* 1 : IMPROVE ⟨business is *looking up*⟩ 2 : to search for in or as if in a reference work 3 : to seek out esp. for a brief visit

¹**loom** \'lüm\ *n* : a frame or machine for weaving together threads or yarns into cloth

²**loom** *vb* 1 : to come into sight in an unnaturally large, indistinct, or distorted form 2 : to appear in an impressively exaggerated form

**loon** \'lün\ *n* : a web-footed black-and-white fish-eating diving bird

**loo·ny** *or* **loo·ney** \'lü-nē\ *adj* **loo·ni·er; -est** : CRAZY, FOOLISH

**loony bin** *n* : an insane asylum

**loop** \'lüp\ *n* 1 : a fold or doubling of a line through which another line or hook can be passed; *also* : a loop-shaped figure or course ⟨a ∼ in a river⟩ 2 : a circular airplane maneuver involving flying upside down 3 : a ring-shaped intrauterine device 4 : a piece of film whose ends are spliced together to project continuously — **loop** *vb*

**loop·er** \'lü-pər\ *n* : any of numerous rather small hairless moth caterpillars that move with a looping movement

**loop·hole** \'lüp-ˌhōl\ *n* 1 : a small opening in a wall through which firearms may be discharged 2 : a means of escape; *esp* : an ambiguity or omission that allows one to evade the intent of a law or contract

¹**loose** \'lüs\ *adj* **loos·er; loos·est** 1 : not rigidly fastened 2 : free from restraint

OF, fr. *soulde* pay, fr. LL *solidus* a Roman coin, fr. L, solid] : a person in military service; *esp* : an enlisted man — **sol·dier·ly** *adj or adv*

²**soldier** *vb* **sol·diered; sol·dier·ing** \ˌsōlj-(ə-)riṇ\ **1** : to serve as a soldier **2** : to pretend to work while actually doing nothing

**soldier of fortune** : ADVENTURER

**sol·diery** \ˈsōlj-(ə-)rē\ *n* **1** : a body of soldiers **2** : the profession of soldiering

¹**sole** \ˈsōl\ *n* **1** : the undersurface of the foot **2** : the bottom of a shoe

²**sole** *vb* **soled; sol·ing** : to furnish (a shoe) with a sole

³**sole** *n* : any of various mostly small-mouthed flatfishes valued as food

⁴**sole** *adj* : ONLY, SINGLE — **sole·ly** \ˈsō(l)-lē\ *adv*

**so·le·cism** \ˈsäl-ə-ˌsiz-əm, ˈsō-lə-\ *n* **1** : a mistake in grammar **2** : a breach of etiquette

**sol·emn** \ˈsäl-əm\ *adj* **1** : marked by or observed with full religious ceremony **2** : FORMAL, CEREMONIOUS **3** : highly serious : GRAVE **4** : SOMBER, GLOOMY **syn** ceremonial, conventional, stately — **so·lem·ni·ty** \sə-ˈlem-nət-ē\ *n* — **sol·emn·ly** \ˈsäl-əm-lē\ *adv* — **sol·emn·ness** *n*

**sol·em·nize** \ˈsäl-əm-ˌnīz\ *vb* **-nized; -niz·ing** **1** : to observe or honor with solemnity **2** : to celebrate (a marriage) with religious rites — **sol·em·ni·za·tion** \ˈsäl-əm-nə-ˈzā-shən\ *n*

**so·le·noid** \ˈsō-lə-ˌnóid, ˈsäl-\ *n* : a coil of wire usu. in cylindrical form that when carrying a current acts like a magnet

**so·lic·it** \sə-ˈlis-ət\ *vb* **1** : ENTREAT, BEG **2** : to approach with a request or plea **3** : TEMPT, LURE **syn** ask, request, desire — **so·lic·i·ta·tion** \-ˌlis-ə-ˈtā-shən\ *n*

**so·lic·i·tor** \sə-ˈlis-ət-ər\ *n* **1** : one that solicits **2** : LAWYER; *esp* : a legal official of a city or state

**so·lic·i·tous** \sə-ˈlis-ət-əs\ *adj* **1** : WORRIED, CONCERNED **2** : EAGER, WILLING **syn** avid, impatient, keen, anxious — **so·lic·i·tous·ly** *adv*

