## CERTIFICATE OF SERVICE

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On May 23, 2008, following ordinary business practice, I caused service of the following document(s):

1) **TONYTAIL COMPANY INC.'S REPLY IN OPPOSITION TO DEFENDANTS' CONAIR CORPORATION'S AND RITE AID HDGTRS CORP.'S RESPONSE BRIEF; and**

2) **DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF PLAINTIFF'S REPLY IN OPPOSITION TO DEFENDANTS' CONAIR CORPORATION'S AND RITE AID HDGTRS CORP.'S RESPONSE BRIEF**

Via electronic service in accordance with the subject rule and /or general orders in this Matter and U.S. First Class Mail to the following:

Thomas F. Fitzpatrick, Esq.  
Goodwin Procter, LLP  
135 Commonwealth Drive  
Palo Alto, CA 94025

Ron Oliner, Esq.  
Duane Morris, LLP  
Spear Tower  
One Market, Suite 2000  
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: May 23, 2008

*Lesley D. Mejia*  
Lesley D. Mejia