Matlock Law Group, A Professional Corporation
Anne-Leith Matlock, SBN 244351
K. Brian Matlock, SBN 243812
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com
E-mail: kbrian@matlocklawgroup.com

Attorneys for Plaintiff,
The Tonytail Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-05895-WHA<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFF TO BRING TECHNOLOGICAL EQUIPMENT TO THE CLAIM CONSTRUCTION TUTORIAL<br><br>Date: May 28, 2008<br>Time: 1:30 p.m.<br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

Pursuant to the Court's March 3, 2008 Order Regarding Schedule for Claim Construction, attorneys for both parties are scheduled to provide a technology tutorial for the Court on May 28, at 1:30 p.m. A claim construction hearing is scheduled immediately thereafter.

---

1

[PROPOSED] ORDER ALLOWING PLAINTIFF TO BRING TECHNOLOGICAL EQUIPMENT TO THE CLAIM CONSTRUCTION TUTORIAL

Case No.3:07-cv-05895-WHA

1  Plaintiff Tonytail Company, Inc. intends to bring equipment into the Courtroom for purposes of the Claim Construction Tutorial. In order to give its full presentation, THE TONYTAIL COMPANY, INC. expects to bring in the following equipment:

One (1) Compaq v5105us Sem3300 Laptop Computer with all standard applications;

One (1) Infocus Projector equipment;

One (1) Tripod;

One (1) 12ft extension cord;

One (1) 6-plug of power strip;

One (1) presentation pointer (no laser device); and

Accompanying wires, cords and cables.

As stated in the "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before the Honorable William Alsup," the United States Marshal requires a court order to allow equipment into the courthouse. Plaintiff The Tonytail Company, Inc., their counsel, Anne-Leith Matlock, K. Brian Matlock, and their service providers may bring equipment for the technical tutorial in this matter (including but not limited to one (1) Compaq v5105us Sem3300 Laptop Computer with all standard applications; one (1) Tripod; one (1) Infocus Projector equipment; one (1) 12ft extension cord; one (1) 6-plug of power strip; one (1) presentation pointer (no laser device); accompanying wires, cords and cables and boxes of documents and supplies) into Courtroom 9 on the 19th floor on May 28, 2008.

IT IS SO ORDERED

DATED:

HONORABLE WILLIAM ALSUP
US DISTRICT JUDGE