1  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
2  135 Commonwealth Drive
   Menlo Park, California 94025
3  Telephone: 650-752-3100
   Facsimile: 650-853-1038
4  E-Mail: TFitzpatrick@goodwinprocter.com

5  Attorneys For Defendants
   CONAIR CORPORATION and RITE AID HDQTRS. CORP
6

7

8           **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10 | THE TONYTAIL COMPANY, INC.,                          | Case No.   3:07-cv-05895-WHA
11 |           *Plaintiff,*                                | **[PROPOSED]** **ORDER ALLOWING DEFENDANTS TO BRING TECHNOLOGICAL EQUIPMENT TO THE CLAIM CONSTRUCTION TUTORIAL**
12 |           v.                                          |
13 | CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, |
14 |                                                       |
15 |                                                       | Date: May 28, 2008
   |           *Defendants.*                                | Time: 1:30 p.m.
16 |                                                       | Dept: Courtroom 9, 19th Floor
   |                                                       | Judge: Hon. William H. Alsup
17

- 1 -
[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING TECHNOLOGICAL EQUIPMENT TO THE CLAIM CONSTRUCTION TUTORIAL
Case No. 3:07-cv-05895-WHA

1  Pursuant to the Court's March 3, 2008 Order Regarding Schedule for Claim Construction, attorneys for both parties are scheduled to provide a technology tutorial for the Court on May 28, at 1:30 p.m.  A claim construction hearing is scheduled immediately thereafter.

Defendants Conair Corporation and Rite Aid HDQTRS. Corp. intend to bring equipment into the Courtroom for purposes of the Claim Construction Tutorial.  In order to give its full presentation, CONAIR CORPORATION AND RITE AID HDQTRS. CORP. expects to bring in the following equipment:

One (1) laptop computer;

One (1) Dell D430 Duo Core Laptop with all standard applications including QuickTime ;

One (1) Infocus Projector equipment;

One (1) Tripod;

One (1) 12ft extension cord;

One (1) 6-plug of power strip;

One (1) presentation pointer (no laser device); and

Accompanying wires, cords and cables.

As stated in the "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases before the Honorable William Alsup,"  the United States Marshal requires a court order to allow equipment into the courthouse.  Defendants Conair Corporation and Rite Aid HDQTRS. Corp., their counsel, Thomas F. Fitzpatrick, and their service providers may bring equipment for the technical tutorial in this matter (including but not limited to one (1) laptop computer;  one (1) Dell D430 Duo Core Laptop with all standard applications including QuickTime; one (1) Infocus Projector equipment; one (1) Tripod; one (1) 12ft extension cord; one (1) 6-plug of power strip; one (1) presentation pointer (no laser device); accompanying wires, cords  and cables and boxes of documents and supplies) into Courtroom 9 on the 19th floor on May 28, 2008.

IT IS SO ORDERED

Dated: __May 27, 2008.__   _____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 2 -