1  THOMAS F. FITZPATRICK
   GOODWIN PROCTER LLP
2  135 Commonwealth Drive
   Menlo Park, California 94025
3  Telephone: 650-752-3100
   Facsimile: 650-853-1038
4  E-Mail: TFitzpatrick@goodwinprocter.com

5  Attorneys For Defendants
   CONAIR CORPORATION and RITE AID HDQTRS. CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., | Case No.  3:07-cv-05895-WHA |
| *Plaintiff,* | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* BY ELEANOR M. HYNES FOR CONAIR CORPORATION AND RITE AID HDQTRS, CORP.** |
| v. | |
| CONAIR CORPORATION, SCUNCI INT'L, LTD., RITE AID HDQTRS. CORP., L&N SALES & MARKETING, INC., and DOES, 1 – 10, inclusive, | |
| *Defendants.* | |

Pursuant to Civil L.R. 11-3, Eleanor M. Hynes, an active member in good standing of the United States District Courts for the Northern and Western Districts of New York and the District of New Jersey, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Conair Corporation and Rite Aid Hdqtrs. Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

1

1  Local Rules and the Alternative Dispute Resolution programs of the Court; and

2      3.    An Attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025-1105
Tel:(650) 752-3100
Fax: (650) 853-1038

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2008                       Respectfully submitted,

_____
Eleanor M. Hynes
ehynes@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 346-4000
Fax: (202) 346-4444

1  I, Rachael Nelson, declare:

2  I am employed in the County of San Mateo, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 135 Commonwealth Drive, Menlo Park, CA 94025.

On May 26, 2008, I served the following documents exactly entitled:

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* BY ELEANOR M. HYNES FOR CONAIR CORPORATION AND RITE AID HEQTRS, CORP.**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of is Goodwin|Procter LLP, as follows:

**VIA U.S. MAIL:**

| Anne-Leith Matlock | Aron Mark Oliner |
| Matlock Law Group | Duane Morris, LLP |
| 1485 Treat Blvd. | One Market Street, Suite 2000 |
| Suite 200 | San Francisco, CA 94105 |
| Walnut Creek, CA 94597 | 415-957-3104 |
| Tel 925-944-7131 | Fax: 415-957-3001 |
| Email: anne-leith@matlocklawgroup.com | Email: roliner@duanemorris.com |

[ x ]  U.S. Mail: I am personally and readily familiar with the business practice of is Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ ]  HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ]  FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[ ]  EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[ ]  OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on May 27, 2008, at Menlo Park, California.

*/s/ Rachael Nelson*
Rachael Nelson

CERTIFICATE OF SERVICE
CASE NO. C07-05248 PVT

LIBA/1883834.1