# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: May 28, 2008

Case No.   C WHA

Title:   v.

Plaintiff Attorneys: Anne-Leith Matlock; K. Brian Matlock

Defense Attorneys: Thomas Fitzpatrick

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

## PROCEEDINGS

1)   Tutorial/Claim Construction - HELD

2)

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**