COPY

E-filing



1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11   THE TONYTAIL COMPANY, INC.,              Case No.    3:07-cv-05895-WHA

12                          *Plaintiff,*       **[PROPOSED] ORDER GRANTING**
                                               **APPLICATION FOR ADMISSION**
13            v.                               **OF ATTORNEY *PRO HAC VICE* BY**
                                               **ELEANOR M. HYNES FOR CONAIR**
14   CONAIR CORPORATION, SCUNCI INT'L,         **CORPORATION AND RITE AID**
     LTD., RITE AID HDQTRS. CORP., L&N         **HDQTRS, CORP.**
15   SALES & MARKETING, INC., and DOES, 1 –
     10, inclusive,
16
17                          *Defendants.*
18

19        Eleanor M. Hynes, an active member in good standing of the bar of the state of New York,

20   who business address and telephone number is:

21   GOODWIN PROCTER LLP
     901 New York Avenue, N.W.
22   Washington, D.C. 20001
     Phone: (202) 346-4000
23   Fax: (202) 346-4444

24   having applied in the above-entitled action for admission to practice in the Northern District of

25   California on a pro hac vice basis, representing Conair Corporation and Rite Aid HDQTRS. Corp.

26

27

28

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.

3    Service of papers upon and communication with co-counsel designated in the application will

4    constitute notice to the party. All future filings in this action are subject to the requirements contained

5    in the General Order No. 45, Electronic Case Filing.

Dated: _____

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

5-29-08

[PROPOSED] ORDER GRANTING APPLICATION FOR OF ATTORNEY *PRO HAC VICE*,
Case No 3:07-cv-05895-WHA