1  Aron M. Oliner (SBN: 152373)
   **DUANE MORRIS LLP**
2  One Market Plaza
   Spear Street Tower, Suite 2000
3  San Francisco, CA  94105-1104
4  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001
5  Email: roliner@duanemorris.com

6  Attorneys for Defendant
   LN INTERNATIONAL, INC.
7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 | THE TONYTAIL COMPANY, INC., a Delaware corporation, | Case No. 07-5895-WHA |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT LN INTERNATIONAL, INC. (FKA L&N SALES & MARKETING, INC.) WITH PREJUDICE** |
| v. | |
| CONAIR, a Delaware corporation; SCUNCI INTL., LTD., a Delaware corporation; RITE AID, a Delaware corporation; L & N SALES & MARKETING, INC., a Pennsylvania corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), The Tonytail Company, Inc., plaintiff ("Tonytail"), and defendant LN International, Inc., formerly known as L&N Sales & Marketing, Inc. ("LN") hereby stipulate and agree that Tonytail hereby agrees to dismiss with prejudice its action against LN.  Tonytail and LN shall each bear their own attorneys' fees and costs.

Dated:  August 14, 2008              **MATLOCK LAW GROUP**

By:  ___/s/ Anne-Leith W. Matlock (244351)___
ANNE-LEITH W. MATLOCK
Attorneys for Plaintiff
THE TONYTAIL COMPANY, INC.

Dated:  August 14, 2008              **DUANE MORRIS LLP**

By:  ___/s/ Aron M. Oliner (152373)___
ARON M. OLINER
Attorneys for Defendant
LN INTERNATIONAL, INC.