Aron M. Oliner (SBN: 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Defendant
LN INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., a Delaware corporation, | Case No. 07-5895-WHA |
| Plaintiff, | **ORDER DISMISSING DEFENDANT LN INTERNATIONAL, INC. (FKA L&N SALES & MARKETING, INC.) WITH PREJUDICE** |
| v. | |
| CONAIR, a Delaware corporation; SCUNCI INTL., LTD., a Delaware corporation; RITE AID, a Delaware corporation; L & N SALES & MARKETING, INC., a Pennsylvania corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

The Court, having reviewed the Stipulation of Dismissal of Defendant LN International, Inc. With Prejudice filed in the above captioned matter and good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

    1.    The Stipulation is approved.

DM1\1377999.1 R1331-00001

1

DUANE MORRIS LLP
SAN FRANCISCO

ORDER DISMISSING DEFENDANT LN
INTERNATIONAL, INC. WITH PREJUDICE

CASE NO. 07-5895-WHA

2.    Defendant LN International, Inc., formerly known as L & N Sales & Marketing, Inc. is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:_____    _____

THE HONORABLE WILLIAM ALSUP

DUANE MORRIS LLP
SAN FRANCISCO

**ORDER DISMISSING DEFENDANT LN**
**INTERNATIONAL, INC. WITH PREJUDICE**                    **CASE NO. 07-5895-WHA**