Aron M. Oliner (SBN: 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Defendant
L&N SALES & MARKETING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware corporation; SCUNCI INTL., LTD., a Delaware corporation; RITE AID, a Delaware corporation; L & N SALES & MARKETING, INC., a Pennsylvania corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:07-cv-05895-WHA<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris, LLP and my business address is One Market, Spear Tower, Suite 2000, San Francisco, California 94105. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by FedEx, fax, email, courier and other modes. On August 14,

DM3\786921.1 R1331-00001                       1

**COS / STIPULATION OF DISMISSAL - CASE NO. 07-5895-WHA**

2008, I served the following document: **(1) STIPULATION OF DISMISSAL OF DEFENDANT LN INTERNATIONAL, INC. (FKA L&N SALES & MARKETING, INC.) WITH PREJUDICE; AND (2) ORDER DISMISSING DEFENDANT LN INTERNATIONAL, INC. (FKA L&N SALES & MARKETING, INC.) WITH PREJUDICE**,

__X__ <u>BY MAIL</u>: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

____ <u>PERSONAL DELIVERY</u>: by causing a courier to hand deliver (☐ the original) (☐ a true copy) thereof to the person at the address set forth below on this day during normal business hours.

____ <u>BY OVERNIGHT DELIVERY</u>: by placing (☐ the original) (☐ a true copy) thereof enclosed in a sealed FedEx envelope addressed as set forth below, and placing the envelope for collection and transmittal by FedEx following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight next business day delivery.

____ <u>FACSIMILE</u>: by telecopying a true copy thereof to the party at the facsimile number as set forth below.

| | |
|---|---|
| Anne-Leith Matlock | Thomas Fitzpatrick |
| Matlock Law Group | Goodwin Procter LLP |
| 1485 Treat Boulevard, Suite 200 | 135 Commonwealth Drive |
| Walnut Creek, CA 94597-7996 | Menlo Park, CA 94025-1105 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 14, 2008, in San Francisco, California.

                                                               /s/ Aristela Wise (xxx-xx-2624)
                                                                     ARISTELA WISE