Aron M. Oliner (SBN: 152373)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: roliner@duanemorris.com

Attorneys for Defendant
LN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware corporation; SCUNCI INTL., LTD., a Delaware corporation; RITE AID, a Delaware corporation; L & N SALES & MARKETING, INC., a Pennsylvania corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 07-5895-WHA<br><br>**ORDER DISMISSING DEFENDANT LN INTERNATIONAL, INC. (FKA L&N SALES & MARKETING, INC.) WITH PREJUDICE** |

The Court, having reviewed the Stipulation of Dismissal of Defendant LN International, Inc. With Prejudice filed in the above captioned matter and good cause appearing therefor,

**HEREBY ORDERS AS FOLLOWS:**

1.  The Stipulation is approved.

1  2. Defendant LN International, Inc., formerly known as L & N Sales & Marketing, Inc. is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 18, 2008.

_____
THE HONORABLE WILLIAM ALSUP