THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Phone: 650-752-3100
Fax: 650-853-1038
E-mail: TFitzpatrick@goodwinprocter.com

ELEANOR M. HYNES (*Pro Hac Vice*)
GOODWIN PROCTER LLP
910 New York Avenue, N.W.
Washington, D.C. 2001
Phone: (202) 346-4000
Fax: (202) 346-4444
E-Mail: EHynes@goodwinprocter.com

*Attorneys for Defendants*
Conair Corporation and Rite Aid HDQTRS. Corp.

ANNE-LEITH MATLOCK
MATLOCK LAW GROUP
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

*Attorneys for Plaintiff*
THE TONYTAIL COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL.; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-05895-WHA**<br><br>**JOINT STIPULATION TO TOLL THE TIME PERIOD TO RESPOND TO DISCOVERY** |

1  On or about June 20, 2008, Defendant Conair Corporation ("Conair") served Conair's First Set of Interrogatories to Plaintiff The Tonytail Company, Inc. ("Tonytail") and Conair's First Set of Requests for Production of Documents and Things to Tonytail. On or about July 2, 2008, Tonytail served on Conair Plaintiff's Special Interrogatories to Conair, Set One; Plaintiff's Request for Admission to Conair, Set One; and Plaintiff's Request for Production to Conair, Set One. Further, on July 2, 2008, Tonytail served on Defendant Rite Aid ("Rite Aid") Plaintiff's Special Interrogatories to Rite Aid, Set One; Plaintiff's Request for Admission to Rite Aid, Set One; and Plaintiff's Request for Production to Rite Aid, Set One.

Recently, the parties have resumed settlement negotiations in order to resolve the instant action between the parties. To facilitate an expedient resolution to these negotiations, the parties desire to toll the time period for responding to any pending discovery requests beginning effective August 21, 2008 until September 2, 2008. Further, the parties to this stipulation agree that no further discovery requests will be made until after the expiration of the tolling period.

**IT IS STIPULATED AND AGREED** by and between Plaintiff Tonytail Company, Inc. and Defendants Conair Corporation and Rite Aid HDQTRS. Corp., that:

(1) the time period to respond to pending discovery requests is hereby tolled as of the date of this stipulation until September 2, 2008 ("Tolling Period");

(2) when the Tolling Period expires at the end of period, the deadline to respond to pending discovery requests made by any party to this stipulation shall be seven calendar days after the expiration of the Tolling Period;

(3) the parties to this stipulation hereby agree not to serve any discovery requests on any other party to this stipulation during the Tolling Period.

The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the terms and conditions of this stipulation. The terms of this stipulation by the undersigned parties shall be effective as of August 21, 2008. The parties further agree to effectuate the prompt filing of this stipulation as required by Civil L.R. 6-1(a).

1

2   DATED: August 22, 2008                GOODWIN PROCTER, LLP

3

4                                          By: /s/ Thomas F. Fitzpatrick_____
                                              Thomas F. Fitzpatrick
5                                             Attorneys for Defendants
                                              CONAIR CORPORATION AND RITE
6                                             AID HDQTRS. CORP.

7

8   DATED: August 22, 2008                MATLOCK LAW GROUP

9

10                                         By:_____
                                              Anne-Leith Matlock, Esq,
11                                            Attorneys for Plaintiff
                                              THE TONYTAIL COMPANY, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Matlock Law Group, PC.*

---

3

STIPULATION TO TOLL DISCOVERY RESPONSES                          CASE NO. 3:07-cv-05895-WHA

1

2   DATED: August 22, 2008					GOODWIN PROCTER, LLP

3

4								By: _____
								Thomas F. Fitzpatrick
5								Attorneys for Defendants
								CONAIR CORPORATION AND RITE
6								AID HDQTRS. CORP.

7

8   DATED: August 22, 2008					MATLOCK LAW GROUP

9

10								By: /s/ Anne-Leith Matlock
								Anne-Leith Matlock, Esq,
11								Attorneys for Plaintiff
								THE TONYTAIL COMPANY, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28