ANNE-LEITH MATLOCK
MATLOCK LAW GROUP,
A Professional Corporation
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:     (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

*Attorneys for Plaintiff*
THE TONYTAIL COMPANY, INC.

THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  650-752-3100
Facsimile:  650-853-1038
E-Mail:  TFitzpatrick@goodwinprocter.com

*Attorneys For Defendants*
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation, | **CASE NO. 3:07-cv-05895-WHA** |
| Plaintiff, | **JOINT STIPULATION** |
| v. | |
| CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive, | |
| Defendants. | |

Matlock
Law
Group,
PC.

1

On May 28, 2008, the Court construed claims 4 and 5 of U.S. Patent No. 6,263,884 ("the '884 Patent") and issued its Claim Construction Order.  In light of the Court's Claim Construction Order, **IT IS STIPULATED AND AGREED** by and between Plaintiff The Tonytail Company, Inc. and Defendants Conair Corporation and Rite Aid HDQTRS. Corp, that:

(1)     all of Plaintiff's causes of action with respect to claims 4 and 5 of U.S. Patent No. 6,263,884, are hereby dismissed with prejudice;

(2)     Defendants' counterclaim requesting a declaratory judgment of non-infringement with respect to claims 4 and 5 of U.S. Patent No. 6,263,884 is dismissed with prejudice;

(3)     Defendants' counterclaim requesting a declaratory judgment of invalidity with respect to claims 4 and 5 of U.S. Patent No. 6,263,884 is dismissed without prejudice; and

(4)     neither party will assert a cause of action against the other (or any related entity, affiliate, assignee, or successor) based in whole or in part on the infringement, non-infringement, or invalidity of claims 4 and 5 of U.S. Patent No. 6,263,884.

The terms of this Agreement shall become effective upon entry and approval of this Stipulation by the Court.

Matlock
Law
Group,
PC.

1    DATED: September 9, 2008              MATLOCK LAW GROUP

2

3                                          By: /s/ Anne-Leith Matlock
                                               Anne-Leith Matlock, Esq,
4                                              Attorneys for Plaintiff
                                               THE TONYTAIL COMPANY, INC.
5

6    DATED: September 9, 2008              GOODWIN PROCTER, LLP

7

8                                          By: /s/ Thomas F. Fitzpatrick
                                               Thomas F. Fitzpatrick
9                                              Attorneys for Defendants
                                               CONAIR CORPORATION AND RITE
10                                             AID HDQTRS. CORP.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Thomas F. Fitzpatrick, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, X.B., I hereby attest that Anne-Leith Matlock has concurred in this filing.

DATED: September 9, 2008                    GOODWIN PROCTER, LLP

By: /s/ Thomas F. Fitzpatrick
    Thomas F. Fitzpatrick
    Attorneys for Defendants
    CONAIR CORPORATION AND RITE
    AID HDQTRS. CORP.

Matlock
Law
Group,
PC.

Case No.3:07-cv-05895-WHA