ANNE-LEITH MATLOCK
MATLOCK LAW GROUP,
A Professional Corporation
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

*Attorneys for Plaintiff*
THE TONYTAIL COMPANY, INC.

THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  650-752-3100
Facsimile:  650-853-1038
E-Mail:  TFitzpatrick@goodwinprocter.com

*Attorneys For Defendants*
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-05895-WHA**<br><br>**[PROPOSED] ORDER DISMISSING CLAIMS 4 AND 5 OF U.S. PATENT NO. 6,263,884** |

THIS MATTER having been brought before the Court by Plaintiff The Tonytail Company, Inc. and Defendants Conair Corporation and Rite Aid HDQTRS. Corp, pursuant to the stipulation executed by the parties and submitted to this Court, and for other good cause shown,

IT IS HEREBY ORDERED that:

(1) all of Plaintiff's causes of action with respect to claims 4 and 5 of U.S. Patent No. 6,263,884, are hereby dismissed with prejudice;

(2) Defendants' counterclaim requesting a declaratory judgment of non-infringement with respect to claims 4 and 5 of U.S. Patent No. 6,263,884 is dismissed with prejudice;

(3) Defendants' counterclaim requesting a declaratory judgment of invalidity with respect to claims 4 and 5 of U.S. Patent No. 6,263,884 is dismissed without prejudice; and

(4) neither party will assert a cause of action against the other (or any related entity, affiliate, assignee, or successor) based in whole or part on the infringement, non-infringement, or invalidity of claims 4 and 5 of U.S. Patent No. 6,263,884.

IT IS SO ORDERED.

Dated: _____        _____
                                WILLIAM ALSUP
                                United States District Court Judge
                                Northern District of California
                                San Francisco Division

Matlock Law Group, PC.

Case No.3:07-cv-05895-WHA