IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TONYTAIL COMPANY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONVAIR, a Delaware corporation, SCUNCI INTL., LTD., a Delaware corporation, RITE AID, a Delaware corporation, L&N SALES & MARKETING, INC., a Pennsylvania corporation, and DOES 1–10, inclusive,<br><br>Defendants. | No. C 07-05895 WHA<br><br>**ORDER SETTING HEARING FOR DEFENDANTS' DISCOVERY DISPUTE** |

The Court is in receipt of defendants' letter of September 8, 2008, concerning a discovery dispute and hereby **SETS** a further meet-and-confer in the Attorney's Lounge on the eighteenth floor of the federal courthouse for **10:00 A.M. ON SEPTEMBER 17, 2008**. Any remaining unresolved items shall be heard by the Court at a hearing at **2:00 P.M.** that same day in Courtroom No. 9. Plaintiff must respond by **NOON ON SEPTEMBER 12, 2008**.

**IT IS SO ORDERED.**

Dated: September 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE