ANNE-LEITH MATLOCK
MATLOCK LAW GROUP,
A Professional Corporation
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Phone: (925) 944-7131
Fax:    (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

*Attorneys for Plaintiff*
THE TONYTAIL COMPANY, INC.

THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Telephone:  650-752-3100
Facsimile:  650-853-1038
E-Mail:  TFitzpatrick@goodwinprocter.com

ELEANOR M. HYNES (*Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  202-346-4000
Facsimile:  202-346-4444
Email:  EHynes@goodwinprocter.com

*Attorneys For Defendants*
CONAIR CORPORATION and RITE AID HDQTRS. CORP.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE TONYTAIL COMPANY, INC. a Delaware Corporation,<br><br>Plaintiff,<br>v.<br><br>CONAIR, a Delaware Corporation; SCUNCI INTL., Ltd., a Delaware Corporation; RITE AID, a Delaware Corporation; L&N Sales & Marketing, Inc., and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-05895-WHA**<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL** |

Matlock
Law
Group,
PC.

THIS MATTER having been brought before the Court by Plaintiff The Tonytail Company, Inc. and Defendants Conair Corporation and Rite Aid HDQTRS. Corp, pursuant to the stipulation executed by the parties and submitted to this Court, and for other good cause shown,

IT IS HEREBY ORDERED that:

(1)     all of Plaintiff's causes of action are hereby dismissed with prejudice;

(2)     Defendants' counterclaims with respect to non-infringement are dismissed prejudice;

(3)     Defendants' counterclaims with respect to invalidity are dismissed without prejudice;

(4)     within 30 days of this stipulation, either party may file an Order to Show Cause setting forth why this lawsuit should be reinstated.

IT IS SO ORDERED.

Dated: _____September 30, 2008._____

_____
WILLIAM ALSUP
United States District Court Judge
Northern District of California
San Francisco Division

Matlock
Law
Group,
PC.