**so·lic·i·tude** \sə-ˈlis-ə-ˌt(y)üd\ *n* : CONCERN, ANXIETY

¹**sol·id** \ˈsäl-əd\ *adj* **1** : not hollow; *also* : written as one word without a hyphen ⟨a ~ compound⟩ **2** : having, involving, or dealing with three dimensions or with solids **3** : not loose or spongy : COMPACT ⟨a ~ mass of rock⟩; *also* : neither gaseous nor liquid : HARD, RIGID ⟨~ ice⟩ **4** : of good substantial quality or kind ⟨~ comfort⟩ **5** : thoroughly dependable : RELIABLE ⟨a ~ citizen⟩; *also* : serious in purpose or character ⟨~ reading⟩ **6** : UNANIMOUS, UNITED ⟨~ for pay increases⟩ **7** : of one substance or character — **solid** *adv* — **so·lid·i·ty** \sə-ˈlid-ət-ē\ *n* — **sol·id·ly** \ˈsäl-əd-lē\ *adv* — **sol·id·ness** *n*

²**solid** *n* **1** : a geometrical figure (as a cube or sphere) having three dimensions **2** : a solid substance

**sol·i·dar·i·ty** \ˌsäl-ə-ˈdar-ət-ē\ *n* : unity based on shared interests, objectives, or standards

**solid geometry** *n* : a branch of geometry that deals with figures of three-dimensional space

**so·lid·i·fy** \sə-ˈlid-ə-ˌfī\ *vb* **-fied; -fy·ing** : to make or become solid — **so·lid·i·fi·ca·tion** \-ˌlid-ə-fə-ˈkā-shən\ *n*

**solid-state** *adj* **1** : relating to the structure and properties of solid material **2** : not using vacuum tubes

**so·lil·o·quize** \sə-ˈlil-ə-ˌkwīz\ *vb* **-quized; -quiz·ing** : to talk to oneself : utter a soliloquy

**so·lil·o·quy** \sə-ˈlil-ə-kwē\ *n, pl* **-quies** [LL *soliloquium*, fr. L *solus* alone + *loqui* to speak] **1** : the act of talking to oneself **2** : a dramatic monologue that gives the illusion of being a series of unspoken reflections

**sol·i·taire** \ˈsäl-ə-ˌtaər\ *n* **1** : a single gem (as a diamond) set alone **2** : a card game played by one person alone

**sol·i·tary** \ˈsäl-ə-ˌter-ē\ *adj* **1** : being or living apart from others **2** : LONELY, SECLUDED **3** : SOLE, ONLY

**sol·i·tude** \ˈsäl-ə-ˌt(y)üd\ *n* **1** : the state of being alone : SECLUSION **2** : a lonely place **syn** isolation

**soln** *abbr* solution

¹**so·lo** \ˈsō-lō\ *n, pl* **solos** [It, fr. *solo* alone, fr. L *solus*] **1** : a piece of music for a single voice or instrument with or without accompaniment **2** : an action in which there is only one performer — **solo** *adj or vb* — **so·lo·ist** *n*

²**solo** *adv* : without a companion : ALONE

**copula • coriander**

**cop·u·la** \\'käp-yə-lə\ *n* : LINKING VERB — **cop·u·la·tive** \-,lāt-iv\ *adj*

**cop·u·late** \\'käp-yə-,lāt\ *vb* **-lat·ed; -lat·ing** : to engage in sexual intercourse — **cop·u·la·tion** \,käp-yə-'lā-shən\ *n* — **cop·u·la·to·ry** \\'käp-yə-lə-,tōr-ē\ *adj*

¹**copy** \\'käp-ē\ *n, pl* **cop·ies** **1** : an imitation or reproduction of an original work **2** : material to be set in type **syn** duplicate, reproduction, facsimile, replica

²**copy** *vb* **cop·ied; copy·ing** **1** : to make a copy of **2** : IMITATE — **copy·ist** *n*

**copy·book** \\'käp-ē-,bȯk\ *n* : a book containing copies esp. of penmanship for learners to imitate

**copy·boy** \-,bȯi\ *n* : one who carries copy and runs errands (as in a newspaper office)

**copy·cat** \-,kat\ *n* : a slavish imitator

**copy·desk** \-,desk\ *n* : the desk at which newspaper copy is edited

**copy editor** *n* : one who edits newspaper copy and writes headlines; *also* : one who reads and corrects manuscript copy in a publishing house

**copy·read·er** \-,rēd-ər\ *n* : COPY EDITOR

¹**copy·right** \-,rīt\ *n* : the sole right to reproduce, publish, and sell a literary or artistic work

²**copyright** *vb* : to secure a copyright on

**copy·writ·er** \\'käp-ē-,rīt-ər\ *n* : a writer of advertising copy

**co·quet** *or* **co·quette** \kō-'ket\ *vb* **co·quet·ted; co·quet·ting** : FLIRT — **co·quet·ry** \\'kō-kə-trē, kō-'ke-trē\ *n*

**co·quette** \kō-'ket\ *n* [F, fem. of *coquet*, dim. of *coq* cock] : FLIRT — **co·quett·ish** *adj*

**cor** *abbr* corner

**Cor** *abbr* Corinthians

**cor·a·cle** \\'kȯr-ə-kəl\ *n* [W *corwgl*] : a boat made of hoops covered with horsehide or canvas

**cor·al** \\'kȯr-əl\ *n* **1** : a stony or horny material that forms the skeleton of colonies of tiny sea polyps and includes a red form used in jewelry; *also* : a coral-forming polyp or polyp colony **2** : a deep pink color — **coral** *adj*

**coral snake** *n* : any of several venomous chiefly tropical New World snakes brilliantly banded in red, black, and yellow or white

**cor·bel** \\'kȯr-bəl\ *n* : a bracket-shaped architectural member that projects from a wall and supports a weight

¹**cord** \\'kȯrd\ *n* **1** : a usu. heavy string consisting of several strands woven or twisted together **2** : a long slender anatomical structure (as a tendon or nerve) **3** : a small flexible insulated electrical cable used to connect an appliance with a receptacle **4** : a cubic measure used esp. for firewood and equal to a stack $4 \times 4 \times 8$ feet (about 3.6 cubic meters) **5** : a rib or ridge on cloth

²**cord** *vb* **1** : to tie or furnish with a cord **2** : to pile (wood) in cords

**cord·age** \\'kȯrd-ij\ *n* : ROPES, CORDS; *esp* : ropes in the rigging of a ship

¹**cor·dial** \\'kȯr-jəl\ *n* **1** : a stimulating medicine or drink **2** : LIQUEUR

²**cordial** *adj* [ME, fr. ML *cordialis*, fr. L *cord-, cor* heart] : warmly receptive or welcoming : HEARTFELT, HEARTY — **cor·di·al·i·ty** \,kȯr-jē-'al-ət-ē, kȯr-'jal-; kȯrd-'yal-\ *n* — **cor·dial·ly** \\'kȯr-jə-lē\ *adv*

**cor·dil·le·ra** \,kȯrd-³l-'(y)er-ə\ *n* [Sp] : a group of mountain ranges — **cor·dil·le·ran** *adj*

**cord·less** \\'kȯrd-ləs\ *adj* : having no cord; *esp* : powered by a battery ⟨~ tools⟩

**cor·do·ba** \\'kȯrd-ə-bə, -ə-və\ *n* — see MONEY table

**cor·don** \\'kȯrd-³n\ *n* **1** : an ornamental cord or ribbon **2** : an encircling line composed of individual units — **cordon** *vb*

**cor·do·van** \\'kȯrd-ə-vən\ *n* : a soft fine-grained leather

**cor·du·roy** \\'kȯrd-ə-,rȯi\ *n, pl* **-roys** : a heavy ribbed fabric; *also, pl* : trousers of this material

**cord·wain·er** \\'kȯrd-,wā-nər\ *n* : SHOEMAKER

¹**core** \\'kȯr\ *n* **1** : the central usu. inedible part of some fruits (as the apple); *also* : an inmost part of something **2** : GIST, ESSENCE

²**core** *vb* **cored; cor·ing** : to take out the core of — **cor·er** *n*

**CORE** \\'kȯr\ *abbr* Congress of Racial Equality

**co·re·spon·dent** \,kō-ri-'spän-dənt\ *n* : a person named as guilty of adultery with the defendant in a divorce suit

**co·ri·an·der** \\'kȯr-ē-,an-dər\ *n* : an herb

usu. used with *out* ⟨∼ out a living⟩

**EKG** *abbr* [G *elektrokardiogramm*] **1** : electrocardiogram **2** : electrocardiograph

**ekue·le** \ā-'kwā-(ˌ)lā\ *n, pl* **ekuele** — see MONEY table

**el** *abbr* elevation

¹**elab·o·rate** \i-'lab-(ə-)rət\ *adj* **1** : planned or carried out with care and in detail **2** : being complex and usu. ornate — **elab·o·rate·ly** *adv* — **elab·o·rate·ness** *n*

²**elab·o·rate** \i-'lab-ə-ˌrāt\ *vb* **-rat·ed; -rat·ing** **1** : to build up from simpler ingredients **2** : to work out in detail : develop fully — **elab·o·ra·tion** \-ˌlab-ə-'rā-shən\ *n*

**élan** \ā-läⁿ\ *n* [F] : ARDOR, SPIRIT

**eland** \'ē-lənd, -ˌland\ *n, pl* **eland** *also* **elands** [Afrikaans, elk] : either of two large African antelopes with spirally twisted horns

**elapse** \i-'laps\ *vb* **elapsed; elaps·ing** : to slip by : PASS

¹**elas·tic** \i-'las-tik\ *adj* **1** : SPRINGY **2** : FLEXIBLE, PLIABLE **3** : ADAPTABLE syn resilient, supple, stretch — **elas·tic·i·ty** \-ˌlas-'tis-ət-ē, ˌē-ˌlas-\ *n*

²**elastic** *n* **1** : elastic material **2** : a rubber band

**elate** \i-'lāt\ *vb* **elat·ed; elat·ing** : to fill with joy — **ela·tion** \-'lā-shən\ *n*

¹**el·bow** \'el-ˌbō\ *n* **1** : the joint of the arm; *also* : the outer curve of the bent arm **2** : a bend or joint resembling an elbow in shape

²**elbow** *vb* : to push aside with the elbow; *also* : to make one's way by elbowing

**el·bow·room** \'el-ˌbō-ˌrüm, -ˌrùm\ *n* **1** : room for moving the elbows freely **2** : enough space for work or operation

¹**el·der** \'el-dər\ *n* : ELDERBERRY 2

²**elder** *adj* **1** : OLDER **2** : EARLIER, FORMER **3** : of higher rank : SENIOR

³**elder** *n* **1** : an older individual : SENIOR **2** : one having authority by reason of age and experience **3** : a church officer

**el·der·ber·ry** \'el-də(r)-ˌber-ē\ *n* **1** : the edible black or red fruit of a shrub or tree related to the honeysuckle and bearing flat clusters of small white or pink flowers **2** : a tree or shrub bearing elderberries

**el·der·ly** \'el-dər-lē\ *adj* **1** : rather old;

*esp* : past middle age **2** : of, relating to, or characteristic of later life

**el·dest** \'el-dəst\ *adj* : of the greatest age

**El Do·ra·do** \ˌel-də-'räd-ō, -'räd-\ *n* [Sp, lit., the gilded one] : a place of vast riches or abundance

**elec** *abbr* electric; electrical; electricity

¹**elect** \i-'lekt\ *adj* **1** : CHOSEN, SELECT **2** : elected but not yet installed in office ⟨the president-*elect*⟩

²**elect** *n, pl* **elect** **1** : a selected person **2** *pl* : a select or exclusive group

³**elect** *vb* **1** : to select by vote (as for office or membership) **2** : CHOOSE, PICK syn prefer, select

**elec·tion** \i-'lek-shən\ *n* **1** : an act or process of electing **2** : the fact of being elected

**elec·tion·eer** \i-ˌlek-shə-'niər\ *vb* : to work for the election of a candidate or party

¹**elec·tive** \i-'lek-tiv\ *adj* **1** : chosen or filled by election **2** : permitting a choice : OPTIONAL

²**elective** *n* : an elective course or subject of study

**elec·tor** \i-'lek-tər\ *n* **1** : one qualified to vote in an election **2** : one elected to an electoral college — **elec·tor·al** \i-'lek-t(ə-)rəl\ *adj*

**electoral college** *n* : a body of electors who elect the president and vice president of the U.S.

**elec·tor·ate** \i-'lek-t(ə-)rət\ *n* : a body of persons entitled to vote

**elec·tric** \i-'lek-trik\ *or* **elec·tri·cal** \-tri-kəl\ *adj* [NL *electricus* produced from amber by friction, electric, fr. ML, of amber, fr. L *electrum* amber, fr. Gk *ēlektron*] **1** : of, relating to, operated by, or produced by electricity **2** : ELECTRIFYING, THRILLING — **elec·tri·cal·ly** \-k(ə-)lē\ *adv*

**electrical storm** *n* : THUNDERSTORM

**electric chair** *n* : a chair used in legal electrocution

**electric eye** *n* : PHOTOELECTRIC CELL

**elec·tri·cian** \i-ˌlek-'trish-ən\ *n* : one who installs, operates, or repairs electrical equipment

**elec·tric·i·ty** \i-ˌlek-'tris-(ə-)tē\ *n, pl* **-ties** **1** : a form of energy that occurs in nature and is observable in natural phenomena (as lightning) and that can be produced by friction, chemical

ter by or as if by using a paddle **2** : to beat or stir with a paddle

**paddle wheel** *n* : a wheel with boards around its outer edge used to move a water craft

**paddle wheeler** *n* : a steam-driven vessel propelled by a paddle wheel

**pad·dock** \'pad-ək\ *n* : a usu. enclosed area for pasturing or exercising animals; *esp* : one where racehorses are saddled and paraded before a race

**pad·dy** \'pad-ē\ *n, pl* **paddies** : wet land where rice is grown

**pad·dy wagon** \'pad-ē-\ *n* : PATROL WAGON

**pad·lock** \'pad-ˌläk\ *n* : a removable lock with a curved piece that snaps into a catch — **padlock** *vb*

**pa·dre** \'päd-rā\ *n* [Sp or It or Pg, lit., father, fr. L *pater*] **1** : PRIEST, CLERGYMAN **2** : a military chaplain

**pae·an** \'pē-ən\ *n* : an exultant song of praise or thanksgiving

**pa·gan** \'pā-gən\ *n* [ME, fr. LL *paganus*, fr. L, country dweller, fr. *pagus* country district] : HEATHEN — **pagan** *adj* — **pa·gan·ism** \-ˌiz-əm\ *n*

**¹page** \'pāj\ *n* : ATTENDANT; *esp* : one employed to deliver messages

**²page** *vb* **paged; pag·ing** : to summon by repeatedly calling out the name of

**³page** *n* : a single leaf (as of a book); *also* : a single side of such a leaf

**⁴page** *vb* **paged; pag·ing** : to mark or number the pages of

**pag·eant** \'paj-ənt\ *n* [ME *pagyn, padgeant*, lit., scene of a play, fr. ML *pagina*, fr. L, page] : an elaborate spectacle, show, or procession esp. with tableaux or floats — **pag·eant·ry** \-ən-trē\ *n*

**page·boy** \'pāj-ˌbȯi\ *n* [¹*page*] : an often shoulder-length hairdo with the ends of the hair turned under in a smooth roll

**pag·er** \'pā-jər\ *n* : one that pages; *esp* : BEEPER

**pag·i·nate** \'paj-ə-ˌnāt\ *vb* **-nat·ed; -nat·ing** : ⁴PAGE

**pag·i·na·tion** \ˌpaj-ə-'nā-shən\ *n* **1** : the paging of written or printed matter **2** : the number and arrangement of pages (as of a book)

**pa·go·da** \pə-'gōd-ə\ *n* : a tower with roofs curving upward at the division of each of several stories ⟨Chinese ∼⟩

**paid** past and past part of PAY

**pail** \'pāl\ *n* : a usu. cylindrical vessel with a handle — **pail·ful** \-ˌfu̇l\ *n*

**¹pain** \'pān\ *n* **1** : PUNISHMENT, PENALTY **2** : suffering or distress of body or mind; *also* : a sensation marked by discomfort (as throbbing or aching) **3** *pl* : great care — **pain·ful** \-fəl\ *adj* — **pain·ful·ly** \-ē\ *adv* — **pain·less** *adj* — **pain·less·ly** *adv*

**²pain** *vb* : to cause or experience pain

**pain·kill·er** \'pān-ˌkil-ər\ *n* : something (as a drug) that relieves pain — **pain·kill·ing** \-iŋ\ *adj*

**pains·tak·ing** \'pān-ˌstā-kiŋ\ *adj* : taking pains : showing care — **painstaking** *n* — **pains·tak·ing·ly** *adv*

**¹paint** \'pānt\ *vb* **1** : to apply color, pigment, or paint to **2** : to produce or portray in lines or colors on a surface; *also* : to practice the art of painting **3** : to decorate with colors **4** : to use cosmetics **5** : to describe vividly **6** : SWAB — **paint·er** *n*

**²paint** *n* **1** : something produced by painting **2** : MAKEUP **3** : a mixture of a pigment and a liquid that forms a thin adherent coating when spread on a surface; *also* : the dry pigment used in making this mixture **4** : an applied coating of paint

**paint·brush** \'pānt-ˌbrəsh\ *n* : a brush for applying paint

**paint·ing** \'pānt-iŋ\ *n* **1** : a work (as a picture) produced by painting **2** : the art or occupation of painting

**¹pair** \'paər\ *n, pl* **pairs** *also* **pair** [ME *paire*, fr. OF, fr. L *paria* equal things, fr. neut. pl. of *par* equal] **1** : two things of a kind designed for use together **2** : something made up of two corresponding pieces ⟨a ∼ of trousers⟩ **3** : a set of two people or animals ⟨a carriage and ∼⟩ ⟨a married ∼⟩

**²pair** *vb* **1** : to arrange in pairs **2** : to form a pair : MATCH **3** : to become associated with another

**pai·sa** \pī-'sä\ *n, pl* **paisa** *or* **pai·se** \-'sā\ — see *rupee, taka* at MONEY table

**pais·ley** \'pāz-lē\ *adj, often cap* : decorated with colorful curved abstract figures ⟨a ∼ shawl⟩

**Pai·ute** \'pī-ˌ(y)üt\ *n* : a member of an American Indian people orig. of Utah, Arizona, Nevada, and California

**synergism • Szechwan**

**syn·er·gism** \'sin-ər-ˌjiz-əm\ *n* : interaction of discrete agencies (as industrial firms) or agents (as drugs) such that the total effect is greater than the sum of the individual effects — **syn·er·gist** \-jəst\ *n* — **syn·er·gis·tic** \-ˈjis-tik\ *adj* — **syn·er·gis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·fuel** \'sin-ˌfyül\ *n* [*synthetic*] : a fuel derived from a fossil fuel or from fermentation (as of grain)

**syn·od** \'sin-əd\ *n* : COUNCIL, ASSEMBLY; *esp* : a religious governing body — **syn·od·al** \-əd-ᵊl, -ˌäd-ᵊl\ *adj* **syn·od·ic** \-ik\ *or* **syn·od·i·cal** \sə-ˈnäd-i-kəl\ *adj*

**syn·onym** \'sin-ə-ˌnim\ *n* : one of two or more words in the same language which have the same or very nearly the same meaning — **syn·on·y·mous** \sə-ˈnän-ə-məs\ *adj* — **syn·on·y·my** \-mē\ *n*

**syn·op·sis** \sə-ˈnäp-səs\ *n, pl* **-op·ses** \-ˌsēz\ : a condensed statement or outline (as of a treatise) : ABSTRACT

**syn·op·tic** \sə-ˈnäp-tik\ *also* **syn·op·ti·cal** \-ti-kəl\ *adj* : characterized by or affording a comprehensive view

**syn·tax** \'sin-ˌtaks\ *n* : the way in which words are put together to form phrases, clauses, or sentences — **syn·tac·tic** \sin-ˈtak-tik\ *or* **syn·tac·ti·cal** \-ti-kəl\ *adj*

**syn·the·sis** \'sin-thə-səs\ *n, pl* **-the·ses** \-ˌsēz\ : the combination of parts or elements into a whole; *esp* : the production of a substance by union of chemically simpler substances — **syn·the·size** \-ˌsīz\ *vb* — **syn·the·siz·er** *n*

**syn·thet·ic** \sin-ˈthet-ik\ *adj* : produced artificially esp. by chemical means; *also* : not genuine — **synthetic** *n* — **syn·thet·i·cal·ly** \-i-k(ə-)lē\ *adv*

**syph·i·lis** \'sif-(ə-)ləs\ *n* [NL, fr. poem *Syphilis sive Morbus Gallicus* (*Syphilis or the French disease*) (1530) by Girolamo Fracastoro †1553 Ital. physician] : a destructive contagious usu. venereal disease caused by a spirochete — **syph·i·lit·ic** \ˌsif-ə-ˈlit-ik\ *adj or n*

**sy·phon** var of SIPHON

¹**sy·ringe** \sə-ˈrinj, 'sir-inj\ *n* : a device used esp. for injecting liquids into or withdrawing them from the body

²**syringe** *vb* **sy·ringed; sy·ring·ing** : to inject or cleanse with or as if with a syringe

**syr·up** \'sər-əp, 'sir-əp\ *n* **1** : a thick sticky solution of sugar and water often flavored or medicated **2** : the concentrated juice of a fruit or plant — **syr·upy** *adj*

**syst** *abbr* system

**sys·tem** \'sis-təm\ *n* **1** : a group of units so combined as to form a whole and to operate in unison **2** : the body as a functioning whole; *also* : a group of bodily organs (as the nervous system) that together carry on some vital function **3** : a definite scheme or method of procedure or classification **4** : regular method or order — **sys·tem·at·ic** \ˌsis-tə-ˈmat-ik\ *also* **sys·tem·at·i·cal** \-i-kəl\ *adj* — **sys·tem·at·i·cal·ly** \-k(ə-)lē\ *adv*

**sys·tem·a·tize** \'sis-tə-mə-ˌtīz\ *vb* **-atized; -atiz·ing** : to make into a system : arrange methodically

¹**sys·tem·ic** \sis-ˈtem-ik\ *adj* **1** : of, relating to, or affecting the whole body ⟨~ disease⟩ **2** : acting through the bodily systems after absorption or ingestion by making the organism toxic to a pest (as a mite or insect)

²**systemic** *n* : a systemic pesticide

**systemic lupus erythematosus** *n* : a disease characterized by fever, skin rash, and arthritis, often by anemia, by small hemorrhages of the skin and mucous membranes, and in serious cases by involvement of various internal organs

**sys·tem·ize** \'sis-tə-ˌmīz\ *vb* **-ized; -iz·ing** : SYSTEMATIZE

**systems analyst** *n* : a person who studies a procedure or business to determine its goals or purposes and to discover the best ways to accomplish them — **systems analysis** *n*

**sys·to·le** \'sis-tə-(ˌ)lē\ *n* : a rhythmically recurrent contraction esp. of the heart — **sys·tol·ic** \sis-ˈtäl-ik\ *adj*

**Szech·uan** *or* **Szech·wan** \'sech-ˌwän\ *adj* : of, relating to, or being a style of Chinese cooking that is spicy, oily, and esp. peppery

**form • forswear** 354

KIND, VARIETY ⟨coal is a ∼ of carbon⟩ **14** : orderly method of arrangement; *also* : a particular kind or instance of such arrangement ⟨the sonnet ∼ in poetry⟩ **15** : the structural element, plan, or design of a work of art **16** : a bounded surface or volume **17** : a grade in a British secondary school or in some American private schools **18** : RACING FORM **19** : known ability to perform; *also* : condition (as of an athlete) suitable for performing **20** : one of the ways in which a word is changed to show difference in use ⟨the plural ∼ of a noun⟩

²**form** *vb* **1** : to give form or shape to : FASHION, MAKE **2** : TRAIN, INSTRUCT **3** : DEVELOP, ACQUIRE ⟨∼ a habit⟩ **4** : CONSTITUTE, COMPOSE **5** : to arrange in order ⟨∼ a battle line⟩ **6** : to take form : ARISE ⟨clouds are ∼*ing*⟩ **7** : to take a definite form, shape, or arrangement

¹**for·mal** \ˈfȯr-məl\ *adj* **1** : based on conventional forms and rules; *also* : being or requiring elegant dress and manners ⟨a ∼ reception⟩ **2** : done in due or lawful form ⟨a ∼ contract⟩ **3** : CEREMONIOUS, PRIM ⟨a ∼ manner⟩ **4** : NOMINAL — **for·mal·ly** \-ē\ *adv*

²**formal** *n* : something (as a social event) formal in character

**form·al·de·hyde** \fȯr-ˈmal-də-ˌhīd\ *n* : a colorless pungent gas used in water solution as a preservative and disinfectant

**for·mal·ism** \ˈfȯr-mə-ˌliz-əm\ *n* : strict adherence to set forms

**for·mal·i·ty** \fȯr-ˈmal-ət-ē\ *n, pl* **-ties 1** : the quality or state of being formal **2** : compliance with formal or conventional rules **3** : an established form that is required or conventional

**for·mal·ize** \ˈfȯr-mə-ˌlīz\ *vb* **-ized; -iz·ing 1** : to give a certain or definite form to **2** : to make formal; *also* : to give formal status or approval to

¹**for·mat** \ˈfȯr-ˌmat\ *n* **1** : the general composition or style of a publication **2** : the general plan or arrangement of something

²**format** *vb* **for·mat·ted; for·mat·ting** : to produce (as a book, printed matter, or data) in a particular form

**for·ma·tion** \fȯr-ˈmā-shən\ *n* **1** : a giving form to something : DEVELOPMENT **2**

: something that is formed **3** : STRUCTURE, SHAPE **4** : an arrangement of persons, ships, or airplanes

**for·ma·tive** \ˈfȯr-mət-iv\ *adj* **1** : giving or capable of giving form : CONSTRUCTIVE **2** : of, relating to, or characterized by important growth or formation ⟨a child's ∼ years⟩

**for·mer** \ˈfȯr-mər\ *adj* **1** : PREVIOUS, EARLIER **2** : FOREGOING **3** : being first mentioned or in order of two things

**for·mer·ly** \-lē\ *adv* : in time past : HERETOFORE, PREVIOUSLY

**form-fit·ting** \ˈfȯrm-ˌfit-iŋ\ *adj* : conforming to the outline of the body

**for·mi·da·ble** \ˈfȯr-məd-ə-bəl, fȯr-ˈmid-\ *adj* **1** : exciting fear, dread, or awe **2** : imposing serious difficulties — **for·mi·da·bly** \-blē\ *adv*

**form·less** \ˈfȯrm-ləs\ *adj* : having no definite shape or form

**form letter** *n* **1** : a letter on a frequently recurring topic that can be sent to different people at different times **2** : a letter sent out in many printed copies to a large number of people

**for·mu·la** \ˈfȯr-myə-lə\ *n, pl* **-las** *or* **-lae** \-ˌlē, -ˌlī\ **1** : a set form of words for ceremonial use **2** : RECIPE, PRESCRIPTION **3** : a milk mixture or substitute for a baby **4** : a group of symbols or figures joined to express information concisely **5** : a prescribed or set form or method

**for·mu·late** \-ˌlāt\ *vb* **-lat·ed; -lat·ing 1** : to express in a formula **2** : to state definitely and clearly **3** : to prepare according to a formula — **for·mu·la·tion** \ˌfȯr-myə-ˈlā-shən\ *n*

**for·ni·ca·tion** \ˌfȯr-nə-ˈkā-shən\ *n* : human sexual intercourse other than between a man and his wife — **for·ni·cate** \ˈfȯr-nə-ˌkāt\ *vb* — **for·ni·ca·tor** \-ˌkāt-ər\ *n*

**for·sake** \fər-ˈsāk\ *vb* **for·sook** \-ˈsuk\; **for·sak·en** \-ˈsā-kən\; **for·sak·ing** [ME *forsaken*, fr. OE *forsacan*, fr. *sacan* to dispute] **1** : GIVE UP, RENOUNCE **2** : to quit or leave entirely : ABANDON

**for·sooth** \fər-ˈsüth\ *adv* : in truth : INDEED

**for·swear** *or* **fore·swear** \fȯr-ˈswaər\ *vb* **-swore** \-ˈswōr\; **-sworn** \-ˈswōrn\; **-swear·ing 1** : to renounce earnestly or under oath **2** : to deny under oath **3** : to swear falsely : commit perjury